**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT COURT OF NEW YORK**

| | |
|---|---|
| MACARIA MEZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION BRANDS, INC., BILL NEWLANDS, and GARTH HANKINSON,<br><br>Defendants. | Case No. 6:25-cv-6107<br><br>**AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**CLASS ACTION**<br><br>Demand for Jury Trial |

# TABLE OF CONTENTS


I. NATURE OF THE ACTION ........ 1

II. JURISDICTION AND VENUE ........ 2

III. PARTIES ........ 3

A. Plaintiffs ........ 3

B. Defendants ........ 4

IV. SUBSTANTIVE ALLEGATIONS ........ 4

A. Constellation Brands, Inc.'s Business. ........ 4

B. Tracked Data is Important to STZ, as Well as Analysts and Investors ........ 6

C. Defendants Created Market Intelligence and Regularly Tracked Market Data that Affected STZ's Beer Portfolio, the Hispanic Community, and STZ's Key Markets .. 9

i. Macroeconomic Trends and Market Data ........ 10

ii. STZ's Hispanic Consumers ........ 13

iii. Consumer Sentiments and Pressures on STZ's Consumers ........ 16

D. STZ's Beer Business Growth Algorithms ........ 18

E. STZ is Prized for its Growth ........ 19

F. Analysts were Observing Market Trends that Defendants were Omitting and/or Downplaying their Impact on STZ's Beer Division ........ 20

i. May 28, 2024 - RBC's Report: Providing Context Around Recent Beer Trends 20

ii. June 12, 2024 - Jefferies' Report: *Resilient, But Not Immune: F1Q Preview; Good Growth But Slower – BUY* ..... 28

G. STZ Was Also Experiencing Material Negative Changes to Its Beer Division in 2024; Beer Sales in STZ's Critical California Market were "Hitting the Wall" by June 2024. ..... 30

V. STATEMENTS DURING THE CLASS PERIOD..... 33

A. April 11, 2024 – FY 2024 Press Release and STZ's FY 2024 Earnings Call. ..... 33

B. April 12, 2024 – Statements During the Yahoo! Finance Interview ..... 37

C. May 29, 2024 – Statements at the 2024 Bernstein Conference ..... 39

D. June 20 – 24, 2024 – Analyst Weigh-In Before STZ's Q1 2025 Results..... 44

E. July 3, 2024 – Statements in STZ's Q1 2025 Press Release and Q1 2025 Earnings Call..... 45

F. July 3 - 5, 2024 – Analysts React to Defendants' Statements on STZ's Q1 2025 Results..... 51

G. August 15, 2024 – Wells Fargo Reports on its Two Days of Meetings with Defendant Hankinson ..... 52

H. September 3, 2024 – Statements in STZ's September 3, 2024 Press Release ..... 53

I. September 3, 2024 – Statements at the 2024 Barclays Conference..... 55

J. September 3- 18, 2024 – Analysts React to Defendants' September 3, 2024 Statements and Prepare for Q2 2025 Results..... 58

K. October 1, 2024 – RBC Weighs-In Before STZ's Q2 2025 Results..... 67

L. October 3, 2024 – Q2 2025 Press Release and STZ's Q2 2025 Earnings Call ...... 68

M. October 4, 2024 – Statements During a Yahoo! Finance Interview .................... 75

N. October 3 - 18, 2024 – Analysts React to Defendants' Statements on STZ's Q2 2025 Results ........................................................................................................ 77

O. November 26, 2024 – UBS Report: *Pre-Thanksgiving IR Call Series: Key Takeaways for STZ* ................................................................................................ 82

P. December 3, 2024 – Statements at the 2024 Morgan Stanley Conference ............. 83

Q. December 13, 2024 - January 7, 2025 – Analysts Issue Notes on Their Expectations for STZ's Q3 2025 Results ..................................................................... 86

VI. DEFENDANTS REVEAL THE TRUTH ON THE Q3 2025 EARNINGS CALL ..................................................................................................................91

VII. THE MARKET AND ANALYSTS REACT TO DEFENDANTS' DISCLOSURES........................................................................................................ ..................................................................................................................97

VIII. POST-CLASS PERIOD EVENTS ................................................................106

IX. ADDITIONAL SCIENTER ALLEGATIONS................................................109

A. Individual Defendants' Suspicious Insider Sales Contribute to a Strong Inference of Scienter. ........................................................................................... 109

B. Individual Defendants' Had Actual Knowledge of Undisclosed Material Information. .........................................................................................................112

X. RELIANCE. .........................................................................................................113

XI. LOSS CAUSATION ........................................................................ 114

XII. CLASS ALLEGATIONS ........................................................................ 116

XIII. NO STATUTORY SAFE HARBOR ........................................................................ 117

XIV. COUNTS ........................................................................ 118

XV. PRAYER FOR RELIEF ........................................................................ 122

XVI. DEMAND FOR A JURY TRIAL ........................................................................ 123

1. Lead Plaintiff Low Lily and Plaintiff Macaria Meza (collectively, "Plaintiffs") bring this class action pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a) and Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder by the U.S. Securities and Exchange Commission ("SEC"), individually and on behalf of themselves and all persons and entities similarly situated, other than Defendants (defined below), who purchased or otherwise acquired Constellation Brands' securities between April 11, 2024 and January 8, 2025, inclusive (the "Class Period").

2. Plaintiffs allege the following based upon personal knowledge as to themselves and their own acts, and upon information and belief as to all other matters. Plaintiffs' information and belief is based on the investigation of their undersigned attorneys, which included, among other things, review and analysis of: (i) public documents, public filings, and wire and press releases published by and regarding Constellation Brands, Inc.; (ii) Defendants' other public statements, including transcripts of interviews Defendants participated in; (iii) interviews with individuals who are former employees of Constellation Brands, Inc.; (iv) reports of securities and financial analysts, news articles, and other commentary and analysis concerning Constellation Brands, Inc. and the industry in which it operates; and (v) pertinent court filings.

## I. <u>NATURE OF THE ACTION</u>

3. From April 11, 2024 to January 8, 2025, Defendant Constellation Brands, Inc. ("STZ") together with its Chief Executive Officer, Defendant Bill Newlands, and Chief Financial Officer, Defendant Garth Hankinson, misled the public about the state of its customer demand and sales and its prospects for future growth thus causing its stock price to be artificially inflated. Newlands and Hankinson cashed out over $25 million in insider STZ stock sales during this time and then watched as investors lost billions of dollars when they belatedly disclosed on January 10,

2025 the true state of STZ's economic problems causing its stock price to crash. This class action seeks to recover those losses.

4. STZ is a producer and importer of beer, wine, and spirits, but the substantial majority of its revenues and profits comes from beer sales, especially beer sales to the Hispanic community. During the Class Period, STZ was experiencing the effect of adverse macroeconomic trends, such as inflation and unemployment, especially among the strategically important Hispanic community, so that its sales by mid-2024 were "hitting the wall" and it was obvious internally that STZ would be unable to meet its sales goals for fiscal year ended February 28, 2025.

5. Defendants, however, hid this state of affairs by continually making public statements such as "we haven't seen a lot of pressure on our brands", "we're very pleased with the health of our consumer" and "we have been relatively immune" to adverse macroeconomic trends which Defendants described as "transitory". As a result, Defendants assured the market throughout 2024 that "our top line performance is sustainable" and STZ was "on track" to meet its stated sales goals. During this time, Defendants cashed in on STZ's inflated stock price, selling $25 million of STZ stock while the market was unaware that its sales were actually struggling and falling short.

6. Finally, on January 10, 2025, after pocketing the profits from their insider stock sales, Defendants publicly disclosed that its business was facing significant challenges and was not, in fact, immune from economic weakness among its consumers as they had previously represented. Following this disclosure, STZ's stock price plunged over 17 percent in one day, costing investors billions of dollars. Six months later, its stock price has still not recovered.

## II. JURISDICTION AND VENUE

7. The claims asserted herein arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. § 78j(b) and § 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §

240.10b-5. 21. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 27 of the Exchange Act, 15 U.S.C. § 78aa.

8. This Court has jurisdiction over each Defendant named herein because each Defendant is an individual who has sufficient minimum contacts with this District to render the exercise of jurisdiction by the District Court permissible under traditional notions of fair play and substantial justice.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 27 of the Exchange Act because many of the false and misleading statements were made in or issued from this District. Constellation Brands, Inc. is headquartered in this District with its principal place of business at 50 East Broad Street, Rochester, New York.

## III. PARTIES

### A. Plaintiffs

10. Lead Plaintiff Low Lily purchased Constellation Brands common stock during the Class Period, as set forth in her Certification of Plaintiff Pursuant to Federal Securities Laws (ECF 19-1) which Plaintiffs incorporate by reference herein, at prices artificially inflated by Defendants' materially false and misleading public statements and omissions and was damaged thereby.

11. Plaintiff Macaria Meza purchased Constellation Brands common stock during the Class Period, as set forth in her Certification of Named Plaintiff Pursuant to Federal Securities Laws (ECF 1-1) which Plaintiffs incorporate by reference herein, at prices artificially inflated by Defendants' materially false and misleading public statements and omissions and was damaged thereby.

12. Collectively, Lead Plaintiff Low Lily and Plaintiff Macaria Meza are referred to herein as the "Plaintiffs."

### B. Defendants

13. Constellation Brands, Inc. ("STZ") is a Delaware corporation with its principal place of business in Rochester, New York. During the Class Period, STZ's Class A common stock traded on the New York Stock Exchange ("NYSE") under the symbol "STZ". As of April 16, 2025, STZ had nearly 177,993,028 shares of Class A common stock outstanding and 27,167 shares of Class 1 common stock outstanding.

14. Bill Newlands ("Newlands") was at all relevant times the President and Chief Executive Officer ("CEO") of Constellation Brands, Inc. Defendant Newlands has served in these roles since March 2019 and February 2018, respectively. Newlands also served as the Chief Operating Officer from January 2017 through February 2019 and as Executive Vice President of STZ from January 2015 until February 2018.

15. Garth Hankinson ("Hankinson") was at all relevant times the Executive Vice President and Chief Financial Officer ("CFO") of Constellation Brands, Inc.

16. Collectively, STZ, Newlands, and Hankinson are referred to herein as the "Defendants."

## IV. SUBSTANTIVE ALLEGATIONS

### A. Constellation Brands, Inc.'s Business.

17. STZ is a leading American producer and marketer of beer, wine, and spirits, headquartered in Rochester, New York. STZ reports net sales in two reportable segments: (1) Beer, and (2) Wine and Spirits. STZ reports operating results in three segments: (1) Beer, (2) Wine and Spirits, and (3) Corporate Operations and Other.

18. Regarding net sales, STZ's Beer segment is the largest of its two segments, with sales comprising approximately 83.7% of STZ's overall net sales in Fiscal 2025 (the year ended

February 28, 2025, or "FY2025") and 81.9% in Fiscal 2024 (the year ended February 29, 2024, or "FY2024"). Moreover, as Defendant Newlands disclosed at a May 29, 2024 conference, STZ's beer business represented "85-plus percent" of STZ's total profit. STZ's beer brands include imported Mexican brands like Corona Extra, Modelo Especial, Modelo Negra, Pacífico, and Victoria, produced at breweries in Nava, Coahuila, and Ciudad Obregón, Sonora, with a third under construction in Veracruz, Mexico. STZ is the largest beer importer in the U.S. by sales, holding a 7.4% market share among major beer suppliers. STZ's net sales of beer totaled approximately $8.5 billion and $8.2 billion in FY2025 and FY2024, respectively.

19. STZ's Wine and Spirits segment, by contrast, is far smaller than its Beer segment. Indeed, Wine sales comprised approximately 14.2% of STZ's net sales in FY2025 and 15.6% in FY2024. STZ's net sales of wine totaled approximately $1.5 billion and $1.6 billion in Fiscal 2025 and Fiscal 2024, respectively. Spirits sales comprise an even smaller portion of Company sales, including approximately 2.1% of STZ's net sales in FY025 and 2.5% in FY2024.

20. STZ reported consolidated net sales of approximately $10.21 billion and $9.96 billion in Fiscal 2025 and Fiscal 2024, respectively. As visually depicted in Figure 1 below, the vast majority of these net sales were derived from STZ's Beer segment.

**FIGURE 1**

We report net sales in two reportable segments, as follows:

| | For the Years Ended | |
|---|---|---|
| | February 28, 2025 | February 29, 2024 |
| (in millions) | | |
| Beer | $ 8,539.8 | $ 8,162.6 |
| Wine and Spirits: | | |
| Wine | 1,450.1 | 1,552.1 |
| Spirits | 218.8 | 247.1 |
| Total Wine and Spirits | 1,668.9 | 1,799.2 |
| Consolidated Net Sales | $ 10,208.7 | $ 9,961.8 |




21. STZ's top five markets for beer are California, Texas, Florida, New York, and Illinois. According to Defendant Newlands these five markets collectively are "roughly half" of STZ's business. California is STZ's largest market.

22. STZ's business is also highly concentrated with the Hispanic community with Hispanic consumers representing over half of STZ's total volume, 50% of net sales in the beer portfolio, and accordingly, 50% of STZ's performance. As of December 2023, about 55% of Modelo Especial's sales were concentrated in Hispanic consumers.

23. In 2023, Newlands highlighted the importance of Hispanic consumers to STZ stating that "[t]hey drive almost half of total dollar contribution to our Beer portfolio and 1/3 of Constellation's Beer dollar growth today. And so Hispanic consumers are the single most important consumer group for our business."

**B. Tracked Data is Important to STZ, as Well as Analysts and Investors**

24. In the alcoholic beverages industry, sales are typically categorized as either on-premise sales or off-premise sales depending on the method or pathway (*i.e.*, sales channel or simply "channel") through which the producer like STZ sells its products to customers. "On-

premise" sales represent sales of alcohol to consumers when the alcohol is consumed on the same premise where the sale occurred, such as at a bar or restaurant (also known as "on-premise retailers"). "Off-premise" sales, on the other hand, are sales of alcohol at retailers like liquor stores, grocery stores, and convenience stores ("c-stores", and collectively with liquor and grocery stores, also known as "off-premise retailers"), wherein the alcohol is then taken away to be consumed at home.

25. In the United States, major market research firms serve an important role by providing data, analysis, and insights regarding the alcohol industry, which are then sold to and used by market research customers, including analysts, investors, and alcohol companies like STZ. These research firms, including most notably Nielsen Consumer LLC's NielsenIQ ("Nielsen") and Circana, Inc. ("Circana," formerly known as IRI), have integrations with point-of-sale ("POS") systems at a significant portion of retailers where alcoholic beverages are sold to consumers, and thus these research firms are able to track granular retail sales transactions ("scanner data" or "tracked data") in real time.

26. This scanner data—including details like which specific products were sold to customers, and sale prices, quantities, and time of purchase—is then aggregated and combined with consumer panel data (e.g., surveys taken of alcohol consumers) by Nielsen and Circana to make "consumer takeaway data," which provides insights into consumer behavior, preferences, and trends, helping research customers like analysts and STZ to understand which products are being purchased, by whom, and in what quantities. Moreover, the consumer takeaway data is then combined with broader market data, such as scanner data from thousands of retailers across the United States to form "syndicated data," which helps market research customers like STZ

understand overall market dynamics and performance and to perform market analyses, competitive benchmarking, and track sales trends.

27. Tracked data from Nielsen and Circana is an important source of information for the alcoholic beverages industry (including for producers like STZ) in part because Nielsen and Circana are the largest, most reliable, and most comprehensive sources of sales data available for alcoholic beverages. This is especially true because of the three-tier distribution system for alcohol used in the vast majority of the United States, a system set up after the repeal of Prohibition in which alcoholic beverage producers like STZ can sell their products only to wholesale distributors, who then sell to retailers, and only retailers may then sell to consumers. Thus, STZ is two levels removed from the point of actual sale.

28. Due to this three-tier system, STZ's products end up being sold to consumers through a wide variety of retailers through complex distribution routes, and though some larger retailers have the capability to provide their own retail sales data directly to STZ, many cannot; thus, due to the sheer number and variety of alcoholic beverage retailers in the United States, STZ relies on purchasing tracked scanner data and syndicated data from Nielsen and Circana for consumer sales data.

29. In addition to purchasing Nielsen and Circana data to track consumer sales, STZ also obtains and monitors data from earlier stages in the distribution process, including shipments and depletions data. "Shipments" data represent the volume of product that STZ sends out from its breweries, wineries, and distilleries to distributors, whereas "depletions" data, according to STZ's FY2025 report filed on Form 10-K with the SEC on April 23, 2025 (the "FY2025 Form 10-K" represents "U.S. distributor shipments of our respective branded products to retail customers, based on third-party data[.]"

30. STZ thus relies on data from each stage of the sales and distribution path for alcoholic beverages, from its production to consumer sales, in order to gauge the performance of its operations. Likewise, analysts and investors following STZ often purchase Nielsen and Circana data to monitor the performance of STZ's operations, though not all of the same data available to STZ (*e.g.*, shipments and depletions data) is publicly available for purchase by analysts and investors.

### C. Defendants Created Market Intelligence and Regularly Tracked Market Data that Affected STZ's Beer Portfolio, the Hispanic Community, and STZ's Key Markets

31. STZ's business and growth was heavily weighted in beer and dependent upon Hispanic demographics. STZ was clear and promoted to investors its market intelligence in these sectors. The Individual Defendants noted during their investor communications that they were following closely key aspects that affected STZ's business, specifically including macroeconomic factors, Hispanic consumers, consumers' sentiments, consumption preferences, and behaviors. All of this research was incorporated into STZ's business plans, especially its financial guidance and marketing plans.

32. Based on the material significance of Hispanic consumers were to STZ's business, Defendants unequivocally stated that they were heavily invested in tracking and researching there Hispanic consumers and that they closely tracked everything from macro to firm specific matters that could affect STZ's business. Given the critical importance of the Hispanic consumer to STZ's growth, brand positioning, and general business, Defendants knew or recklessly disregarded the data and research they admitted they undertake and track when making the above-identified misstatements during the Class Period.

33. Specifically, Defendants admitted they conducted the following research and followed developments from macroeconomic factors, to demographics, to consumers' sentiment, preferences, and behaviors:

**i.** <u>Macroeconomic Trends and Market Dat**a**</u>

34. During the December 3, 2024 Morgan Stanley Conference, Defendant Hankinson also explained that Defendants closely followed sales, scanner data, depletions, and consumer behaviors as he discussed STZ's tracking of this data and effects on STZ, including evaluating any related trends:

> Yes. I mean I think as we outlined our updated guidance at the end of Q2, I think ***we were pretty clear that we saw that the slowdown that started over the summer that we saw that as more transitory than structural***.
>
> * * *
>
> That being said, again, back to the fact that Circana will capture about 50% of our overall performance, the 50% -- what we noted in terms of consumer behaviors that we saw in Q2, where consumers were shifting towards mass merchants and clubs to value seek, we know if that was kind of coming from independents into the other nontracked channels.

35. During the Q4 2025 Earnings Call, Defendant Hankinson explained that STZ tracks closely macro trends, including unemployment, inflation, and the demographics most affected by such, as well STZ's consumers' disposable income stating:

> some of the macro trends that we're seeing and that we're tracking are unemployment and obviously, unemployment has started to stabilize across the board, but we have seen weakness in those 4,000 calorie job sectors that have a higher impact on beer consumption. Year-over-year, real disposable personal income reached a 2-year low in January and stayed low in February. Consumer sentiment rather, reached a 2.5-year low in March and long-term expectations from consumers isn't expected to change anytime soon. We've seen inflation rather, the expectations for inflation to not get as -- to not rebound quite as quickly as we had expected and the outlook for GDP growth now is a little bit more muted than it was.

36. In the September 3, 2024 Press Release, Defendants attributed the lower guidance ranges for enterprise net sales growth and beer net sales growth to "[i]ncremental macroeconomic headwinds affecting consumer, particularly unemployment." This statement evidence that Defendants' were tracking small changes in the unemployment rates over periods of times in the market and the related trend by their choice of the word "incremental" as this emphasized that the headwinds did not appearing all at once, but rather had been building up gradually over time.

37. During the Q4 2025 Earnings Call, Defendant Hankinson explained that Defendants had specifically changed marketing spend during Q3 because marketing told Defendants what they need to meet STZ's guidance. Specifically, Hankinson stated in response to an analyst question:

> **Kevin Michael Grundy** *BNP Paribas Exane, Research Division – Research Analyst*
>
> I wanted to come back to the investment levels in the beer business. I want to ask it from a little bit of a different angle. Garth, I think you mentioned satisfactory levels. I think looking back, the 8.5% is below the 10% levels where the company was in fiscal '20 and 2021, and you typically are in this 9% to 10% sort of range. So I wanted to ask, everyone on the call is sympathetic to the volatility in the environment. Number one, was there any thought to kind of leaning in here, albeit weighing on margins a bit to try to accelerate top line growth, not an uncommon tact, as you guys are well aware in CPG to see companies do that when the top line is waning as it clearly is.
>
> And then two, for both of you, should investors perceive this as kind of a philosophical reorientation, if you will, at Constellation, where there's kind of less of a bias towards top line growth and more of a bias towards margin preservation and cash flow, just kind of given what you're experiencing in the business, which would also not be uncommon either. And you might push and say it's not an either/or that's kind of a false choice, but I just would like to hear more about how you're thinking about that balance.
>
> **Garth Hankinson** *Constellation Brands, Inc. – Executive VP & CFO*
>
> So just on the marketing investment. So we feel, as I said earlier, and as Bill said as well, we feel really comfortable around our marketing investment. As we laid

> out at our Investor Day, our target was to be about 9%. And that's where we were in FY ’25. We're going to be a little bit below that in FY '26 in terms of the forecast. But we don't limit that, right?
>
> ***When we talk to our marketing teams, we ask them what they need and they tell us what they need, right? And so this is reflective of what our team thinks it needs to drive the type of performance that's included in our outlook***. That being said, and Bill referenced this earlier around our cost savings agenda and how we take savings from our cost savings agenda and reinvest that in high-return opportunities within the business.
>
> ***We did that last year, where in Q3 and Q4, we invested significantly more money in marketing to drive and to support our brands. So that’s the discipline that we have on a year-to-year basis or a quarter-to-quarter basis. That won't change.***

Emphasis added with bold, italicized text.

38. Defendants Hankinson’s comments were in line with CW1’s description of how STZ’s Beer division undertook its sales and marketing plans. CW1 noted that typically, STZ’s senior “commercial leadership” would get their first look at the volume projections for an upcoming fiscal year in May of the current fiscal year, after which there would be meetings with the Sales team. Thereafter, by July/early August of the same fiscal year the volume plan for the upcoming fiscal year would be finalized. During such discussions, there would have been assessments of performance and outlook for the remaining third and fourth quarters of the current fiscal year. As CW1 noted that typically in the course of a fiscal year, if results were falling short, there would be a process called “ring-fencing” undertaken in the second fiscal quarter by which any “uncommitted” monies from the fiscal budget for the remainder of the fiscal year, typically the third and fourth quarters, would be identified and “carved out” by all of Constellation’s different teams. Engaging in this exercise included identifying monies that had not been spent or committed yet, as well as the impact on the business if those funds were pulled. CW1 stated based on the circumstances some of the funds might be released. In discussing marketing monies more

generally, CW1 stated that STZ would "not ever divert" marketing monies allocated to California to another market but would do, instead, what it could to stabilize the California market.

ii. STZ's Hispanic Consumers

39. Defendant Newlands also discussed STZ's tracking of Hispanic consumer's, Defendants "watch very closely" as they are 50% of STZ' consumer base discussing this demographics buy rate and its relation to STZ's depletion rate during the Q1 2025 Earnings Call stating "I mean when you look at the Hispanic consumer, which is one we watch very closely given it's more than 50% of our overall mix, that consumer buy rate was up compared to the total consumer" and "[s]o again, overall, we continue to be very pleased with our buy rates. And despite gives and takes during the course of the quarter, I think it's reflected in our depletion rate of 6.4%. It's a very strong quarterly result."

40. During the Q4 2025 Earnings Call, Defendant Newlands confirmed that STZ conducts a lot of research into its Hispanic consumer base given the significance of that consumer to STZ's business stating:

> Nadine Sarwat *Sanford C. Bernstein & Co., LLC., Research Division – Senior Research Associate*
>
> I appreciate all the incremental color that was provided in the prepared remarks and the presentation. Two questions for me. You called out a tough socioeconomic environment in your prepared remarks. Can you explain exactly what you're assuming in terms of that socioeconomic environment for the next three years? Are you assuming the current situation remains status quo? Or are you baking in some improvement in the back of that?
>
> And then secondly, on the weak depletion numbers and especially Modelo, I appreciate the commentary that you provided. Could you pull apart the factors on to what's driving that? Maybe what has changed in a little more detail? I don't know if a rank order of magnitude or trying to quantify these in any way possible. And maybe you have any incremental consumer insight on consumer type, pack type, channel? Any incremental color would be helpful.

> William A. Newlands *Constellation Brands, Inc. – President, CEO & Director*
>
> Sure. So let's talk first about the Hispanic consumer because I think this is an important element. ***We -- as you would expect, we do a fair amount of research around this consumer given that they represent roughly 50% of our overall beer business. And the fact is a lot of consumers in the Hispanic community are concerned right now, 2/3 of them are concerned about higher prices on things like food, gas and other essentials.*** Over half are concerned relative to immigration issues and how those impact.
>
> ***A number of them are concerned about job losses in industries that have a high Latino employment base***. And what does that do? That has tended to mean that the consumer has pulled back on spending on a number of categories. The single biggest one interestingly is restaurants, but a lot of other consumer goods, clothing, home choice things to do, travel. Beer is quite a way down the list, but it's certainly on the list because things like social gatherings, an area where the Hispanic consumer often consumes beer are declining today as part of these overarching concerns that they have.
>
> Therefore, all of that has had impact on our business***. As you know, Modelo is over 50% Hispanic in terms of its demographic base. So this decline in efforts to go to restaurants, to have social gatherings, things that are very much beer occasions have softened in the more recent term. And it's going to be key to watch as to how that impact continues or doesn't continue as we go forward.***
>
> Net-net, it's nonstructural. This is not -- our brands and our brand health continues to be top notch. We continue to focus on what we can win at, winning the shelf, winning execution, continuing to bring interesting innovation to the table that allows us to continue to outperform the overall category. But like -- as you would expect, we're going to need and want to see some improvement in the consumer brand health before we're able to correctly project how long some of these challenges are going to last. Garth, anything you want to add?

Emphasis added with bold, italicized text.

41. During the Q4 2025 Earnings Call, Defendant Newlands further explained that such research extends into Hispanic consumers' behaviors:

> **William A. Newlands** *Constellation Brands, Inc. – President, CEO & Director*
>
> Sure. So let's try to take that in some order here. Relative to Hispanic consumer behavior, one of the things ***we've seen both factually and anecdotally is that there has been some channel shifts in what that consumer is doing. So historically, you saw overweighting to stores that were largely Hispanic consumer-based and C-stores***. Both of those, we have seen some ***shifting into broader chain-based***

> ***accounts that are larger accounts.*** And I think that reflects some of the concerns that we've talked about earlier that the Hispanic consumer is seeing across their broader life and lifestyle.

Emphasis added with bold, italicized text.

42. Notably, during the November 2, 2023 Analyst / Investor Day, Mallika Monteiro STZ's Executive VP and Chief Growth, Strategy & Digital Officer detailed the lengths at which STZ conducts market research to obtain an understanding of STZ's Hispanic consumer base explaining that "almost 20% of our unique consumer data represents Hispanic consumers" and "1/4 of our consumer conversations and in-market connection are with Hispanic consumers":

> And of course, we have doubled down on our understanding of our core Hispanic consumer. The demographic strength of Hispanic consumers is well known. 60% of total U.S. population growth over the last 5 years has come from Hispanic consumers. They control $2 trillion in purchasing power and now represents the largest affluent subgroup in the U.S. amongst Gen Z. We project that by 2030, 20% of legal drinking age in the U.S. will be Hispanic. That's 50 million drinkers nationally.
>
> Hispanics are a powerful consumer group in alcohol, over-indexing across every alcohol type versus other population groups in the U.S. with a strong preference and affinity for beer, our beer. They drive almost half of total dollar contribution to our Beer portfolio and 1/3 of Constellation's Beer dollar growth today. And so Hispanic consumers are the single most important consumer group for our business.
>
> But we know they're not a monolith who think, act and behave alike. ***Generation, country of origin, U.S. geographic location, acculturation, primary language, gender all play a role in what Hispanic consumers are looking for and how they interact with brands. And so our consumer work gets to the context and nuance across this diverse landscape of Hispanic consumers. Almost 20% of our unique consumer data represents Hispanic consumers. 1/4 of our consumer conversations and in-market connection are with Hispanic consumers.***
>
> Everything we do across our Mexican imports portfolio is pressure tested with Hispanic consumers to ensure we don't stray from authenticity and from consumer expectations of our brands.

Emphasis added with bold, italicized text.

43. Given the significance to STZ's performance, James Sabia, STZ's Executive Vice President and President of Beer Division, noted that STZ even "track[s] ZIP codes that are heavy Hispanic ZIP codes."

iii. <u>Consumer Sentiments and Pressures on STZ's Consumers</u>

44. During STZ's November 2, 2023 presentation for Investor Day 2023, STZ highlighted to investors that it had "on-the-ground" market intelligence that included "consumer behavior":




45. During the May 29, 2024 Bernstein Conference, Defendant Hankinson discussed that STZ closely followed STZ's customer sentiment. Specifically, Hankinson stated:

> I mean, while our brands are healthy and while we're performing well, clearly, we're watching the [indiscernible] always. And ***particularly, we were watching consumer sentiment, which, admittedly, for the last few readings, has been a bit weaker than I think any of us would have liked. That being said, we consult with some of our largest banking partners to see what their outlook is for the consumer.*** And I think, on a positive front, is that if you look at across most financial metrics, the American consumer continues to be pretty resilient and fairly strong across all household incomes. And importantly, in -- consumer spending actually increased, again, across all income levels, including lower-income households. So that has us relatively bullish, if you will, on the consumer, but something that we watch very, very closely.

Emphasis added with bold, italicized text.

46. During the May 29, 2024 Bernstein Conference, Defendant Newlands discussed some of STZ's initiatives in researching consumer sentiment and trends that may impact STZ's Beer business. Specifically, in response to an analyst question on brand health, Defendant Newlands stated:

> **Nadine Sarwat**
> *Sanford C. Bernstein & Co., LLC., Research Division – Senior Research Associate*
>
> Now if I play devil's advocate, which is probably what many people in the room are thinking, brand health is fantastic, but there are 3 sort of factors I have been hearing over the last 6 to 9 months. This [GLP-1], I saw an ad for it in my cab here on the way to the airport, the rise of legal cannabis and also the potential for younger consumers to be drinking less.
>
> Now I fully appreciate your view here that brand health is paramount, and that's the first and most important thing to focus on. But how do you consider these potential long-term headwinds to the industry?
>
> **William A. Newlands**
> *Constellation Brands, Inc. – President, CEO & Director*
>
> Well, let's take the [GLP-1] diet scenario first. And we said this at Investor Day, Garth, if you remember, we have seen almost no evidence that, that has any impact on our business. ***And we've listened to millions of conversations with consumers, and it literally comes up about 2% of the time. It's just not a factor.***
>
> Similarly, when you think about cannabis, ***we've studied many of the markets where cannabis has been legal for a longer period of time and have seen, again, very little to no impact across it***. My guess is you've seen some people that have actually consumed more who are cannabis users, meaning more alcohol beverages, and then you've seen probably some who have done less. It washes out. So that has been a relatively unimportant factor.
>
> And we've been fortunate that we continue to bring legal drinking age, newer consumers into our marketplace. Again, we're somewhat [ debited ] by that because of our heavy SKU to Hispanic consumers. Th***e Hispanic consumer and the Hispanic culture tends to be more beer-oriented, and we are way overdeveloped with that particular marketplace.*** So some of those factors just don't' seem to be big issues as far as it relates to us.

Emphasis added with bold, italicized text.

47. During the Q2 2025 Earnings Call, Defendant Hankinson discussed that Defendants "closely monitor for any signs of ongoing pressures on the consumer" stating:

> …in light of constantly evolving macroeconomic and geopolitical dynamics, we ***continue to closely monitor for any signs of ongoing pressures on the consumer and we plan to continue to take proactive actions to mitigate these possible headwinds*** and maintain the momentum of our brands with the consumers, such as reinvesting incremental cost savings into high-return marketing opportunities and advancing our price pack architecture efforts.

Emphasis added with bold, italicized text.

**D. STZ's Beer Business Growth Algorithms**

48. STZ describes its goals for the growth of its beer business as an "algorithm," which is not an actual computational algorithm, but rather a set of longer-term strategic guidance for the business. As such, STZ's "algorithm" is synonymous with their financial forecasts and related inputs for STZ's business. Such algorithms and their inputs include ranges for their business including: market growth, compound annual growth rate, net sales, business demand, costs, operating margins, pricing, volume, depletion, and depletions growth. The algorithms used by STZ include yearly algorithms, medium-term algorithms, and long-term algorithms.

49. At STZ's 2023 Analyst and Investor Day held November 2, 2023, Defendant Newlands confirmed that Defendants' "objectives for our Beer business" included "7% to 9% net sales growth[.]" Though set well beforehand, this algorithm applied to STZ's FY2025; indeed, as Defendant Newlands described in his Letter to Shareholders enclosed in STZ's Fiscal Year 2024 Annual Report, STZ's "medium-term algorithm" included to "delivery net sales growth of 7-9% and an operating margin of approximately 39%" in FY2025.

50. STZ's algorithm and related full-year guidance metrics are important to STZ's investors, especially because STZ consistently presented itself as a business that was still in its

growth phase, in contrast to other beer and alcohol companies that were regarded as mature businesses and thus given lower values by investors.

**E. STZ is Prized for its Growth**

51. Although the beer market is generally viewed as a maturing market, STZ has traditionally been viewed positively by investors and analysts for its track record of growth and positioning in the only growing segment in the U.S. beer category, premium beer. With the tailwind of a growing core demographic of drinking age Hispanic consumers and a portfolio of Mexican premium beer, investors have focused on STZ for its growth potential with J.P. Morgan noting that "STZ has been one of the fastest growing large-cap beverage companies in the US thanks to its on-trend Mexican beer portfolio" and RBC opining that "Constellation continues to be the best growth story in staples[.]"

52. Although investors have had concerns with the health of the overall beer market, STZ has been seen as a bright spot in an otherwise beleaguered beer market. Thus, Defendants and investors alike have been drawn to STZ's growth story, including STZ's year-over-year beer sales growth rate.

53. Not surprisingly, STZ's beer net sales growth guidance is a regular topic of discussion by analysts, investors, and Defendants. Given investors' focus on STZ's growth story, STZ's ability to maintain its growth rate and meet its beer sales growth guidance takes center stage when discussing STZ. As aptly summarized in an April 12, 2024, analyst report by Truist Securities ("Truist") following the end of STZ's FY2024, "[t]he only metrics that investors are focused on for STZ is beer sales growth and beer depletions and the positive guide for FY25 beers sales growth is what is propelling the stock today."

### F. Analysts were Observing Market Trends that Defendants were Omitting and/or Downplaying their Impact on STZ's Beer Division

i. May 28, 2024 - RBC's Report: Providing Context Around Recent Beer Trends

54. On May 28, 2024, RBC issued an analyst report titled: Providing Context Around Recent Beer Trends[.]" In the report, RBC discussing that although STZ's shares were under pressure due to slowing volume trends for beer generally that "[d]espite depletions running slightly below consensus, we DO NOT expect the company to reduce guidance when CEO Bill Newlands presents at a competitor conference" on May 29, 2024. Notably, RBC described many of the same trends had already started occurring in April 2024 specifically pointing out that "**[f]or Hispanics/Latinos (who over-index to beer) unemployment rose ahead of the broader labor market +30 bps to 4.8% in April."** In its note, RBC wrote, in relevant part:

> **Key points**:
>
> **Constellation continues to be the best growth story in staples, in our view, but it is not immune to today's macro pressures**: We have been cautious on the state of the consumer for over a year as inflationary pressures linger, and ***employment pressures pick up***. ***This past earnings season, we heard a change in tone from most companies, candidly acknowledging consumer pressures and the value seeking behaviors taking place, particularly among the low income consumers and impacting on-premise consumption . . .*** We believe this slowdown is due to several factors including (but not limited too) macro pressures . . . Our Outperform thesis on STZ hinges on its ability to deliver 7-9% top line growth in beer over the next few years and that view has not changed despite the recent slowdown.
>
> **Low income consumers over-index to large beer brands and Hispanic unemployment rising faster than national average:** We see economic pressure impacting the "beer category" as lower income consumers tend to favor large well known beer brands and those consumers have been very careful with their spending. According to Numerator Insights data, beer's buy rate slowed by 5% in April (vs +2.4% in March). Consumers across all income groups saw Y/Y declines in buy rate but low-income consumers experienced the most drastic change -14% (medium & high income -LSD%). ***While April purchasing behavior was also impacted by several other factors (Easter timing shift/weather), low-income consumers did***

> ***show evidence of trade down. Low income buy rates slowed for premium, high end, and premium plus beer but improved for value beer. In April, US unemployment also rose to 3.9%, up 10 bps from March levels. For Hispanics/Latinos (who over-index to beer) unemployment rose ahead of the broader labor market +30 bps to 4.8% in April. We note that despite some of these macro dynamics, STZ is still growing its volume in the MSD range and shelf resets have not been fully completed yet.***

Emphasis added with bold, italicized text.

55. In this same report, RBC also included year-over-year volume growth figures for Modelo Especial. Apparent in this chart was a decreasing growth trend for both Modelo Especial, STZ's core brands (Modelo Especial, Modelo Chelada, and Corona Extra) that had started in November 2023:









56. The above charts illustrate that STZ was experiencing a material decline and/or slowdown in terms volume growth between November 2023 and the start of the Class Period. Importantly, this material decline in volume growth was negatively affecting STZ at the time Defendants' discussed STZ's FY2025 guidance on April 11, 2024.

57. RBC also detailed that "economic pressure" was impacting the beer category, especially those lower income consumers that were a significant portion of STZ's Hispanic consumers with lower incomes were already being "careful" with their spending and that was already affecting these low-income consumers in which RBC "saw the greatest sequential slowdown":

We see economic pressure impacting the beer category. Lower income consumers tend to favor beer and those consumers are very careful with their spending – especially now




Source: Numerator Insights RBC Capital Markets

13 RBC Capital Markets

Numerator data also suggests beer's buy rate slowed in April. While all income cohorts saw buy rate slow, low-income consumers saw the greatest sequential slowdown

- Low Income (Under $40k)
- Middle Income ($40k-$125k)
- High Income (Over $125k)




Source: Numerator Insights, RBC Capital Markets

14 RBC Capital Markets

58. The above chart illustrates that the beer market was experiencing a material decline in low-income consumers buy rates in March to April 2024. Importantly, this material decline in monthly buy rates was occurring at the time Defendants' discussed STZ's FY2025 guidance on April 11, 2024.

59. The shift in low-income consumers also show evidence of "value seeking" as they traded down their purchases:

April purchasing behavior was also impacted by several other factors (Easter timing shift/weather). Low-income consumers did show evidence of trade down. Low income buy rates slowed for premium, high end, and premium plus beer and improved for value beer.

- Low Income (Under $40k)







*Source: Numerator Insights, RBC Capital Markets*

16 RBC Capital Markets

60. RBC also noted that unemployment increases from March to April coupled with a steep decline in year-over-year monthly beer buy rates during these months was specifically impacting Hispanic consumers purchases and behaviors:

US unemployment in April also rose to 3.9%, up 10 bps from March levels. For Hispanics/Latinos (who skew higher on beer consumption) unemployment rose ahead of the broader labor market +30 bps to 4.8% in April.




| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | M/M Delta |
|---|---|---|---|---|---|---|---|---|---|
| **U.S Unemployment** | **3.8** | **3.8** | **3.7** | **3.7** | **3.7** | **3.9** | **3.8** | **3.9** | **0.1** |
| Adult men (20 years & over) | 3.8 | 3.7 | 3.7 | 3.5 | 3.6 | 3.5 | 3.3 | 3.6 | 0.3 |
| Adult women (20 years & over) | 3.1 | 3.2 | 3.1 | 3.3 | 3.2 | 3.5 | 3.6 | 3.5 | -0.1 |
| Teenagers | 11.8 | 13.1 | 11.4 | 11.9 | 10.6 | 12.5 | 12.6 | 11.7 | -0.9 |
| White | 3.4 | 3.5 | 3.3 | 3.5 | 3.4 | 3.4 | 3.4 | 3.5 | 0.1 |
| Black or African American | 5.7 | 5.8 | 5.8 | 5.2 | 5.3 | 5.6 | 6.4 | 5.6 | -0.8 |
| Hispanic or Latino | 4.6 | 4.8 | 4.6 | 5.0 | 5.0 | 5.0 | 4.5 | 4.8 | 0.3 |

*Source: U.S. Bureau of Labor Statistics, RBC Capital Markets*

19 RBC Capital Markets

Hispanics' buy rate for beer was down DD in April vs non-Hispanics –LSD%. While the entire category was under pressure and impacted by factors like Easter timing & weather, we believe this unemployment dynamic also played a role




*Source: Numerator Insights, RBC Capital Markets*

20 RBC Capital Markets

61. The above chart illustrates that the beer market was experiencing a material decline in Hispanic consumers in March to April 2024 for Hispanic consumers. Importantly, this material decline in monthly buy rates was occurring at the time Defendants' discussed STZ's FY2025 guidance on April 11, 2024.

62. Although these trends were applicable to the larger beer market, a primary "Key Point" for RBC was that "[w]hile Constellation Brands continues to gain share and outperform the overall beer category (volumes still +5%), the company is not immune to the increasingly pressured consumer. **Our Outperform thesis on STZ hinges on its ability to deliver 7-9% top line growth in beer over the next few years and that view has not changed despite the recent slowdown"** and as such **"**[d]espite depletions running slightly below consensus, we DO NOT expect the company to reduce guidance" and RBC's "thesis remains intact." Thus, RBC's statements were reliant upon Defendants statements concerning STZ's business.

63. RBC's finding was supported, in part, because STZ was in a "better relative position" to other larger players:

Despite category pressures, STZ is still outperforming, growing volumes MSD%, well ahead of peers




Source: Circana, RBC Capital Markets

17 RBC Capital Markets

ii. <u>June 12, 2024 - Jefferies' Report: *Resilient, But Not Immune: F1Q Preview; Good Growth But Slower – BUY*</u>

64. On June 12, 2024, Jefferies published a report previewing is view on STZ's 1Q 2025 quarter titled: "Resilient, But Not Immune: F1Q Preview; Good Growth But Slower – BUY[.]" In the reports' "Key Areas of Focus", Jefferies noted that STZ's peers' consumers had already observed shifts to "value" seeking and larger "pack size", but noted that STZ "should be safer" to these effects:

> State of the consumer and impact on consumption habits (e.g. pack size, purchase frequency). View: Purchasing habits have already started to shift towards maximizing value. Constellation's beer portfolio should be safer vs. peers, but W&S is hurting.

Despite this observation of the macro headwinds affecting STZ's competitors, Jefferies relied upon Defendants statements concerning STZ's Beer and its consumers noting that STZ that "Total and

Hispanic Beer consumer buy rate is down, but Constellation's buy rate is growing (loyal consumer)" noting that as STZ "remains confident in their initial guide; we think F25 guidance will be reiterated[.]"

65. On June 17, 2024, Jefferies published a report discussing STZ's Hispanic consumers titled: "Explained: Constellation's Hispanic Exposure to Help Weather Tough Macro[.]" In its report, Jefferies explained that STZ had "one of the highest exposures to mid/low income households in the beer industry (below $80k)" and that this "should be a risk as both groups reduce spending across the board[.]" Jefferies explained that "demographic purchasing patterns indicates 41% of its households are Hispanic and showing buy rate growth despite their low-mid income skew (they are reducing spend elsewhere)[.]" Jefferies wrote that "54% of Constellation's Customer Households Earn Below $80k" and that 63% of its Hispanic consumer households earning less than $80k. As Jefferies explained that STZ's Hispanic consumer is "more loyal to Constellation's brands", it believed that this loyalty is one of the reasons that may allow STZ to "[h]elp [w]eather" the macroeconomic headwinds prevalent in the beer industry as a whole. Notwithstanding that STZ's low income consumers continued to increase their purchases of STZ's beers, Jefferies' charts evidenced that STZ was experiencing a downward trend as STZ's low income consumers started spending less on STZ's Beer in early May 2024:




Source: Numerator, Jefferies; Rolling 13 Weeks; Note: Lower Income = <$80k per year

66. As a major analysts firm following STZ, STZ would have routinely followed such reports issued by these analysts, including the above referenced reports published by RBC and Jefferies. As such, Defendants knew or recklessly disregarded the trends affecting its most core consumer demographic, Hispanics, including the low-income households, and the changes in their consumption behaviors during the Class Period.

**G. STZ Was Also Experiencing Material Negative Changes to Its Beer Division in 2024; Beer Sales in STZ's Critical California Market were "Hitting the Wall" by June 2024.**

67. From late 2020 to June 2024, CW1 worked as Senior Director, Trade Marketing – Beer Division. STZ's Trade marketing covered "retail-focused programs, POS [point of sale] materials" and other "marketing investments" in the Beer Division. CW1 reported to a VP, who reported to the Chief Marketing Officer. CW1 characterized his role as a bridge between STZ's Beer Division's sales and marketing groups and was "heavily involved" in annual planning for the Beer Division.

68. During the time CW1 was at STV, Matt Lindsay was appointed to the role of STZ's SVP, Chief Marketing Officer – Beer Division on or about December 8, 2023.

69. After leaving STZ in June 2024, CW1 continued exchanging communications with "a few close colleagues" who stayed on at STZ. CW1 had communications with these colleagues, including during fall 2024 and into 2025. During such exchanges, CW1 asked how STZ was tracking towards achieving internal bonus targets for the fiscal year. CW1's former colleagues made it "pretty clear that by fall [2024] they were well behind" being able to achieve these internal goals.

70. CW1 noted that this this was the first time in nearly 13 years (the duration of CW1's prior association with STZ) that the company had missed its internal bonus plan goals, "so, this was new to miss the plan" as appeared likely to happen for FY2025.

71. CW1 stated that typically STZ has "a very clear" picture and "strong indication" following the second fiscal quarter of how the remainder of a given fiscal year will play out. CW1 stated that even before leaving STZ in June 2024, it was "clear from business reporting" related to the Beer division that it was "expecting a lot of headwinds" for the remainder of the fiscal year even putting aside any issues with the election.

72. CW1 explained that these headwinds were affecting STZ's key California market, especially Southern California. CW1 explained that these sales declines had been occurring prior to CW1's June 2024 departure stating that Corona had been "hitting the wall" for some time and "even Modelo" was experiencing sales declines. Notably, CW1 said that CW1 heard the phrase "hitting the wall" in regards to beer sales in the critical California market from STZ's Chief Marketing Officer, Matt Lindsay.

73. CW1 continued to explain that although STZ would likely blame poor results during a quarter on the "weather", CW1 reiterated that the "main theme" had been "a huge hitting of the wall in California" as result of a combination of Corona and Modelo sales declining in that region

74. CW1 emphasized that as STZ's most important market, California, and Southern California, in particular, were "the canary in the coalmine" for all of STZ's beer business. CW1 noted that not just sales of Corona had been declining, in particular in the critical California markets, but Modelo had also been slowing down. CW1 stated "the sense I got in early F2025" was that Modelo sales were down high single digits to low double digits.

75. CW1 further described that these factors affecting the Beer Division were included in a monthly, so-called "Drags and Drivers" reports in which the STZ had been "calling out forward risks" for the Beer division. CW1 noted that these reports were usually presented two to three weeks after the conclusion of the preceding month.

76. CW1 also explained how CW1 took part in the Beer divisions "forecasting cycle" which was done by the Sales group. CW1 stated that before departing STZ that it was "common knowledge" that the Beer Division was "on track to miss the initial plan for F2025" noting that by June 2024 it was apparent "they were behind" where they had forecasted they would be.

77. CW1 explained that summer of any given year is STZ's businesses season for volume. CW1 reiterated that the after the second fiscal quarter, STZ knows how rest of the year will perform and there is typically "not a lot of variance to the forecast."

78. CW1 said that typically in the course of a fiscal year, if results were falling short, there would be a process called "ring-fencing" undertaken in the second fiscal quarter by which any "uncommitted" monies from the fiscal budget for the remainder of the fiscal year (usually the

third and fourth fiscal quarters) would be identified and "carved out" by all of STZ's different teams. Engaging in this exercise included identifying monies that hadn't been spent or committed yet, as well as the impact on the business if those funds were pulled. Depending on circumstances, some of those monies might be released.

79. CW1 detailed that given California being such a critical market to STZ, that STZ would "not ever divert" marketing monies allocated to California to another market but would do, instead, what it could to stabilize the California market.CW1 noted that at the very end of February 2025 that CW1 texted a former colleague who was still at STZ, asking by "how many millions of cases" the Beer Division's plan been missed. To which the colleague stated "LOL" and CW1 replied, jokingly, that STZ had "better be loading 10 million cases to Reyes overnight" (Reyes Beverage Group is STZ's largest Beer distributor). CW1's colleague replied that, in fact, the Beer division had already fallen short of its annual plan for FY2025 by 13,177,823 cases or approximately 6.5% of STZ's annual beer sales.

## V. STATEMENTS DURING THE CLASS PERIOD

### A. April 11, 2024 – FY 2024 Press Release and STZ's FY 2024 Earnings Call.

80. On the morning of April 11, 2024, before the market opened for trading that day, STZ issued a press release to report STZ's financial and operational results for FY2024 ended February 29, 2024 and its outlook for FY2025 that started on March 1, 2024 (the "FY2024 Press Release").

81. The FY2024 Press Release included "management's current [earnings per share] expectations for fiscal 2025" which were based on guidance for STZ's beer business of "***Beer***: ***net sales growth of 7 – 9%***[,]" "***operating income growth of 10 – 12%***[.]" The FY2024 Press Release further provided Defendants' guidance for FY2025 of "***Enterprise net sales growth of 6 - 7%.***"

82. The FY2024 Press Release also quoted Defendant Newlands as stating that "[a]s we head into Fiscal 25, ***we remain confident and excited about the growth trajectory of our Beer portfolio***."

83. Also, on the morning of April 11, 2024, during market trading hours at 10:30 Eastern, Defendants hosted a conference call with investors and analysts to discuss STZ's financial and operational results for FY2024 and their FY2025 outlook (the "FY2024 Earnings Call").

84. During his opening remarks, Defendant Newlands discussed STZ's guidance for FY 2025 providing for beer a mid-point of 8% for net sales growth and 11% for operating income growth stating:

> Looking ahead to fiscal '25 and in line with the plan we laid out at our Investor Day in November, we expect our ***beer business to remain within our net sales growth algorithm of 7% to 9% and for operating margins to gradually improve, supported by our operating income growth of 10% to 12%.***

85. On the FY2024 Earnings Call, Defendant Hankinson stated that Defendants were targeting net sales growth "***inclusive of a 7% to 9% growth target for our beer business[,]***" adding that "***[t]he beer top line outlook is expected to be primarily achieved by continued strong volume growth of our portfolio***."

86. Speaking to the profitability of STZ's beer business, Defendant Hankinson stated on the FY2024 Earnings Call that STZ expected growth from the beer business benefiting with tailwinds from volume growth and favorable pricing but noted only headwinds of input cost inflation, cost savings initiatives, and hedging. No discussion of unemployment rates was noted as headwinds to STZ's guidance:

> For fiscal '25 operating income, we expect ***comparable enterprise-wide growth between 8% and 10%, reflecting 10% to 12% operating income growth for our beer business, a 9% to 11%*** . . .

> ***For our beer business, we anticipate operating income tailwinds from volume growth and favorable pricing. We expect these tailwinds will be partially offset by continued input cost inflation with an absolute increase in COGS, inclusive of volume growth, cost savings initiatives and our multiyear hedging actions in the high single digits.***

87. During the Q&A an analyst asked what Defendants were seeing "in terms of the health of the U.S. consumer" and directly asked if there were "[a]ny signs of down trading or shift in behavior[.]" Defendant Newlands did not disclose any issues stemming from Hispanic consumers' unemployment or their changing consumption preferences. Rather he stated that "[w]e're very pleased with the health of our consumer." Specifically, the analyst and Newlands stated:

> **Nadine Sarwat**
> **Sanford C. Bernstein & Co., LLC., Research Division**
>
> Two interrelated questions from me. First, you obviously posted very robust beer volume growth this quarter. <u>What are you seeing in terms of the health of the U.S. consumer today? Any signs of down trading or shift in behavior?</u>
>
> **William A. Newlands**
> **President, CEO & Director**
>
> Sure, Nadine. ***We're very pleased with the health of our consumer.*** We've said many, many times, the brand loyalty that we have within our franchise is superb. And I think that's really important. I think when you put that together with the fact that -- and Garth has mentioned this on a number of occasions, we've been judicious in our pricing strategy over the last few years which is a little bit different from what some other people have done in CPG industries.
>
> But we think that's important to maintain that consumer base given the very strong loyalty that we have within our franchises. It's also important to note that the high end, which is the only place where we compete in beer continues to see an increase in buy rate. So that again speaks to the fact that the consumer continues to premiumize, and we're in the perfect position to take advantage of that particular point.
>
> Relative to any ***consumer changes in January*** and so on, one of the things that we've noted a couple of times is betterment. We've done a number of things in our wine business to bring out light or lighter products like Illuminate and Kim Crawford, and Bright in Meiomi. Similarly, our Corona nonalcoholic had a great

> start. It was the #1 share gainer in the nonalcoholic segment. And I think that does reflect some change in consumer behavior or people that are concerned about being the designated driver but still want to enjoy an outstanding tasting beer.

88. The statements identified in emphasis with bold, italicized text were false and materially misleading and/or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by downplaying and failing to disclose the true impact of the Hispanic unemployment rates, value seeking behaviors, and the channel shifts STZ was experiencing at the time the statements were made. As Defendant Hankinson later admitted, during the May 13, 2025 Goldman Sachs Global Staples Forum unemployment rates had already moved up during the first half of calendar year 2024 before stabilizing in the "last half of calendar year '24[.]" Defendant Hankinson also admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." As detailed in the May 28, 2024 analyst report by RBC Capital Markets ("RBC") and June 12, 2024, analyst report published by Jefferies there was a negative trend of increasing unemployment rates and value-seeking behaviors of Hispanic consumers, especially lower-income consumers, evidenced in the broader beer market and certain of STZ's key beer brands showed a downward trend of decreasing sales growth and income growth at the time Defendants discussed their guidance on April 11, 2024.

89. The statements identified in emphasis with bold, italicized text were also false and/or materially misleading and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by failing to disclose that the increasing Hispanic unemployment rates and changing consumption habits, including STZ's key market of California, were impacting STZ's current beer sales and

would have an ongoing adverse impact on its sales growth and income growth. As a result, STZ was unable to achieve its current guidance for STZ's beer sales growth and income growth in FY2025. Defendants' statements were also materially false and misleading in that they failed to disclose material adverse information that the increases in Hispanic unemployment rates caused its Hispanic consumer to seek value in larger beer pack size and to shift their channel purchases from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. As a result, these changes and shifts which were further materially negatively impacting STZ's beer sales growth and income growth to the point of rendering STZ's FY2025 guidance misleading because it overstated the guidance for STZ's enterprise net sale growth, beer net sales growth, comparable enterprise operating income growth, and beer operating income growth. As detailed by CW1, Defendants knew that STZ's FY2025 guidance was misleading as it was "clear from business reporting" related to the STZ's Beer division that STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be and, thus, the published guidance no longer had a reasonable basis.

**B. April 12, 2024 – Statements During the Yahoo! Finance Interview**

90. On April 12, 2024, Defendant Newlands was interviewed by the Yahoo! Finance video series *The Morning Brief* (the "April 2024 Yahoo! Finance Interview").

91. During the April 2024 Yahoo! Finance Interview, Defendant Newlands was asked whether Defendants saw "consumers pushing back on price increases" or when "you look at your

business line by line, do you see signs of consumer caution[.]" In response, Newlands denied seeing signs of consumer caution, stating in relevant part: "***We don't***" and that "***we have been relatively immune to that***[.]"

92. The statements identified in emphasis with bold, italicized text were false and materially misleading and/or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by downplaying and failing to disclose the true impact of the Hispanic unemployment rates, value seeking behaviors, and the channel shifts STZ was experiencing at the time the statements were made. As Defendant Hankinson later admitted, during the May 13, 2025 Goldman Sachs Global Staples Forum unemployment rates had already moved up during the first half of calendar year 2024 before stabilizing in the "last half of calendar year '24[.]" Defendant Hankinson also admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." As detailed in the May 28, 2024 analyst report by RBC Capital Markets ("RBC") and June 12, 2024, analyst report published by Jefferies there was a negative trend of increasing unemployment rates and value-seeking behaviors of Hispanic consumers, especially lower-income consumers, evidenced in the broader beer market and certain of STZ's key beer brands showed a downward trend of decreasing sales growth and income growth at the time Newlands made his statements on April 12, 2024.

93. The statements identified in emphasis with bold, italicized text were also false and/or materially misleading and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by failing to disclose that the increasing Hispanic unemployment rates and changing consumption

habits, including STZ's key market of California, were impacting STZ's current beer sales and would have an ongoing adverse impact on its sales growth and income growth. As a result, STZ was unable to achieve its current guidance for STZ's beer sales growth and income growth in FY2025. Defendants' statements were also materially false and misleading in that they failed to disclose material adverse information that the increases in Hispanic unemployment rates caused its Hispanic consumer to seek value in larger beer pack size and to shift their channel purchases from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. As a result, these changes and shifts which were further materially negatively impacting STZ's beer sales growth and income growth to the point of rendering STZ's FY2025 guidance misleading because it overstated the guidance for STZ's enterprise net sale growth, beer net sales growth, comparable enterprise operating income growth, and beer operating income growth. As detailed by CW1, Defendants knew that STZ's FY2025 guidance was misleading as it was "clear from business reporting" related to the STZ's Beer division that STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be and, thus, the published guidance no longer had a reasonable basis.

**C. May 29, 2024 – Statements at the 2024 Bernstein Conference**

94. On May 29, 2024, Defendants Newlands and Hankinson presented to investors and analysts on behalf of STZ at Bernstein's 40th Annual Strategic Decisions Conference (the "May 29, 2024 Bernstein Conference").

95. During the May 29, 2024 Bernstein Conference, Defendant Hankinson reassured investors that the gap between tracked beer channel sales data from Circana or Nielsen and STZ's actual sales figures was narrowing in a "reversion back to what is more normal"—meaning that investors should expect STZ's actual beer sales results for the first quarter of 2025 ("Q1 2025") to more closely align with the tracked channel data—and that investors should "keep that in mind [when] looking at [STZ's] results":

> Yes, just a little bit on the outlook. Per the guidance we provided for FY '25 and consistent with what we laid out at our Investor Day ***for our beer business, we expect to achieve net sales growth in that 7% to 9% range.*** That's underpinned by volume growth in the mid- to high single-digit range and then getting 1% to 2% contribution from pricing . . .
>
> [F]or all of you that have a tendency to look at Circana or Nielsen data, the syndicated consumer takeaway data, I think it's important to note that over the last 12 months, there's been a good amount of variability between the gap, between what you'll see in consumer takeaway and what you see from our depletions.
>
> In our last fiscal quarter, that gap was in the low single-digit range, and that was kind of a reversion back to what is more normal. So just keep that in mind as you're looking at results.

96. The host analyst at the May 29, 2024 Bernstein Conference immediately asked Hankinson to clarify. In response, Hankinson stated that "***some of the anomalies that we saw last year***" in the gaps between tracked channel data and STZ's actual beer sales "have started to revert back to the norm" of there being no gap:

> **Nadine Sarwat**
> *Sanford C. Bernstein & Co., LLC., Research Division – Senior Research Associate*
>
> And just to clarify, that Nielsen IRI versus depletions, you're saying that, that low single-digit number that we saw in the last quarter, we're expecting something similar, that's something normal that should we see carrying on now?
>
> **Garth Hankinson**
> *Constellation Brands, Inc. – Executive VP & CFO*
>
> I'm saying that some of the anomalies that we saw last year, things have started to revert back to the norm.

97. The host continued to investigate what STZ saw as the "health of the American consumer" given other consumer companies' focus on "trying to understand where the American consumer is today." Notably, the host asked whether STZ had seen any "downgrading" to which Defendant Newlands responded that "[w]e're very pleased with where the consumer is" and that "we haven't seen a lot of pressure on our brands." Defendant Newlands attributed the strength of STZ's business and its outlook on consumers due to "unemployment is at a traditionally low rate" and half of its business being in the Hispanic community with "a lot of tailwinds in that community":

> **Nadine Sarwat**
> *Sanford C. Bernstein & Co., LLC., Research Division – Senior Research Associate*
>
> All right. So a key theme that we would have heard at this conference from all consumer companies is a focus in trying to understand where the American consumer is today. We're in a very unique environment at the moment. So from the perspective of your business, <u>how are you seeing the health of the American consumer? Are you seeing any downgrading</u>? Any color on that?
>
> **William A. Newlands**
> *Constellation Brands, Inc. – President, CEO & Director*
>
> ***We're very pleased with where the consumer is.*** When you look at the past 12 months with our buy rate, our buy rate is up. And I think that's one of the best views of how the business is doing and how it's performing. ***We haven't seen a lot of pressure on our brands.***
>
> Now some of that, I would argue, is the great point. ***I think some of that is unemployment is at a traditionally low rate compared to what we've seen in the last several years.*** Our consumers are very, very loyal. Almost half of our business is in the Hispanic community, ***a lot of tailwinds in that community. And the buy rates in that community have remained very, very strong. So we're seeing a lot of things that are very positive about our brands, perhaps a little different than what some people are seeing relative to the category. But our brands have been very, very healthy.***

98. Defendant Hankinson continued to add that although Defendants are aware that "consumer sentiment" was a "bit weaker than I think any of us would have liked" over the past "few readings" that they were "bullish on the consumer":

**Garth Hankinson**
*Constellation Brands, Inc. – Executive VP & CFO*

Just on that point. I mean, while our brands are healthy and while we're performing well, clearly, we're watching the [indiscernible] always. And particularly, we were watching consumer sentiment, which, admittedly, for the last few readings, has been a bit weaker than I think any of us would have liked.

…And I think, on a positive front, is that if you look at across most financial metrics, the American consumer continues to be pretty resilient and fairly strong across all household incomes. And importantly, in -- consumer spending actually increased, again, across all income levels, including lower-income households. ***So that has us relatively bullish, if you will, on the consumer***, but something that we watch very, very closely.

99. The statements identified in emphasis with bold, italicized text were false and materially misleading and/or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by downplaying and failing to disclose the true impact of the Hispanic unemployment rates, value seeking behaviors, and the channel shifts STZ was experiencing at the time the statements were made. As Defendant Hankinson later admitted, during the May 13, 2025 Goldman Sachs Global Staples Forum unemployment rates had already moved up during the first half of calendar year 2024 before stabilizing in the "last half of calendar year '24[.]" Defendant Hankinson also admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." As detailed in the May 28, 2024 analyst report by RBC Capital Markets ("RBC") and June 12, 2024, analyst report published by Jefferies there was a negative trend of increasing unemployment rates and value-seeking behaviors of Hispanic consumers, especially lower-income consumers, evidenced in the broader beer market and certain of STZ's key beer brands showed a downward trend of decreasing sales growth and

income growth at the time Defendants made their statements at the May 29, 2024 Bernstein Conference.

100. The statements identified in emphasis with bold, italicized text were also false and/or materially misleading and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by failing to disclose that the increasing Hispanic unemployment rates and changing consumption habits, including STZ's key market of California, were impacting STZ's current beer sales and would have an ongoing adverse impact on its sales growth and income growth. As a result, STZ was unable to achieve its current guidance for STZ's beer sales growth and income growth in FY2025. Defendants' statements were also materially false and misleading in that they failed to disclose material adverse information that the increases in Hispanic unemployment rates caused its Hispanic consumer to seek value in larger beer pack size and to shift their channel purchases from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. As a result, these changes and shifts which were further materially negatively impacting STZ's beer sales growth and income growth to the point of rendering STZ's FY2025 guidance misleading because it overstated the guidance for STZ's enterprise net sale growth, beer net sales growth, comparable enterprise operating income growth, and beer operating income growth. As detailed by CW1, Defendants knew that STZ's FY2025 guidance was misleading as it was "clear from business reporting" related to the STZ's Beer division that STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track

to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be and, thus, the published guidance no longer had a reasonable basis.

### D. June 20 – 24, 2024 – Analyst Weigh-In Before STZ's Q1 2025 Results

101. On June 20, 2024, J.P. Morgan published a report providing its take on STZ's forthcoming Q1 2025 financial results titled: "F1Q25 Preview: Lowered Bar Into the Print Looks Doable - What to Expect on July 3rd[.]" In its report, J.P. Morgan expected that STZ would "reiterate most elements of FY25 guidance" excepting some that would be expected by STZ's Wine and Spirits performance. Notably, J.P. Morgan's analyses of STZ's business was based, in a material part, on Defendant Hankinson's representation that the "[i]n our last fiscal quarter, that gap was in the low, low single-digit range. And that was kind of a reversion back to what is more normal. So just keep that in mind as you're looking at results."

102. On June 24, 2024, Citi Research ("Citi") published its report previewing its expectations for STZ's Q1 2025 financial results titled: "STZ F1Q'25 Earnings Preview[.]" In its report, Citi wrote "[w]e expect STZ to reiterate FY'25 guidance calling for beer topline +7-9% Y/Y, beer OI growth of +8-10%" noting its expectations and its opinions for Q1 2025 beer depletion growth were based on the information provided by Defendants during the May 29, 2024 Bernstein Conference with Citi writing "[a]t a sell-side conference in May, STZ noted that the delta between scanner volume trends and its reported beer depletions had returned to the ~LSD% historical range, implying ~5-5.5% beer depletions growth in FQ1 (using +7.1% Nielsen beer volume growth for the 13W ending 6/1 and assuming a ~1.5-2% gap)."

**E. July 3, 2024 – Statements in STZ's Q1 2025 Press Release and Q1 2025 Earnings Call**

103. On July 3, 2024, before market trading hours, STZ issued a press release titled "First Quarter Fiscal Year 2025 Results" that was that was also attached as an exhibit to a Form 8-K signed by Defendant Hankinson and filed with the SEC that same morning (the "Q1 2025 Press Release"). The Q1 2025 Press Release reported STZ's financial and operational results for its first fiscal quarter of 2025 ended May 31, 2024

104. The Q1 2025 Press Release headlined that during the first fiscal quarter of 2025 that STZ "***Achieves Solid Start to Fiscal 2025 as Beer Business Maintains Strong Volume Growth and Delivers Operating Margin Expansion*** . . ." In the Q1 2025 Press Release, Defendants reiterated STZ's previously provided FY2025 guidance of: ***$13.50 - $13.80*** for comparable EPS; "***Enterprise: net sales growth of 6 – 7%***"; "***Beer: net sales growth of 7 – 9%***"; "***Enterprise: operating income growth: . . . comparable of 8 - 10%***"; and "***Beer: operating income growth of 10 – 12%***." (Emphasis added). The Q1 2025 Press Release further stated that "*[t]**he Beer Business continues to expect net sales growth of 7 - 9% and operating income growth outlook of 10 - 12% for fiscal 2025.***" (Emphasis added).

105. During market trading hours that same day, Defendants held a conference call with investors to report STZ's financial and operational results for its first fiscal quarter of 2025 ended May 31, 2024 (the "Q1 2025 Earnings Call").

106. During his prepared remarks on the Q1 2025 Earnings Call, Defendant Newlands stated that "***we continue to expect our Beer business to deliver net sales growth of 7% to 9%, operating income growth of 10% to 12%*** and an operating margin of approximately 39% in fiscal '25."

107. Defendant Hankinson, during his prepared remarks on the Q1 2025 Earnings Call, "***[f]or fiscal '25, we continue to expect enterprise net sales to grow between 6% to 7%***."

108. Hankinson also stated on the Q1 2025 Earnings Call that STZ's beer business would continue to grow at a steady rate, stating in relevant part: "[a]s we look towards the balance of fiscal '25 from a top line perspective for our Beer business, ***we anticipate the momentum of our portfolio to continue***." The topline performance was sustainable, Hankinson explained, thanks in no small part to the "***demographic tailwinds from Hispanic consumers***" which he said "***give us further assurance that our top line performance is sustainable***".

109. During the question-and-answer portion of the call an analyst from JPMorgan Chase & Co asked Defendant Newlands as to the "state" of STZ's consumers. Defendant Newlands' highlighted the growth in Hispanic consumers but noted without detailing the impact of "some shift around in pack sizes channels":

> **Andrea Faria Teixeira** JPMorgan Chase & Co, Research Division – Managing Director
>
> So Bill, got a few. You elaborated -- you commented on the continued momentum in beer and disciplined marketing efforts leading to sustainability of growth. I think we are all hoping to hear from you a little bit of how you exit the quarter, any June commentary so far given the state of the consumer, given all we are hearing from other companies and the economy in general. So if you can comment on that.
>
> And related to that, like I think we all hope that you are benefiting from all the shares and expansion in distribution. And if you can kind of tell us like a little bit of how you benefited from -- in the depletions that you just reported the 6.4%, how much you would say came from same-shelf growth or how much was additional distribution?
>
> **William A. Newlands** Constellation Brands, Inc. – President, CEO & Director
>
> Sure. Let me start with that. First of all, I think the important thing to always keep in mind is that our buy rates for our Beer business remain very strong. ***We saw high single digit both at a consumer level and within the Hispanic community with the Hispanic community being slightly higher than the total consumer.***

> ***Now that doesn't mean there aren't some shift around in pack sizes channels, but our buy rates remain extremely strong***. And I think this is a consistent theme that we've said time -- frankly, time and time again, which is our Beer business has tremendous brand loyalty. And therefore, it continues to excel despite whatever might be going on with other beer companies or with other brands in the sector.

110. In a later question an analyst from Morgan Stanley followed up whether STZ was "seeing any big channel shifts" or "impact" from such on STZ's beer business. Defendant Newlands highlighted that Hispanic "consumer buy rate was up compared to the total consumer" but failed to discuss the impact of the channel shift on STZ's business stating:

> **Dara Warren Mohsenian** Morgan Stanley, Research Division – Managing Director
>
> So just to follow up on Andrea's question in terms of macros and potential impact on the Beer business. Can you unpack a little more maybe what you're seeing from low versus middle versus high-end consumers in terms of demand for your Beer business?
>
> And then also just any update on on-premise channel trends and what you're seeing throughout the course of fiscal Q1 and so far this summer just in terms of if we're seeing any big channel shifts or any types of impact on that front?
>
> **William A. Newlands** Constellation Brands, Inc. – President, CEO & Director
>
> . . .
>
> But as we are getting into the summer months, we expected this to show some resiliency. I'd reemphasize to your question about where the consumer is at various price points -- excuse me, income points, I think yet again, this goes right back to what I said in answer to her question, which is the brand loyalty that exists with our consumers is second to none.
>
> ***I mean when you look at the Hispanic consumer, which is one we watch very closely given it's more than 50% of our overall mix, that consumer buy rate was up compared to the total consumer.*** Again, I think that speaks very strongly to the loyalty that we see within that consumer base, irrespective of income.

> That, in particular, is a long-range benefit for our business and will continue to be a long-range benefit to our business given that community, in many respects, views beer as a stable.
>
> So again, overall, we continue to be very pleased with our buy rates. And despite gives and takes during the course of the quarter, I think it's reflected in our depletion rate of 6.4%. It's a very strong quarterly result.

111. An analyst from Barclays sought additional clarity concerning what would impact STZ obtaining the low versus the high range of STZ's operating profit guidance range of 10 to 12%. Defendant Hankinson discussed the "normal seasonality" that STZ had in volumes between the first half and the second half of the year, but did not discuss the impact that Hispanic unemployment rates and Hispanic consumers channel shifts impacts on STZ's business stating:

> **Lauren Rae Lieberman** Barclays Bank PLC, Research Division – MD & Senior Research Analyst
>
> Great. So the strong start to the year on profitability would seemingly create more flexibility to hit that 10% to 12% operating profit guide for beer for the year. Particularly, there's nothing too material from a timing perspective in the quarter. <u>So kind of what do you see as the key variables that influence the high versus the low end of that operating profit guidance range from here</u>?
>
> **Garth Hankinson** Constellation Brands, Inc. – Executive VP & CFO
>
> Well, look, Lauren, ***we feel really good about the guidance we gave for the full year***. And obviously, we feel really good about the results we reported today.
>
> As we gave guidance in April of this year, obviously, we laid out that from a beer perspective, we very much expected that our operating income growth would be in that 10% to 12% range. ***And we certainly reiterated that today.***
>
> That implied that our operating margins would be at about 38%. I think it's important to note that -- or 39%, I should say. I think it's important to note that we gave that guidance as it relates to the margin on an annual basis, not on a quarterly basis. So that means that we won't necessarily hit 39% or approximately 39% every quarter.
>
> ***Certainly, we expect that there's going to be the normal seasonality that we see every year, which means we have higher volumes in the first half of the year and then lower volumes in the second half of the year just due to regular seasonality,***

> which results in a bit of a fixed overhead absorption drag as well as the second half of the year is when we do most of our maintenance on our breweries. So therefore, the second half of the year will be lower from a margin perspective than the first half of the year.
>
> That being said, as we've noted previously, we do expect that in Q4 that we will see some favorability on a year-over-year basis due to the lapping of the VAT write-off of last year.

112. The statements identified in emphasis with bold, italicized text were false and materially misleading and/or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by downplaying and failing to disclose the true impact of the Hispanic unemployment rates, value seeking behaviors, and the channel shifts STZ was experiencing at the time the statements were made. As Defendant Hankinson later admitted, during the May 13, 2025 Goldman Sachs Global Staples Forum unemployment rates had already moved up during the first half of calendar year 2024 before stabilizing in the "last half of calendar year '24[.]" Defendant Hankinson also admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." As detailed in the May 28, 2024 analyst report by RBC Capital Markets ("RBC") and June 12, 2024, analyst report published by Jefferies there was a negative trend of increasing unemployment rates and value-seeking behaviors of Hispanic consumers, especially lower-income consumers, evidenced in the broader beer market and certain of STZ's key beer brands showed a downward trend of decreasing sales growth and income growth at the time Defendants made their statements on July 3, 2024.

113. The statements identified in emphasis with bold, italicized text were also false and/or materially misleading and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by

failing to disclose that the increasing Hispanic unemployment rates and changing consumption habits, including STZ's key market of California, were impacting STZ's current beer sales and would have an ongoing adverse impact on its sales growth and income growth. As a result, STZ was unable to achieve its current guidance for STZ's beer sales growth and income growth in FY2025. Defendants' statements were also materially false and misleading in that they failed to disclose material adverse information that the increases in Hispanic unemployment rates caused its Hispanic consumer to seek value in larger beer pack size and to shift their channel purchases from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. As a result, these changes and shifts which were further materially negatively impacting STZ's beer sales growth and income growth to the point of rendering STZ's FY2025 guidance misleading because it overstated the guidance for STZ's enterprise net sale growth, beer net sales growth, comparable enterprise operating income growth, and beer operating income growth. As detailed by CW1, Defendants knew that STZ's FY2025 guidance was misleading as it was "clear from business reporting" related to the STZ's Beer division that STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be and, thus, the published guidance no longer had a reasonable basis.

### F. July 3 - 5, 2024 – Analysts React to Defendants' Statements on STZ's Q1 2025 Results

114. On July 3, 2024, Piper Sandler published its report reviewing Defendants STZ's Q1 2025 financial results titled: "EPS Beat, F25 Guidance Reiterated[.]" In its report, Piper Sandler wrote that FY2025 guidance "looks achievable" after management had reiterated its FY2025 including beer sales growth of 7-9% and beer income growth of 10-12%.

115. On July 5, 2024, UBS published its report reviewing Defendants STZ's Q1 2025 financial results titled: "EPS Beat, F25 Guidance Reiterated Risk/Reward Still Attractive At Current Levels; Stay Buy[.]" In its report, UBS noted that "the company also maintained their FY25 outlook across the board. Sentiment heading into the print was largely mixed as concerns on weaker beer category growth led many to question whether 1Q results would fall short of expectations and lead to a guidance cut down the road." UBS, however, found that STZ's performance during the Q1 2025 was a "strong performance" and noted that Defendants' reiterated their guidance and that "FY25 Guidance Looks Increasingly Achievable."

116. On July 3, 2024, Truist published its report reviewing Defendants STZ's Q1 2025 financial results titled: "F1Q25 Bottom Line Beat, FY25 Guide Maintained[.]" In its report, Truist, however, was not as optimistic as UBS and Piper Sandler writing in relevant part that "[f]or F1Q25, STZ reported net sales of $2.662B (+6.0% YoY), mostly in-line with our estimate of $2.679B (+6.5% YoY) and the consensus estimate of $2.669B (+6.1% YoY)" and concluding that "[w]e view these results as subpar but largely expected as consensus topline estimates ticked down throughout the quarter." Truist continued to express some skepticism writing "[t]he company only gave initial FY25 guidance 2 months ago and has a long history of at least raising EPS guidance after each report. Not only did the company maintain its EPS guide but the guide is now inclusive

of recent (and we surmise) future share repurchases." Notwithstanding, Truist kept stock rating and price target unchanged.

**G. August 15, 2024 – Wells Fargo Reports on its Two Days of Meetings with Defendant Hankinson**

117. On August 15, 2024, Wells Fargo published its report summarizing its takeaways from two days of meetings with Defendant Hankinson titled: "Hollywood with the ST(ar)Z — Takes from California Management Meetings[.]" In its report, Wells Fargo discussed STZ's picture on volume noting that STZ "didn't go down the rabbit hole of weekly scanner, seeing the business through a LT lens" and that "[a]long those lines, ***the message was simple: sky is not falling ("if we saw something, we'd update the market") and buy rates are still +HSD (despite flat/down category).*** That in mind, we certainly felt STZ was more resolute...more direct...on just how much flex lives in margins/capital allocation to drive +LDD EPS. This is key." Emphasis added. Wells Fargo also noted that due to scanner data that it "trimmed FQ2 Beer depletion and shipment ests -1pt each to +4.5% and +5.5%, respectively" but clearly stated that STZ "*did not* bless a reduction to depletions, to be clear, but the reality is scanner has slowed[.]" Wells Fargo expounded on this point stating:

> **Depletions**. We'll be very clear about this: STZ management was not getting into the conversation of weekly/monthly scanner trends in the two days of meetings we hosted, and there was not some implied "blessing" of scanner data regarding the deceleration in July. We understand this hesitancy given the micro-focus on this metric, amid a business which has delivered strong volume growth for many years. However, mgmt did note that it thinks about the business on the basis of one quarter (or longer) and that trends have better approximated scanner of late. As such, we're deciding to hug the scanner data a bit tighter in our FQ2 depletion estimate.
>
> * * *
>
> STZ was pretty clear they think about the 12 week, 26 week, 52 week trends, i.e., longer dated trends when thinking about depletions, not wanting to go into a weekly/monthly scanner rabbit hole of sorts. We'll follow this logic for now . . . .

### H. September 3, 2024 – Statements in STZ's September 3, 2024 Press Release

118. On September 3, 2024, at 9:05 a.m. Eastern before market trading hours, STZ issued a press release entitled "Constellation Brands Updates Fiscal 2025 Outlook" (the "September 3, 2024 Press Release"), which was then attached as an exhibit to a Form 8-K signed by Defendant Hankinson and filed with the SEC that same morning.

119. The September 3, 2024 Press Release raised STZ's guidance for its beer segment's operating income growth from a range of 10-12% to ***11-12%***, for which the "Key Driver[]" was described as "***[i]ncremental cost savings partially offset by increased marketing investments***[.]" and increased the comparable EPS range to ***$13.60 -$13.80*** from $13.50 -$13.80.

120. The September 3, 2024 Press Release, however, lowered the ***enterprise net sales growth*** from a range of 6-7% to ***4-6%, the beer net sales growth*** from 7-9% to ***6-8%, and comparable enterprise operating income growth*** from 8-10% to **8%-9%**. The updated guidance lowered the top line below STZ's medium-term algorithm.

121. In lowering the guidance ranges for enterprise net sales growth and beer net sales growth, the September 3, 2024, Press Release attributed this change to "*[i]****ncremental macroeconomic headwinds affecting consumer, particularly unemployment***" but again failed to describe the impact of STZ's Hispanic channel shifts on STZ's revised guidance.

122. The statements identified in emphasis with bold, italicized text were false and materially misleading and/or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by downplaying and failing to disclose the true impact of the Hispanic unemployment rates, value seeking behaviors, and the channel shifts STZ was experiencing at the time the statements were

made. As Defendant Hankinson later admitted, during the May 13, 2025 Goldman Sachs Global Staples Forum unemployment rates had already moved up during the first half of calendar year 2024 before stabilizing in the "last half of calendar year '24[.]" Defendant Hankinson also admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." As detailed in the May 28, 2024 analyst report by RBC Capital Markets ("RBC") and June 12, 2024, analyst report published by Jefferies there was a negative trend of increasing unemployment rates and value-seeking behaviors of Hispanic consumers, especially lower-income consumers, evidenced in the broader beer market and certain of STZ's key beer brands showed a downward trend of decreasing sales growth and income growth at the time STZ issued its press release on September 3, 2024.

123. STZ's statements were also materially false and misleading in that they failed to disclose material adverse information that the increases in Hispanic unemployment rates caused its Hispanic consumer to seek value in larger beer pack size and to shift their channel purchases from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. As a result, these changes and shifts which were further materially negatively impacting STZ's beer sales. As detailed by CW1, it was "clear from business reporting" related to the STZ's Beer division that, even by June 2024, STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be.

**I. September 3, 2024 – Statements at the 2024 Barclays Conference**

124. On September 3, 2024, Defendants Newlands and Hankinson presented to analysts and investors on behalf of STZ at Barclays' 17th Annual Global Consumer Staples Conference (the "September 3, 2024 Barclays Conference").

125. At the beginning of the September 3, 2024 Barclays Conference, the host analyst asked Defendants about STZ's change in guidance. Defendant Newlands explained that he had seen that STZ's top markets - California, Texas, Florida, New York, Illinois – "had been a little slower" and that these markets were "over indexed in the Hispanic community." Defendants Newlands noted that there had "been a bit of an uptick" in the "unemployment rate" with the Hispanic consumer. Defendants Newlands also noted STZ was seeing a "bit of that consumer wariness", but downplayed this as a broader market issue that was affecting consumer companies at large. Specifically, Defendants Newlands stated:

> Sure. Why don't I start with that? We took a look at our top 5 markets: California, Texas, Florida, New York, Illinois, and what we were seeing is that those markets, which are roughly half of our business, have been a little slower. They're in the low single-digit growth profile, and they're big.
>
> ***Part of what we're seeing is there are also markets that are over indexed in the Hispanic community, and there's been a bit of an uptick. As most of you know, the Hispanic consumer represents over half of our total volume. We've seen an uptick in the unemployment rate with that consumer.***
>
> ***However, if you look at the other sort of 45 states, we're up high single digits, and the business continues to accelerate in those markets.*** I think the important thing to recognize is this is an election year. If you look back at every sort of 4 years where there's a real question in consumers' minds as to who's going to be elected President, people tend to pull in a bit.
>
> ***And that's part of what we're seeing is you're seeing a bit of that consumer wariness, most consumer companies are saying the same thing.*** And unfortunately, we're not quite immune to that. The important part, though, and you noted it, is because of some of the terrific cost savings agendas, we're actually going to spend more against our business in the back half of this year than we had planned.

> ***We have raised the lower end of our operating income on our Beer side because of the strength of that. Let me make clear, we're not cutting our marketing. In fact, we're going to spend more money on our marketing in the back half of this year than what we had originally planned.***
>
> And I think it's also important to recognize we're still gaining share. We're up in our fiscal year-to-date 1.3 share points in the Beer business. We are 4.5 points better than CPG if you look at Circana data. ***So our business remains very, very strong, and we're looking forward to a good back half of the year.***

126. During the September 3, 2024 Barclays Conference, the host analyst asked Defendants about STZ's guidance for its beer business for the remainder of 2025. In response, Defendant Newlands explained that Defendants expected STZ to achieve that guidance based on unemployment stabilizing, inflation falling, and demand rising following the 2024 elections. Specifically, Newlands stated in relevant part:

> **Lauren Rae Lieberman**
> *Barclays Bank PLC, Research Division – MD & Senior Research Analyst*
>
> Good catch. One question that I've had from people just kind of milling about before sitting down this morning was <u>the degree to which the guidance adjustment on Beer revenue simply takes into account the softness you've seen in the quarter itself, or also how are you thinking about the balance of the year.</u>
>
> Because you've referenced that it's macro, you've referenced, right, the unemployment. So how, if you have tempered your expectations for Beer in the back half of the year, and sort of does it need to improve from what we're seeing from an industry standpoint or not?
>
> **William A. Newlands**
> *Constellation Brands, Inc. – President, CEO & Director*
>
> ***No, I don't think it need to improve.*** Obviously, if you're going to make a revision, you want to make it with a revision with the expectation of what you expect the rest of the year to be. And Garth will probably go into it, but if you look at many of the macro trends, the belief is that unemployment was going to stabilize, inflation is going to continue to come around. The election will be behind us, and people will understand exactly where we sit. That usually opens up people's purses a bit. ***So we believe this is reflective of what you would expect to see for us for the rest of the year.***

127. The statements identified in emphasis with bold, italicized text were false and materially misleading and/or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by failing to disclose the true extent that the Hispanic consumers value seeking behaviors had on STZ's beer sales growth and income growth as these consumers sought value in larger pack size and through channel shifts from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. Defendant Hankinson admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." At the time Defendants discussed their updated guidance on September 3, 2024, Defendants' represented that the beer market did not need to improve for STZ to achieve its newly revised guidance. As detailed by CW1, however, it was "clear from business reporting" related to the STZ's Beer division that, even by June 2024, STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be. On January 10, 2025, at the end of the Class Period, Defendants attributed the further downward guidance revision and the market misses in material part to a "headwind from unfavorable mix as consumers continued to shift to value-oriented larger pack size" and "unemployment rates for both total and Hispanic consumers remain[ing] elevated relative to the national average." Thus, Defendants omitted to disclose the true extent the shift in Hispanic

consumers behaviors were affecting STZ's FY2025 guidance as they attempted to counteract these effects by increasing marketing during Q3 2025.

128. The statements identified in emphasis with bold, italicized text were also false and materially misleading and/or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by downplaying and failing to disclose the true impact of the Hispanic unemployment rates, value seeking behaviors, and the channel shifts STZ was experiencing at the time the statements were made. As Defendant Hankinson later admitted, during the May 13, 2025 Goldman Sachs Global Staples Forum unemployment rates had already moved up during the first half of calendar year 2024 before stabilizing in the "last half of calendar year '24[.]" Defendant Hankinson also admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." As detailed in the May 28, 2024 analyst report by RBC Capital Markets ("RBC") and June 12, 2024, analyst report published by Jefferies there was a negative trend of increasing unemployment rates and value-seeking behaviors of Hispanic consumers, especially lower-income consumers, evidenced in the broader beer market and certain of STZ's key beer brands showed a downward trend of decreasing sales growth and income growth at the time Defendants made their statements on September 3, 2024.

### J. September 3- 18, 2024 – Analysts React to Defendants' September 3, 2024 Statements and Prepare for Q2 2025 Results

129. In response to Defendants' statements on September 3, 2024, JP Morgan issued an analyst report concerning the new information titled: "Lowered FY25 Operational Guidance Not a Surprise & Removes Overhang - Updated Beer Outlook Not Predicated on Macro Improvement."

In its report, JP Morgan noted that the guidance decrease "was not a big surprise . . . given the deceleration in Beer tracked channel data over the past two months and accelerating declines in the Wine & Spirits portfolio." JP Morgan also noted that stock price reactions were positive as investors were "likely pleased that the reduction is relatively small and likely points to better trends in channels and/or geographies not as well covered by NielsenIQ or Circana." JP Morgan emphasized that "[i]mportantly, management signaled that the updated guidance is not predicated on improvement in the consumer/macro environment" and that Defendants comments were "][c]onsistent with prior commentary, the company is only seeing marginal shifts in package/channel mix to value oriented options." Specifically, JP Morgan wrote:

> ***STZ lowering its enterprise top-line and operating profit outlook ahead of a conference presentation was not a big surprise, in our view, given the deceleration in Beer tracked channel data over the past two months and accelerating declines in the Wine & Spirits portfolio.*** Despite the lowered top-line/profit outlook, the company narrowed the comparable EPS guidance range higher by $0.05 to $13.60- $13.80 (from $13.50-$13.80 before) as lower net interest expense expectations more than offset -50 bps reduction to EBIT growth rate. ***Shares traded higher on the day (STZ +3.0% as of this writing vs. staples XLP +1.0%), which we believe reflects removal of an expected overhang (guidance cut) and relief on the magnitude and limited impact to profitability (we note that since last earnings 7/3/24 into today STZ -3.9% vs. XLP +7.9%).***
>
> * * *
>
> Beer is more important, and management lowered the top-line guidance by only a point and increased operating profit expectations by half a point. Management remains confident in "solid" +MSD% Beer volume growth for FY25 with F1H25 in the rearview and noted that the ***updated guidance is based on what the company is currently seeing in the market and is not dependent on an improvement in the macroeconomic and consumer environment.***
>
> **Beer Top-Line Outlook Only Slightly Lowered on Macro Headwinds but Productivity Buffering Profitability** - Confident in +MSD% Volumes and Resilience of Core Consumer. The company lowered Beer top-line expectations by a point to +6-8% from +7-9% before (JPMe/consensus into today +8.1%/+7.8%) and raised operating profit expectations by half a point to +11-12% from +10-12% before (JPMe/consensus into today +11.7%/+11.6%). ***We think a reduction in top-***

> ***line guidance was broadly expected given the deceleration seen in tracked channels over the past couple months, but we think investors are likely pleased that the reduction is relatively small and likely points to better trends in channels and/or geographies not as well covered by NielsenIQ or Circana.*** Specifically, in NielsenIQ tracked channels, in L25W 8/24/24 (i.e., FY25 YTD) STZ Beer dollar/volumes are +6.8%/+5.3% YOY although in L12W 8/24/24 (i.e., most of F2Q25) dollar/volumes are +5.2%/+3.7% and L4W 8/24/24 dollar/volumes are +3.3%/+1.8%. Even with the most recent trends in hand (i.e., now through F2Q25), management noted it is "on track to deliver a solid mid single-digit volume increase this fiscal year" despite "*ongoing macroeconomic headwinds, particularly rising unemployment*," which has led to "*a recent deceleration in the rate of growth of consumer demand for STZ [our] products*." Management attributed some of the weakness to consumer concern over the election. From a consumer standpoint, management noted that its core consumer remains resilient and loyalty remains strong for STZ's beer brands. ***Consistent with prior commentary, the company is only seeing marginal shifts in package/channel mix to value oriented options.*** The deceleration in consumption trends is mostly impacting the company's top five markets that represent a little more than half of company's volumes (still growing +LSD-MSD% volumes) while volumes in the rest of the country are growing +HSD%. In these markets, there is generally an overindex in Hispanic consumers, which have been dealing with higher unemployment. ***Importantly, management signaled that the updated guidance is not predicated on improvement in the consumer/macro environment.***
>
> Emphasis added with bolded and italicized text.

130. In response to Defendants' statements on September 3, 2024, Barclays also issued an analyst report titled "Conference Takeaways" responding to the new information. In its report, Barclays state:

> **We think investors appreciated the incremental FY25 top-line transparency provided at this morning's guidance update.** STZ lowered its consolidated net sales guide to +4-6% (from +6-7%), reflecting tempered outlooks for both beer (now +6-8% from +7-9%) and Wine & Spirits (-6% to -4% from -0.5% to +0.5%) driven by macro headwinds (***e.g. slight uptick in Hispanic unemployment, typical election cycle consumer behavior***). ***We believe the ~100 bps trim to the beer forecast proved better than some had feared based on recent scanner data***, and our beer OSG of +6.8% is comfortably anchored in the updated range (current Consensus near the high end). Importantly, the guide still reflects +MSD volume growth for FY25 that we continue to view as attractive within broader Staples. ***STZ indicated the macro challenges are more pronounced in its top 5 states (slightly over half of STZ's beer volumes) that are growing +LSD-MSD, while the rest of the country is averaging +HSD – and we view this regional color as yet another***

> ***example of the ways in which STZ's messaging has become more transparent, specific and quantitative since the investor day last fall.***
>
> * * *
>
> **What to do with the stock**
> ***Shares remain heavily influenced by scanner data trends as skepticism around STZ's beer growth profile persists***, although shares did rebound somewhat from the recent trough in August. In this vein, we think the updated FY25 guidance (including tempered top-line and operating profit growth but a reiterated +DD EPS growth range) provided important visibility for the near term. And this update, coupled with recent results that, in our view, highlight STZ's ability to successfully battle through a tough industry backdrop, leave our bullish stance towards STZ for its compelling medium-term +MSD volume growth story fully intact.
>
> Emphasis added with bolded and italicized text.

131. Citigroup also issued a report titled "STZ Updates FY'25 Outlook." In its report, Citigroup noted that such guidance movement was "largely expected":

> Net, we view the guidance update as a net positive for the stock, as a beer topline miss and wine & spirits weakness were largely expected, and the impact on profit/EPS was lower-than-expected. We continue to view STZ's valuation of ~17.5x FY25 EPS as attractive.
>
> * * *
>
> **Reasons for Lowered Outlook –** STZ attributed its lower topline outlook to (1) Incremental macroeconomic headwinds affecting the consumer (particularly unemployment), and (2) prolonged inventory destocking (in the Wine & Spirits segment). STZ indicated that "***while ongoing macroeconomic headwinds, particularly rising unemployment, have led to a recent deceleration in the rate of growth of consumer demand for our products, we are on track to deliver a solid mid single-digit volume increase this fiscal year for our Beer Business.***" STZ indicated that in its top 5 states (>50% of its beer volumes) its beer volume trends have slowed to +L-MSD%, while in other states trends remain in the +HSD% range. STZ continues to gain share in beer with +130bps share gains in FY25TD.
>
> * * *
>
> **Our Take –** We view STZ's guidance change as appropriate due to the ***slowdown in the beer business, evident in Nielsen scanner data***, and continued category/inventory weakness in Wines & Spirits. We believe the stock now looks more compelling[.]

Emphasis added with bolded and italicized text.

132. On September 3, 2024, UBS issued a report titled: "Will STZ's Guidance Update Prove To Be A Clearing Event?" In the report, UBS noted that it was "not entirely surprising that the company lowered FY25 sales guidance for both Beer and Wine & Spirits." UBS continued to highlight the key takeaway about STZ's guidance change stating "[i]mportantly, management outlined during a presentation this morning that the updated outlook assumes current beer trends hold through the balance of the year, which we believe is giving investors comfort that the updated guide is de-risked, particularly as comparisons are set to ease in the coming weeks." UBS explained that its conversations with investors that "many view the update as a clearing event and believe the risk/reward skews to the upside[.]" Specifically, UBS wrote:

> **Initial Reaction: Positive** ***Entering the day, shares had underperformed the XLP by ~15% since early July as a deceleration in scanner data led many to believe that Street estimates for F2Q were aspirational, and raised broader questions about the achievability of the FY25 top-line beer outlook*****.** ***As such, it was not entirely surprising that the company lowered FY25 sales guidance for both Beer and Wine & Spirits earlier this morning.*** Despite the weaker top-line outlook, the company raised their beer profit guidance to the high end of the prior range (see more below) with the midpoint of FY25 EPS also moving higher (albeit partially due to lower interest expense), which we do not think was the base case expectation heading into today. ***Importantly, management outlined during a presentation this morning that the updated outlook assumes current beer trends hold through the balance of the year, which we believe is giving investors comfort that the updated guide is de-risked, particularly as comparisons are set to ease in the coming weeks. Although we have fielded questions on the positive reaction this morning (+3.2%), many investors that we have spoken with view the update as a clearing event and believe the risk/reward skews to the upside with shares still trading at 16.5x consensus NTM EPS estimates.***
>
> **Low End of FY25 EPS Guidance Edges Higher Despite Lowered Sales Outlook** STZ now expects FY25 EPS of $13.60-13.80 vs. $13.50-$13.80 prev, and UBSe/Str. of $13.70/$13.67 entering the day. STZ now expects +6-8% net sales growth in Beer (now -1ppt below the LT algorithm, vs. +7-9% prev and vs. UBSe/Str. of +7.8%+7.9% prev) and a -6% to -4% decline in Wine & Spirits (vs. -0.5% to +0.5% decline prev, and UBSe/ Str. of -0.7%/-2.0%). That said, STZ now expects operating income growth of +11-12% for Beer (i.e. at the higher end of the +10-12% prior range, and vs. UBSe/Str. of +11.5%, implying ~39.5% OPMs at the

> midpoint). Meanwhile, W&S operating profit is now expected to be down -18% to -16% (vs. -11% to -9% prev, and UBSe/Str. of - 9.2%/-11.9%, implying ~19.4% OPMs at the midpoint). Finally, interest expense expectations edged lower ($430M vs. $445-455M prev) - while the following assumptions are unchanged vs. the prior outlook: 18.5% comparable tax rate, wtd. SOS of 183M, $2.8-3.0B in operating cash flow, $1.4-$1.5B in CapEx, and $1.4-1.5B in FCF.
>
> *    *    *
>
> **Key Takeaways from the Conference Call**
>
> • Underlying Assumptions For Beer Guidance: ***Mr. Newlands noted that revised top line guidance for Beer does not require any improvement in the underlying category in 2H to be achievable.***
>
> • Marketing Investment in Beer Stepping Higher in 2H: With better than expected cost savings (contract negotiations and logistic savings), the company expects to invest incrementally in brand-building for Beer in 2H.
>
> Emphasis added with bolded and italicized text.

133. On September 3, 2024, Wells Fargo issued a report titled: "Update Helps Clarity." In the report, Wells Fargo reported that the change in a guidance "isn't a surprise" and noted that "[c]larity helps" as the "key idea is vols seem find (certainly slowed, but growing)[.]" Specifically, Wells Fargo reported:

> ***On Aug 15 post meetings with STZ mgmt, we said "volume fine...profit visibility seems exceptional" w/buybacks likely higher too... today's update - trimmed rev/raised EPS/strong buybacks – isn't a surprise.***
>
> *    *    *
>
> **Clarity helps.** ***Our FY25/26e EPS are unchanged on STZ's guide tweak and the key idea is vols seem fine (certainly slowed, but growing), margins have flex (Beer), and*** buybacks are accelerating ($249mn FQ2 vs $200mn FQ1). We understand some stock pullback given consumption slowing, but...nevertheless...16.7/15.1x CY25/26e EPS with visibility on DD EPS FY25/26 (amidst vol growth, margin flex) and strong buybacks...current levels punitive (a pickup in scans would help build some confidence though)
>
> Emphasis added with bolded and italicized text.

134. On September 3, 2024, Roth Capital issued a report titled: "STZ: Updated Outlook — Wine Impairment Majority of Carrying Value[.]" In the report, Wells Fargo reported that "[w]e believe most investors had already anticipated this risk/revision to revenue forecasts[.]"

> **Constellation Update:** Following a 1Q (through May 31) that saw Beer depletions of +6.4% and Wine depletions of -12.7%, Constellation is revising its top-line outlook for both segments lower. ***We believe most investors had already anticipated this risk/revision to revenue forecasts***, but will be enthused by the slight increase of adjusted earnings (at the midpoint). For FY'25,Constellation now sees: 1) Beer net sales of +6% to 8% (from +7% to 9%); 2) Beer EBIT of +11% to 12% (from +10% to 12%; 3) Wine net sales of -6% to -4% (from -0.5% to +0.5%); 4) Wine EBIT of -18% to -16% (from -11% to -9%); and 5) adjusted EPS of $13.60-$13.80 (from $13.50-$13.80 and cons. $13.71). Guidance includes: 1) Beer net sales of +6% to 8% (from +7% to 9%); 2) Beer EBIT of +11% to 12% (from +10% to 12%; 3) Wine net sales of -6% to -4% (from -0.5% to +0.5%); 4) Wine EBIT of -18% to -16% (from -11% to -9%); and 5) adjusted EPS of $13.60-$13.80 (from $13.50-$13.80 and cons. $13.71). Guidance includes: 1) share repurchases, 2) $1.2bn in capex for Beer, and 3) one less selling day (2Q).

Emphasis added with bolded and italicized text.

135. On September 5, 2024, UBS issued a report on STZ titled: "Refreshing Estimates Following the FY25 Outlook Update." In its report, Citi expressed skepticism to Defendants' revised guidance noting that ***"management is not embedding a continuation of the most recent monthly trends (LSD range) but rather a continuation of YTD trends (+MSDs) in the back half of the year."*** As a result, UBS "expect[s] FY25 beer top line growth of +6.2% (low end of revised guidance range of +6-8%) with volume growth of +4.8% (depletion growth of +4.9%) and price/mix of +1.4

> **Improved Catalyst Path From Here; Stay Buy** As we highlighted earlier in the week (link), despite the company's cut to its FY25 top- line outlook for both Beer and Wine & Spirits, with shares still trading at 16.9x NTM consensus estimates and ***guidance likely somewhat de-risked for now, we believe the risk/reward skews to the upside.*** Our revised estimates now call for +LSD% depletion growth in 2Q, but we still view +MSD volume growth as achievable for the year. W***hile some may question whether an improvement vs. most recent trends is feasible given the current backdrop (as we outline below the guidance assumes similar YTD trends rather than a continuation of QTD trends), we believe the underlying***

> ***assumptions at this stage seem prudent.*** See below for our key takeaways from our conversation with management yesterday.
>
> **Key Takeaways From Our Call With Management**
>
> 1. Guidance For the Balance of the Year Assumes Similar YTD Performance: While softer 2Q QTD volume trends in tracked channels (+3.6% for Nielsen) have led to questions around whether +MSD volume growth for the year is achievable, ***management noted that their updated planning assumptions do not assume any change in the consumer vs. today's environment. The one caveat, in our view, is that management is not embedding a continuation of the most recent monthly trends (LSD range) but rather a continuation of YTD trends (+MSDs) in the back half of the year.*** We now expect FY25 beer top line growth of +6.2% (low end of revised guidance range of +6-8%) with volume growth of +4.8% (depletion growth of +4.9%) and price/mix of +1.4%.

136. On September 17, 2024, RBC issued a follow up report on STZ titled: "Should STZ Lower Its Targets?" In the report, RBC questioned whether STZ should lower its 7-9% for its Beer net sales growth (even though it was recently lowered to 6-8%) before concluding STZ could maintain this level of growth stating:

> **Our view**: STZ has consistently delivered on its 7-9% beer top line guidance. Despite this strong track record, investors continue to question the company's ability to sustain this level of growth. We continue to believe STZ can compound its beer top line at 7-9%. We do not believe the company needs to lower its targets, but acknowledge doing so wouldn't hurt.

137. On September 18, 2024, Citi issued a report on STZ titled: "STZ F2Q'25 Earnings Preview[.]" In its report, Citi discussed "investor concerns" concerning beer scanner "slowdown" with expectations that STZ would reiterate its FY2025 guidance when reporting its 2Q 2025 results despite attributing is lowered FY 2025 sales guidance provided in the September 3, 2024 Press Release "to macroeconomic headwinds affecting the consumer (particularly unemployment)." Citi concluded that based on Defendants' representations that "[w]hile investors remain concerned about the beer slowdown in scanner data, we note STZ updated guidance seems reasonable to us." In its report, Citi wrote, in relevant part:

**STZ F2Q'25 Earnings Preview**

**CITI'S TAKE**

STZ will report F2Q'25 results on 10/3. STZ updated its FY'25 outlook on 9/3 ahead of the Back-to-School conference (our note here), including lowering beer topline guidance, which limits risk into the print. We believe expectations for F2Q'25 beer depletions are in the ~3-4% range (we now model +3.0% incl. one less day) with the scanner data at ~3.5% in FQ2 vs. +7.0% in FQ1 and +HSD% in the prior few quarters. ***We expect STZ to reiterate the recently updated FY'25 guidance. We acknowledge investor concerns on the beer scanner data slowdown (continuing in the first week of September), but assuming ~3% depletions in FQ2, STZ could get to their beer guidance with depletions of ~4-5% in 2H'25.*** Overall, we reiterate our Buy rating on STZ and our $305 target price as we continue to view STZ's valuation of ~18.5x FY'25E EPS as attractive, considering STZ's mid-term growth profile.

**F2Q'25 Estimates —** We forecast F2Q'25 beer depletions +3% Y/Y (vs. +4.5% prior & cons. +4.0%). Our beer depletion forecast now assumes ~3.5% volume growth for off-premise tracked channels (~55% of beer volumes), and ~4.5% growth in untracked channels (~45%) and one less day. At a conference in September, STZ attributed its lower beer topline outlook to macroeconomic headwinds affecting the consumer (particularly unemployment). We believe scanner volume trends imply beer depletions growth in the ~3% range for FQ2 (using ~3.5% scanner beer volume growth for the 13 weeks ending 8/31 and assuming a ~30/40 bps benefit from cycling keg recalls, net of a -100 bps impact from one less day). We expect beer shipment growth slightly above depletions at +3.3% (vs. +4.5% prior & cons. +4.3%). We model 41.4% beer OM (vs. 40.9% prior & cons. 40.7%). For Wine & Spirits, we now forecast net sales down -7.5% Y/Y (vs. -5.0% prior & cons. -6.0%) and OM of 15.2% (vs. cons. 16.1%). We now model F2Q'25 adj. EPS of $4.07 (vs. $4.06 prior & VA cons. of $4.08).

* * *

**F2Q'25 Earnings Preview**

STZ updated its FY'25 outlook on 9/3 ahead of the Back-to-School conference (our note here), including lowering beer topline guidance, which limits risk into the print. Ultimately, we believe the stock performance will be determined more by scanner data updates in October/November than the actual print. While investors remain concerned about the beer slowdown in scanner data, we note STZ updated guidance seems reasonable to us (assuming ~3% depletions in FQ2 including one less day, STZ could get to their beer guidance with depletions of ~4-5% in 2H'25). Below we show a sensitivity to full year beer net sales growth (assuming +1.5% pricing for FY'25 and shipments in-line with depletions in the balance of the year) based on different depletions assumptions for F2Q'25 and F2H'25.

* * *

> At a sell-side conference in September, STZ indicated that ***"while ongoing macroeconomic headwinds, particularly rising unemployment, have led to a recent deceleration in the rate of growth of consumer demand for our products, we are on track to deliver a solid mid-single-digit volume increase this fiscal year for our Beer Business."*** STZ indicated that in its top 5 states (>50% of its beer volumes) its beer volume trends have slowed to +LSD to +MSD%, while in other states trends remain in the +HSD% range. STZ continues to gain share in beer with +130 bps share gains in FY'25TD. In Wine & Spirits, STZ cited category weakness and prolonged inventory destocking as reasons for the guidance reduction. On beer profits, STZ's higher estimate (despite lower topline expectations) are due to stronger expected incremental cost savings, partially offset by increased marketing investments.
>
> "We took a look at our top five markets: California, Texas, Florida, New York, Illinois. And what we were seeing is that those markets, which are roughly half of our business, have been a little slower. They're in the low-single-digit growth profile, and they're big. Partly what we're seeing is they're also markets that are over-indexed in the Hispanic community, and there's been a bit of an uptick. As most of you know, the Hispanic consumer represents over half of our total volume. We've seen an uptick in the unemployment rate for that consumer. However, if you look at the other sort of 45 states, we're up high-single digits, and the business continues to accelerate in those markets."
>
> - *STZ CEO Bill Newlands, Conference Presentation (9/3/24)*

### K. October 1, 2024 – RBC Weighs-In Before STZ's Q2 2025 Results

138. On October 1, 2024, RBC published a report providing its view and expectations for STZ's Q2 2025 results being issued on October 3, 2024, in its report titled: "F2Q'25 Preview – September Depletions Accelerated from the August Quarter." In its report, RBC wrote that "We expect a solid quarter for STZ with beer depletions of ~4% (in line with cons.) and expect STZ to deliver on the quarter and reiterate guidance for the year. Approximately 4% beer depletions are consistent with our quarterly channel checks and represent essentially a closed gap with scanner." RBC continued to state "While STZ has shied away from specific quantification in recent quarters in favor of more directional commentary, we expect the company to sound directionally optimistic

on its conference call given feedback from the trade that depletions are trending mid-single digits in September."

### L. October 3, 2024 – Q2 2025 Press Release and STZ's Q2 2025 Earnings Call

139. On October 3, 2024, before market trading hours, STZ issued a press release titled "Second Quarter Fiscal Year 2025 Results" that was that was also attached as an exhibit to a Form 8-K signed by Defendant Hankinson and filed with the SEC that same morning (the "Q2 2025 Press Release"). The Q2 2025 Press Release reported STZ's financial and operational results for its second fiscal quarter of 2025 ended May 31, 2024 ("Q2 2025").

140. The Q2 2025 Press Release headlined that during the first fiscal quarter of 2025 that STZ "***Beer Business Delivers Solid Mid-Single Digit Net Sales Growth and Maintains Momentum of Operating Margin Expansion With Double-Digit Operating Income Growth*** . . ." In the Q2 2025 Press Release, Defendants reiterated STZ's updated FY2025 guidance provided on September 3, 2024 of: ***$13.60 - $13.80*** for comparable EPS; "***Enterprise: net sales growth of 4 – 6%***"; "***Beer: net sales growth of 6 – 8%***"; "***Enterprise: operating income growth: . . . comparable of 8 - 9%***"; and "***Beer: operating income growth of 11 – 12%***." (Emphasis added). The Q2 2025 Press Release further stated that "*[t]**he Beer Business continues to expect net sales growth of 6 - 8% and operating income growth outlook of 11 - 12% for fiscal 2025."*** Emphasis added.

141. During market trading hours at 10:30 a.m. that morning, Defendants held a conference call with analysts and investors to report STZ's financial and operational results for Q2 2025 (the "Q2 2025 Earnings Call").

142. During his prepared remarks on the Q2 2025 Earnings Call, Defendant Newlands stated:

> First, while the current macroeconomic backdrop weighed on demand for beverage alcohol and more broadly, across consumer packaged goods, we continue to deliver

> strong performance in the marketplace driven by our consumer-centric strategy and thoughtful approach to brand building. At a total company level, in Circana tracked channels over the 12 weeks ending September 1, we held the #1 spot for both dollar sales growth and share gains within all beverage alcohol. And more notably, we once again achieved dollar sales growth outpacing the total CPG sector as we continued to build on our track record of over 1 decade as a CPG growth leader.
>
> * * *
>
> All in, as we noted a few weeks ago, while ongoing macroeconomic headwinds, particularly rising employment, have led to a recent deceleration in the rate of growth of consumer demand for our products, ***we remain on track to deliver another solid fiscal year and continue to create value for our shareholders.***
>
> * * *
>
> So in closing, while our sector is facing less favorable consumer demand due to macroeconomic headwinds, we delivered another quarter of strong financial results underpinned by the continued solid net sales growth and significant margin expansion of our Beer business, ultimately achieving our second quarter double-digit comparable EPS growth in line with our full fiscal year expectations.

143. During his prepared remarks on the Q2 2025 Earnings Call, Defendant Hankinson stated:

> As noted in our updated guidance last month, we now expect en***terprise net sales to grow between 4% to 6% for fiscal '25 and for enterprise comparable operating income to grow 8% to 9% for the full year.*** At an enterprise level, we remain confident in our ability to deliver against our initial double-digit comparable EPS growth expectations as demonstrated by our decision to raise the lower end of our full year comparable EPS outlook during our recent guidance update, with that range now set at $13.60 to $13.80.
>
> * * *
>
> Beer depletions grew 2.4%, marking our 58th consecutive quarter of growth. As a reminder, in the second quarter, we had 1 less selling day and the impact of a selling day variance to our volume growth performance has historically been between 0.5 to 1.5 percentage points, depending on the day of week lost or gained. Also, as Bill noted, beer depletions for the quarter were impacted by the recent challenging macroeconomic backdrop where rising unemployment rates have impacted consumer behavior. That said, we are pleased to have had our Beer business once again outperform the category and sector in dollar sales in the second quarter and in particular, to have once more won the Fourth of July holiday as the top share gaining supplier in Circana dollar sales, growing 5.1% and gaining 1.2 share points of total beer and 1.3 share points of high-end beer.

* * *

As we look ahead to the balance of the fiscal year for the Beer business, ***I'd like to take a moment to reiterate our updated outlook announced last month. Beer net sales are now expected to grow between 6% to 8% for fiscal '25, reflecting the incremental macroeconomic headwinds we have seen this year affecting the consumer as noted earlier. We believe these headwinds are transitory in nature.*** An***d while our consumers are cautious, they also remain very loyal to our brand as they seek more value-oriented packs and channels to manage their spend in this environment.***

We are focused on managing the levers that we can control and continue to advance our cost savings and efficiency initiatives that allow us to accelerate incremental marketing investments toward our Beer business to drive top line growth. ***We remain confident in our overall growth profile,*** which again continues to outperform our sector and industry as we pursue further incremental points of distribution in the U.S. and push forward with our focused and disciplined innovation agenda, ***while building on the broader demographic tailwinds from our loyal Hispanic consumers.***

* * *

To conclude, we continued to make solid progress in delivering growth from our strong portfolio of brands, margin expansion from our relentless pursuit of operational efficiency and cost discipline and against our disciplined and balanced capital allocation priorities. <u>That said, in light of constantly evolving macroeconomic and geopolitical dynamics, we continue to closely monitor for any signs of ongoing pressures on the consumer and we plan to continue to take proactive actions to mitigate these possible headwinds and maintain the momentum of our brands with the consumers, such as reinvesting incremental cost savings into high-return marketing opportunities and advancing our price pack architecture effort</u>s.

144. Defendant Newlands also reassured investors on the Q2 2025 Earnings Call that STZ remained on track for the STZ's FY2025 guidance issued on July 3, 2024:

As noted earlier, our Beer business also maintained the momentum of its significant operating leverage gains, driving 2.7 percentage points of operating margin expansion year-over-year. As mentioned earlier, we are pleased to be deploying incremental marketing investments across our largest beer brands in the second half of fiscal '25 as our cost savings and efficiency initiatives have delivered results above our initial expectations. Looking ahead more broadly, consistent with our recent outlook update, ***we continue to expect our Beer business to deliver net sales***

> ***growth of 6% to 8%, operating income growth of 11% to 12% and an operating margin of approximately 39% in fiscal '25.***

145. On the Q2 2025 Earnings Call, Defendant Hankinson reiterated STZ's FY2025 guidance for STZ's beer segment, stating that headwinds affecting beer demand were merely "***transitory in nature***":

> As we look ahead to the balance of the fiscal year for the Beer business, I'd like to take a moment to reiterate our updated outlook announced last month. ***Beer net sales are now expected to grow between 6% to 8% for fiscal '25, reflecting the incremental macroeconomic headwinds we have seen this year affecting the consumer as noted earlier. We believe these headwinds are transitory in nature. And while our consumers are cautious, they also remain very loyal to our brand as they seek more value-oriented packs and channels to manage their spend in this environment.***

146. During the Q2 2025 Earnings Call, an analyst from Morgan Stanley focused on STZ's lower beer depletions growth that quarter, asking how Defendants expected beer depletions to trend through the remainder of FY2025. In response, Defendant Newlands stated that lower demand due to Hispanic unemployment and the coming 2024 elections was "***purely a near-term issue***", and did not represent a "***radical change in the long-term perspective on the business***":

> **Dara Warren Mohsenian**
> *Morgan Stanley, Research Division – Managing Director*
>
> So just on beer depletions in the quarter, a bit softer result than we've been used to from you guys looking back over the past few years. Just can you give us a bit of postmortem there? Obviously, you talked about the macro factors. Is that really the key factor in your mind? Or are there other pressure points? And maybe parse out trends in different key consumer segments for you to give us some insight there. And then the pickup so far in September, that's obvious in the scanner data, just put that in context and how that sort of informs your forward view from here around depletions in this macro environment?
>
> **William A. Newlands**
> *Constellation Brands, Inc. – President, CEO & Director*
>
> Sure. Let me tackle that one. First of all, there were 2 or 3 factors that were critically important in Q2. One is there was somewhat higher unemployment rate, particularly in the Hispanic market. And that affects most of our top 5 states, which represent roughly 50% of our volume. I think, secondly and if you look historically,

> this often happens, whenever there is a scenario where you have a federal election that is close, you often have people pull back. You see it across the whole consumer sector and that is consistent as well.
>
> I think a couple of things are important to recognize. One is demand. Our buy rate continues to be very strong. On a 52-week basis, we are up mid-single digits and on -- with the Hispanic consumer it is slightly ahead of that. You point out, I think it's obvious, in IRI Circana data, the 4-week trend is better than both the 12-week trend and the 26-week trend. I think this is consistent with what we've said all along, which is, ***we don't see this as any radical change in the long-term perspective on the business. It is purely a near-term issue.*** I think the fact that the Fed has reduced rates is going to help to manage the unemployment issue and stimulate consumption. ***So we remain as optimistic as we have been about our expectations for the back half of the year.***

147. Also, during the Q2 2025 Earnings Call, an analyst from J.P. Morgan queried Defendants on how STZ's beer depletions were performing in Q3—which at the time of the Call was nearly halfway underway. In response, Defendant Newlands stated that the deviation between tracked channel data and actual depletions—which had made it more difficult to track and predict depletions—had essentially dissolved, the implication being that Defendants had more visibility into beer depletions:

> **Andrea Faria Teixeira**
> *JPMorgan Chase & Co, Research Division – Managing Director*
>
> It seems like, obviously, beer volumes picked up in the last few weeks, as you mentioned. I was hoping to see if you can comment a little bit on how to expect the beer depletions against consumption as we unfold. Of course, you have an extra day in the fourth quarter, if I believe that's correct. But you also have -- you have easier comps now in the third quarter but tougher comps in the fourth quarter. So how we should be thinking about the cadence of beer shipments and depletions as we move forward?
>
> **William A. Newlands**
> *Constellation Brands, Inc. – President, CEO & Director*
>
> Yes. I think there's going to be another number of things that work to our advantage as the year progresses. One is and you already pointed it out, there's been incremental change that you've seen in the recent weeks. We do not see it -- this as a structural change, as we've said many times, a number of things are going to be working better as we go forward. The fact that the Fed action to reduce rates, I think, is going to be a big help. I think the fact that we expect Hispanic

> unemployment to come back in line and obviously, the resolution of the election will occur here in the next several weeks.
>
> So the other thing I'd point out and we've said this and I'm sure Joe has said this when you've spoken to him directly, beer depletes and scanner results have tended to be right on top of one another recently, after there having been some fairly broad differentiation amongst those. So I think that begins to be a little more consistent as you go forward through the rest of the year. Based on our assessment, the sell days are the same in both Q3 and Q4. We don't expect any impact of that. Just a reminder for everybody, Q2, there was 1 less selling day and in our judgment, that probably impacted somewhere toward the upper end of the range that Garth mentioned during his conversation.

148. The statements identified in emphasis with bold, italicized text were false and materially misleading and/or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by failing to disclose the true extent that the Hispanic consumers value seeking behaviors affected STZ's beer sales growth and income growth as these consumers sought value in larger pack size and through channel shifts from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. Defendant Hankinson admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." As detailed by CW1, however, it was "clear from business reporting" related to the STZ's Beer division that, even by June 2024, STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be.

149. At the time Defendants discussed their updated guidance on September 3, 2024, Defendants' represented that the beer market did not need to improve for STZ to achieve its newly revised guidance. Instead Defendants downplayed the true scope and severity of the ongoing "macroeconomic headwinds" and the full impact that the increasing Hispanic unemployment rates, value-seeking, and channel shifting had on STZ's business prospects and revenues as of October 3, 2024, which was approximately one-third through the third fiscal quarter of FY2025.

150. Although Defendants informed investors the "incremental macroeconomic headwinds" caused by the "somewhat higher unemployment rate" had impacted consumer behavior in the Hispanic market during the second fiscal quarter impacted STZ's financial statements and outlook for FY2025, Defendants failed to disclose the full effect of the "macroeconomic headwinds." Rather Defendants stated "[i]t is purely a near-term issue" and the headwinds were "merely transitory[.]"

151. Furthermore, although Defendants' recognized that STZ's consumers were "cautious" with their spending and "seek[ing] more value-orientated packs." Defendants' previously represented that STZ's beer did not need to improve for STZ to achieve its newly revised guidance. However, on January 10, 2025, at the end of the Class Period, Defendants attributed the further downward guidance revision and the market misses in material part to a "headwind from unfavorable mix as consumers continued to shift to value-oriented larger pack size" and "unemployment rates for both total and Hispanic consumers remain[ing] elevated relative to the national average." Thus, Defendants omitted to disclose the true extent the shift in Hispanic consumers behaviors were affecting STZ's FY2025 guidance as they attempted to counteract the effects on increasing marketing during Q3 2025 thereby rendering their affirmative statements materially false and/or misleading.

152. As noted, both Defendants attributed the negative Q2 2025 financial results "incremental macroeconomic headwinds we have seen this year affecting the consumer" and "particularly rising unemployment" rates have impacted consumer demand and behavior as they disclosed in their prepared remarks that STZ's consumers have sought value-oriented "packs" and "channels" during the quarter as STZ's consumers sought to "manage their spend in this environment", Defendants, however, omitted material information to disclose the continued impacted impact that these trends were already having on current guidance and STZ's Q3 2025, which as October 3, 2024 was already over one-third over.

153. In response to this news entering the market on October 3, 2024, STZ's stock price responded quickly and decisively as STZ's common stock fell $12.02 per share, or 4.7%, from $255.67 at market close on October 2, 2024 to close at $243.65 on October 3, 2024, on abnormally high volume. On an adjusted basis taking into dividend distributions, this equated to an $11.83 per share decrease from the adjusted closing price of $251.70 on October 2, 2024 to close at the adjusted closing price of $239.87 on October 3, 2024.

**M. October 4, 2024 – Statements During a Yahoo! Finance Interview**

154. On October 4, 2024, Defendant Newlands was interviewed on Yahoo! Finance's *Catalysts* video program (the "October 2024 Yahoo! Finance Interview").

155. During the October 2024 Yahoo! Finance Interview, Newlands stated:

> Well, ***fortunately, we're seeing some real change in the last few weeks***. ***If you look at Circana/IRI data, the 4 weeks is better than the 12 weeks, is better than the 26 weeks. So we're starting to see a bit of change, and I think the jobs report this morning may have been a good indication that some of that concern about unemployment might be getting a bit better. Hispanic unemployment had been slightly higher, and half our business is with the Hispanic community. So, we're pretty optimistic that things are gonna get better***."

156. The interviewer, Brian Sozzi, continued to ask Defendant Newlands about Hispanic community's unemployment rate and what Newlands sees when this demographic goes to the supermarkets. Defendant Newlands explained that historically occurs is that the Hispanic community tends to seek value and buy larger pack size and formats:

> **Brian Sozzi**
> I'm glad you mentioned the Hispanic community. 5.1% unemployment rate, higher relatively speaking, relative to other categories. <u>What do you see when those shoppers go to the supermarket? Are they buying less Corona? Is it Modelo? Is it across the board?</u>
>
> **Newlands**
>
> ***You know what tends to happen, Brian, is that people will buy what they call value packs. So if there's if they have plenty of disposable income, they'll tend to buy 24 packs or something larger. If they're a convenient store, they'll tend to buy 24 ounce. So they look for things that have more value when there's a bit of a tightness in the unemployment area or they're concerned about about money.***
>
> **Brian Sozzi**
>
> Is their biggest concern still inflation? Now, you've been very uh you've told me before, you've been you've held the line on prices a lot, but is this the consumer that is having to make tough choices when they go to these supermarkets?
>
> **Newlands**
>
> To some degree. I mean, the fortunate part for us with the Hispanic customer is there's great brand loyalty and they view beer as really a fundamental in what they do in with their lifestyle. So that part's very helpful. ***But there's no question that if if things are tight or there's concerns that people get a little bit careful and they tend to buy more value packs.***

157. The statements identified in emphasis with bold, italicized text were false and/or materially misleading and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by failing to disclose the true extent that the Hispanic consumers value seeking behaviors had on STZ's beer sales growth and income growth as these consumers sought value in larger pack size and through

channel shifts from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. Defendant Hankinson admitted on December 3, 2024 during the Morgan Stanley Conference that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." Further, as detailed by CW1, it was "clear from business reporting" related to the STZ's Beer division that, even by June 2024, STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be. In addition, on January 10, 2025, at the end of the Class Period, Defendants attributed the further downward guidance revision and the market misses in material part to a "headwind from unfavorable mix as consumers continued to shift to value-oriented larger pack size" and "unemployment rates for both total and Hispanic consumers remain[ing] elevated relative to the national average." Thus, Defendants omitted to disclose the true extent the shift in Hispanic consumers' behaviors were affecting STZ's FY2025 guidance as they attempted to counteract these effects by increasing marketing during Q3 2025.

### N. October 3 - 18, 2024 – Analysts React to Defendants' Statements on STZ's Q2 2025 Results

158. On October 3, 2024, Citi published its report reviewing Defendants statements on October 3, 2024 concerning STZ's Q2 2025 financial results titled: "SFQ2 Beer Depletions Miss Makes FY25 Topline Guidance H2-Weighted[.]" In its report, Citi wrote "STZ reported mixed

F2Q'25 results with an EPS beat on beer shipments & margins with a miss on depletions and reiterated recently updated FY'25 guidance" noting that "However, the FQ2 depletions miss makes beer topline guidance more 2H'25-weighted, with implied beer depletions of ~5% to get to the low-end of guidance." Citi continued to note that STZ's "F2Q'25 depletions growth of +2.4% came-in below expectations of ~3-4%,. . . driving a -5% stock reaction" and that STZ "called out higher unemployment rates across its key Hispanic consumer base and cautious consumer purchasing behaviors . . . as the key reasons for the FQ2 weakness." Specifically, Citi wrote:

> **CITI'S TAKE**
>
> ***STZ reported mixed F2Q'25 results with an EPS beat on beer shipments & margins with a miss on depletions and reiterated recently updated FY'25 guidance. Beer depletions growth of +2.4% was below our +3.0% and expectations of ~3-4%. STZ sounded constructive in a reacceleration starting in Sept.*** (evident in recent scanner data, albeit on easier comp in the L2W) with rate cuts potentially helping Hispanic unemployment, and increased investment on its beer brands in H2. ***However, the FQ2 depletions miss makes beer topline guidance more 2H'25-weighted, with implied beer depletions of ~5% to get to the low-end of guidance.***
>
> * * *
>
> **Soft FQ2 Depletions, but STZ Sounded Confident on the Improvement** — S***TZ F2Q'25 depletions growth of +2.4% came-in below expectations of ~3-4%***, including the impact of one one-less selling day, ***driving a -5% stock reaction***. We estimate STZ will need to post depletions of ~5% in H2 to hit the low-end of beer topline guidance (see Figure 1). ***STZ called out higher unemployment rates across its key Hispanic consumer base and cautious consumer purchasing behaviors . . . as the key reasons for the FQ2 weakness.***

Emphasis added with bold, italicized text.

159. On October 3, 2024, Truist published its report updating its estimates following the Q2 2025 results. In its report, Truist lowered its price target to $255 from $265 because "management lowered sales guide for both reporting segments at a September investor conference but the results/guidance were even more muted than we expected" stating it is "also skeptical about

management's explanation for the beer segment slowdown (economic, unemployment in 5 key states) and its ability to bounce back in F2H."

160. On October 3, 2024, Wells Fargo published its report reviewing Defendants statements on October 3, 2024 concerning STZ's Q2 2025 financial results titled: "Doable vs Breathing Room[.]" In its report, Wells Fargo stated "We think the Street needed something like this to embrace the story....1) if FQ2 depletions were to miss (as they did), recalibrate (lower) 2H depletion bar of +5% (which has been a concern), 2) create an ability to embrace said 2H recalibration (beatable) . . . . Wells Fargo continued that this story did not occur and expressed concerns about STZ hitting its sales growth guidance. Well Fargo wrote:

> **What played out today, rather**...while STZ can't do much about the election risk dynamic, and is buying back stock, a ***fundamental conundrum: FQ2 depletions (>3% underlying) imply a needed ~5% 2H to hit the low-end of FY guide, i.e. acceleration. Yes, STZ is the only story with such hyper focus on every bp of volume and, yes, Nielsen is actually running ~+5% QTD. But the reality...hitting (sales) guide will be tight, even on FQ3 QTD scans...a "tight" setup on sales guides can create volatilit***y.

Emphasis added with bold, italicized text.

161. On October 5, 2024, HSBC Global Research ("HSBC") published its report reviewing Defendants' statements on October 3 and 4, 2024 concerning STZ's Q2 2025 financial results titled: "Buy: Sticking to what it does best[.]" In its report, HSBC highlighted that it "STZ shares were down 4.7% on 3 October following 2Q results release of soft beer sales" and that it was lowering its target price to $285 from $300 as "we trim our growth forecasts" as it was "taking into account the slower macro and consumer environment impacting the beer volumes in the near term."

162. On October 4, 2024, J.P Morgan issued a follow-up report following the Q2 2025 earnings call and its group meeting with Joe Suarez, STZ's Senior Vice President of Investor

Relations titled: "Model Update Post-F2Q25: Ice Cold Reaction to Short-Term Deceleration[.]" In its report, J.P Morgan lowered its price target from $307 to $293 attributing it to a "softer-than-expected Beer depletion number . . . led the stock to sell-off post-earnings" of 4.5% albeit also noting that it "thus far it seems the deceleration may be isolated to the quarter given recent improvement in tracked channel trends (confirmed by management) and potentially moving past macro headwinds over the coming months (election, higher unemployment)" noted by STZ's management. As to depletions, J.P. Morgan echoed managements previous statements writing "management views the deceleration broadly as being driven by transitory factors including 1) somewhat higher unemployment rate particularly among core Hispanic demographic (impacts top five markets that represent ~50% of volumes) and 2) consumer cautiousness[.]" J.P. Morgan also noted that "[m]ore [i]mportantly, [t]rends [h]ave accelerated [p]ost-F2Q25" writing that CFO Newlands signaled that the trends seen in scanner data are reflective of company performance ('So, the other thing I'd point out, … beer depletes and scanner results have tended to be right on top of one another recently, after there having been some fairly broad differentiation amongst those. So, I think that begins to be a little more consistent as you go forward through the rest of the year')." J.P. Morgan concluded that "we think investors should look through the noise and incorporate the most important message: demand appears to be improving and company continues to deliver solid upside on profitability[.]" Specifically, J.P Morgan wrote, in relevant part:

> ***We are updating our Constellation Brands (STZ, Overweight rated) model following F2Q25 earnings results (link to first reaction), conference call, and our group meeting with SVP of IR Joe Suarez***.
>
> ***A softer-than-expected Beer depletion number (+2.4%, or +3.9% selling-day adjusted, missing unadjusted buyside bogey of >+3% based on our conversations) combined with another quarter of shipment (volumes to wholesalers) vs. depletions (volumes to retailers) gap (F1H25 shipments running 6% vs. selling-day adjusted depletions ~+5%) led the stock to sell-off post-earnings (STZ shares closed -4.5% vs. Staples XLP -1.0%) as investors feared that category***

> ***deceleration and shipments/depletions dynamic leads to more uncertainty on the F2H25 outlook. That said, thus far it seems the deceleration may be isolated to the quarter given recent improvement in tracked channel trends (confirmed by management) and potentially moving past macro headwinds over the coming months (election, higher unemployment).***
>
> * * *
>
> As we look ahead, we think investors should look through the noise and incorporate the most important message: ***demand appears to be improving and company continues to deliver solid upside on profitability*** (cost saves, volume leverage, pricing), which should lead to stronger EPS growth.
>
> * * *
>
> **Beer Depletions +2.4% (One Less Selling Day) Disappointing Optically for Historical +MSD-HSD% Depletion Grower - but Shouldn't Have Been Much Surprise Given Tracked Channel Performance; Still Significantly Outperforming Category. . .** ***Third, management views the deceleration broadly as being driven by transitory factors including 1) somewhat higher unemployment rate particularly among core Hispanic demographic (impacts top five markets that represent ~50% of volumes) and 2) consumer cautiousness*** around the Presidential election.
>
> * * *
>
> **More Importantly, Trends Have Accelerated Post-F2Q25 - Small Sample but Not Just Easier Comparisons**. In the NielsenIQ tracked channels STZ volumes L3W/L2W/L1W 9/21/24 are running +5.1%/+7.3%/+8.2% vs. prior L4W/L13W/L52W 8/31/24 +2.0%/+3.6%/+6.9%. The pushback is that comparisons have gotten easier, but we see underlying improvement with the two-year stack trend accelerating, too. . . ***CFO Newlands signaled that the trends seen in scanner data are reflective of company performance ("So, the other thing I'd point out, … beer depletes and scanner results have tended to be right on top of one another recently, after there having been some fairly broad differentiation amongst those. So, I think that begins to be a little more consistent as you go forward through the rest of the year"). Looking ahead, management expect Fed rate cutting cycle and conclusion of the Presidential election just about a month away to ease consumer cautiousness.***

Emphasis added with bold, italicized text.

### O. November 26, 2024 – UBS Report: *Pre-Thanksgiving IR Call Series: Key Takeaways for STZ*

163. On November 26, 2024, UBS issued an analyst report titled: "Pre-Thanksgiving IR Call Series: Key Takeaways for STZ" In the report, UBS noted that it spoke with STZ's Senior Vice President - Investor Relation, Joseph Suarez. UBS's first three "Key Takeaways" were: (i) "Category Trends Showing Improvement" where UBS discussed that the "tracked trends" were "showing . . . improvement" but that STZ "has yet to see a meaningful shift in the macro environment and emphasized that consumers continue to exhibit value seeking behavior"; (ii) "Channel Divergence" where STZ management discussed that they are "that they are seeing a migration to larger pack sizes and as such are seeing continued shifts to mass/club channels"; and (iii) "Gap vs. Nielsen" where UBS "think management was emphasizing in their channel discussion that there could be a return to the LSD gap (+100-200bps historically)." Notably, these points appeared to a preview of the some talking points that Defendant Hankinson used in the forthcoming December 3, 2024, Morgan Stanley Global Consumer & Retail Conference. Specifically, UBS wrote in its report:

> **Key Takeaways**:
>
> - **Category Trends Showing Improvement.** Similar to what we can see in the tracked trends, ***management emphasized that trends are showing signs of improvement following what was a challenging summer for the beer industry. Despite the improvement, the company has yet to see a meaningful shift in the macro environment and emphasized that consumers continue to exhibit value seeking behavior (see more below) with much of the sequential change largely attributable to incremental marketing investments.***
>
> - **Channel Divergence:** ***Management emphasized that they are seeing a migration to larger pack sizes and as such are seeing continued shifts to mass/club channels.*** On-premise trends continue to be solid, but they are seeing weakness in smaller format channels.

- **Gap vs. Nielsen:** ***With the gap relative to scanner having narrowed over the past several quarters, investors questioned how the improvement in data would correlate with reported depletions. In our view, we think management was emphasizing in their channel discussion that there could be a return to the LSD gap (+100-200bps historically).***

Emphasis added with bold, italicized text.

### P. December 3, 2024 – Statements at the 2024 Morgan Stanley Conference

164. On December 3, 2024, Defendant Hankinson gave a presentation to investors and analysts on behalf of STZ at the 2024 Morgan Stanley Global Consumer & Retail Conference (the "December 3, 2024 Morgan Stanley Conference").

165. At the December 3, 2024 Morgan Stanley Conference, Hankinson was asked by the host analyst about whether the lower growth in beer depletions, as STZ had reported in its Q2 2025 results, was a continuing trend into STZ's third fiscal quarter that just concluded on November 30, 2024 ("Q3 2025"). In response, Hankinson reassured that Defendants had "***seen … improvement in Circana trends***" for STZ's beer segment which was reflective of both that the "***macroeconomic backdrop hasn't gotten worse***[,]"that STZ's "***investments … made in marketing***" were "***reasons for optimism***[,]" and, most pointedly, that the beer growth slowdown STZ was observing was "***more transitory than structural***":

**Dara Warren Mohsenian**
*Morgan Stanley, Research Division – Managing Director*

Great. Okay. On another topical issue, you've had a really strong track record and consistent of beer top line growth over time. <u>Depletions did decelerate a bit last quarter to 3.5%</u> on a days adjusted basis, full-year revenue guidance reflects that. <u>Just to put that in perspective for us, the softness you saw in the quarter. And how you think about the business going forward relative to that result</u>?

**Garth Hankinson**
*Constellation Brands, Inc. – Executive VP & CFO*

> Yes. I mean I think as we outlined our updated guidance at the end of Q2, I think ***we were pretty clear that we saw that the slowdown that started over the summer that we saw that as more transitory than structural***. And that we saw that mostly being driven by macroeconomic headwinds, if you will.
>
> ***As we now have had another quarter behind us, we tend -- we still tend to think that the headwinds we're facing aren't permanent in nature. And there's certainly some improvements that we're seeing, there's reasons to be sort of cautiously optimistic, right?***
>
> If you think about the macroeconomic background in the last 3 months, inflation appears to have crested and the outlook for that is that, that will improve as we move into calendar year 2025. We've had 2 interest rate cuts, totaling 75 basis points, and the outlook could be for additional rate cuts this year and into next year. So over the longer term, that should be a tailwind for consumers.
>
> We've seen inflation get better. There's still some items in the basket that are elevated, which is causing consumers to be a bit pinched. But again, overall, inflation is improving, and the expectation for that. Next year is also relatively positive. And consumer sentiment got better in November.
>
> And then in reference to the last question you asked, we've got the election behind us. So the election at least provides some certainty and should ease some of the concerns folks had with that being behind us.
>
> ***We've seen the improvement in Circana trends, which we think is reflective of the fact that macroeconomic backdrop hasn't gotten worse, hasn't deteriorated. But we also think that it's reflective of some of the incremental investments that we've made in marketing to support the brands, again, that we laid out at our Q2***.
>
> Most of that investment that we said that we were making in the second half of the year really was put in place in the third quarter. So as you think about our algorithm, we called that out specifically because that means that our marketing is a bit out of the algorithm in Q3, given the incremental investment.
>
> So based on the improving macroeconomic tailwind -- macroeconomic environment and the investments we're making, again, ***we feel like there's reasons for optimism***.

166. Defendant Hankinson at the December 3, 2024 Morgan Stanley Conference went on to claim that the gap between data from Circana-tracked sales channels and STZ's actual results had "***became almost nothing***", giving investors that such data was reliable for tracking STZ's sales performance:

> … I think that it's probably a good time to talk about what we're seeing in Circana, right? I mean it's -- Circana, as we've told everyone before, captures about 50% of our total volume, so to speak. And the gap between Circana has been volatile, so to speak, over the last couple of years for a variety of reasons.
>
> Over the longer-term period of time, that gap is typically in the low single-digit range. Again, last year, that was kind of in mid-single digits as Circana kind of changed the way that they account for convenience store performance. And then this year, as we were overlapping that on our first 2 quarters, that gap became almost nothing.
>
> That being said, again, back to the fact that Circana will capture about 50% of our overall performance, the 50% -- what we noted in terms of consumer behaviors that we saw in Q2, where consumers were shifting towards mass merchants and clubs to value seek, we know if that was kind of coming from independents into the other nontracked channels.
>
> So I think it's important for people to keep that dynamic in mind as they're looking at their Circana trends. The recent Circana trends, a lot of that was driven by the higher unemployment that I referenced earlier, specifically the higher employment amongst the Hispanic consumer, which was particularly elevated and impactful in some of our larger markets like California and New York, which have a lot of independents that don't show up in the tracked data.

167. The statements identified in emphasis with bold, italicized text were false and/or materially misleading and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading by failing to disclose the true extent that the Hispanic consumers value seeking behaviors had on STZ's beer sales growth and income growth as these consumers sought value in larger pack size and through channel shifts from the untracked convenience stores and independent grocery store channels to mass merchants and clubs. Defendant Hankinson admitted that Defendants had already noted at least as early as the second fiscal quarter 2025 that started on June 1, 2024 that "consumers were shifting towards mass merchants and clubs to value seek." Further, as detailed by CW1, it was "clear from business reporting" related to the STZ's Beer division that, even by June 2024, STZ's Beer division was "expecting a lot of headwinds", that Corona sales had been "hitting the wall" for some time, and "even Modelo" was experiencing sales declines, including in STZ's key

California market. CW1 explained that before CW1's departure in June 2024, which was the beginning of STZ's second fiscal quarter 2025, that it was "common knowledge" at STZ that the Beer Division was "on track to miss the initial plan for F2025" as it was apparent "they were behind" where Defendants had forecasted it would be. Further, on January 10, 2025, at the end of the Class Period, Defendants attributed the further downward guidance revision and the market misses in material part to a "headwind from unfavorable mix as consumers continued to shift to value-oriented larger pack size" and "unemployment rates for both total and Hispanic consumers remain[ing] elevated relative to the national average." Thus, Defendants omitted to disclose the true extent the shift in Hispanic consumers' behaviors were affecting STZ's FY2025 guidance as they attempted to counteract these effects by increasing marketing during Q3 2025.

### Q. December 13, 2024 - January 7, 2025 – Analysts Issue Notes on Their Expectations for STZ's Q3 2025 Results

168. On December 13, 2024, Citi Research published its *Viewpoint* titled "STZ F3Q'25 Earnings Preview" highlighting its expectations and previewing its opinions as to STZ's forthcoming Q3 2025 earnings announcement. Notably, Citi Research noted the positive scanner data for STZ, albeit slightly lower depletion growth of around 4%, and concluded that it expected STZ to reiterate its guidance for FY2025 initially issued in the September 3, 2024 Press Release. In rendering its opinions, Citi Research expressly relied upon STZ's representations during the December 3, 2024 Morgan Stanley Conference concluding from the remarks that "the summer beer slowdown appears to have been transitory in nature, with sales rebounding in Sept-Nov." Notably, at the time of the December 3, 2024 Morgan Stanley Conference was held, the third fiscal quarter had already concluded - November 30, 2024. As such, Defendants already had the full third quarter's data in their possession at the time of this conference. On this basis, Citi took heed

of Defendants' indications that the tracked data from Circana and the untracked channels may have some divergence as consumer spending in the untracked channels "softened" but based on Defendants' representations on December 3, 2024, Citi expected Defendants to reiterate the FY2025 Guidance issued in September 3, 2024 Press Release. Specifically, in its note Citi stated:

> STZ will report F3Q'25 results on 1/9. We believe buy-side expectations for F3Q'25 beer depletions are in the ~4-5% range based on client conversations in ***recent weeks (we model +4.0%) with Nielsen scanner data at ~5.6% in F3Q'25, vs. +3.6% in FQ2 & +6.3% in FQ1***. ***At a December conference, STZ called out a shift towards mass & club channels from independents & other non-tracked channels, which should result in a negative gap between reported depletions and scanner data (we model - 160 bps). We expect STZ to reiterate its FY'25 beer guidance*** and slightly lower W&S guidance (potentially including the sale of Svedka based on timing of close of the deal). While we acknowledge the tariff/deportation overhangs, we reiterate our Buy rating on STZ & our $305 target price as we view STZ's valuation of ~16x CY'25 EPS as attractive, considering STZ's medium-term growth profile.
>
> **F3Q'25 Estimates —** We forecast F3Q'25 beer depletions +4.0% Y/Y (vs. cons. +4.25%). Our beer depletion forecast assumes ~5.6% volume growth for off-premise tracked channels (~54% of beer volumes), in-line with Nielsen and Circana, a***nd ~2% growth in untracked channels (~46%)***. ***At a 12/3 conference, STZ noted the summer beer slowdown appears to have been transitory in nature, with sales rebounding in Sept-Nov***. ***However, STZ also noted the depletions vs. scanner gap, which had closed to basically zero in F1Q'/2Q'25, has widened more recently given softness in untracked channels*** (we model a -160 bps gap). STZ noted ***beer shipment growth will likely be below depletions in F3Q*** (Citi +2.0%/cons. +3.5%) ***given planned maintenance and historical seasonality***. We model 38.5% beer OM (vs. cons. 38.9%) with higher beer marketing spend around the NFL and college football. For W&S, we forecast net sales -9.0% Y/Y (vs. -7.0% prior & cons. -5.8%) and OM of 21.9% (vs. cons. 22.0%). We model F3Q'25 adj. EPS of $3.29 (vs. VA cons. of $3.30).
>
> **FY'25 Guidance —** ***We expect STZ to reiterate its FY'25 beer outlook calling for (1) beer net sales growth of +6-8% (+6.0%/+6.3% Citi/cons.), (2) beer operating profit growth of +11-12% (vs. +10.9%/+11.6% Citi/cons.)***. We could see STZ slightly lowering its W&S outlook for net sales of -6% to -4% (vs. -8.2%/-4.8% Citi/cons.) and op. income of -18% to -16% (vs. -18.2%/-17.0% Citi/cons.) and potentially including the impact from the Svedka sale based on timing. All-in, we still expect STZ to reiterate adj. EPS of $13.60-$13.80 (vs. $13.70 Citi/VA cons.). ***For FY'25, we model beer net sales +6.0% Y/Y (cons. +6.3%) with depletions +4.3% (cons. +4.6%) and beer operating income growth of +10.9% (cons. of +11.6%)***.

Emphasis added with bolded and italicized text.

169. On December 20, 2024, Needham published a "Company Update" highlighting its expectations and previewing its opinions as to STZ's forthcoming Q3 2025 earnings announcement. Notably, Needham noted the positive Circana data for STZ and stating that "[o]verall, we expect a relatively clean quarter, see little risk to current beer guidance and expect STZ to reiterate +6-8% revenue growth and +11-12% operating income growth." Needham explained that they saw "little risk to STZ's current beer guidance and expect the company to reiterate its outlook for +6-8% revenue growth and +11-12% operating income growth." Like Citi Research, Needham took into account that divergence of the scanner data from the untracked channels noted by Defendants during the December 3, 2024 Morgan Stanley Conference but found that these statements did not indicate issues with Defendants FY2025 guidance. Specifically, Needham reported:

> **INVESTMENT HIGHLIGHTS**
>
> The broad improvement seen over the past three months in scanner data for STZ has been encouraging, though is unlikely to be fully reflected in reported depletions given channel shift considerations. For the quarter, we are modeling for depletion growth of 4.5%, which is broadly in line with buyside expectations and reflects an acceleration on both a one and two year basis***. Overall, we expect a relatively clean quarter, see little risk to current beer guidance and expect STZ to reiterate +6-8% revenue growth and +11-12% operating income growth***.
>
> * * *
>
> **KEY POINTS**
>
> - **The Return of the Negative Delta.** Although scanner volumes have closely aligned with reported depletion performance over the past few quarters, this is likely to revert to a negative delta based on recent commentary from management. ***Over the course of the quarter, management noted that they saw channel shift to mass and club channels from independent and non-tracked channels, which will likely result in a negative delta between scanner and reported depletions***. For 3Q, we model for 4.5% depletion

> growth, which is broadly in line with buyside expectations based on our conversations with investors, and implies acceleration on both a one and two year basis. We note that our estimate reflects a negative LSD delta relative to STZ's implied volume growth seen in measured channels over the course of the quarter.
>
> - **We Expect Beer Guidance to be Reiterated.** ***We view little risk to STZ's current beer guidance and expect the company to reiterate its outlook for +6-8% revenue growth and +11-12% operating income growth. For the full year, we are modeling towards to lower end of the range on beer revenue (+6.6%), and the higher end of the range on operating income (+11.6%), largely due to favorable mechanics of STZ delivering 14.2% growth over the first half of the year.*** Based on YTD performance and weak consumer takeaway trends, we would not be surprised to see STZ modestly revise down wine & spirits guidance, or at a minimum narrow guidance towards the lower end of the current expected range (-6% to -4% revenue; -18% to -16% operating income). We note that we do not expect any changes to EPS outlook and expect STZ to reiterate $13.60-$13.80.

Emphasis added with bolded and italicized text.

170. On January 5, 2025, UBS published its report providing its take on its expectations for STZ's forthcoming Q3 2025 earnings announcement titled: "Scouting Report: What To Expect From F3Q[.]" In its report, UBS discussed that it did not expect FY2025 guidance to change stating "Although our conversations would suggest that most still view the company's profit and EPS targets as achievable, with beer takeaway showing less improvement than some would have hoped in the quarter and QTD trends somewhat more challenged (albeit only a few weeks of data), this has led to some inbound discussion as to whether the company's beer top line target for the year (+6-8%) remains achievable. At this stage we do not believe there is downside to the target range and see the potential for growth to accelerate from here as comps ease in the coming weeks."

171. Notably, neither Citi, Needham, nor UBS found Defendants' statements concerning unemployment, consumer channel shifts to mass and club channels, and softness in the untracked channels indicating that STZ would be change the guidance provided in the September 3, 2024 Press Release. Rather, Citi and Needham both acknowledged Defendants recent statements during

the December 3, 2024 Morgan Stanley Conference and then concluded they expected that STZ reiterate its beer guidance of 6-8% revenue growth, 11-12% beer operating income growth, and its yearly EPS guidance of $13.60 to $13.80 (despite their expectations that STZ would modestly downward revising wine and spirits guidance). Notably, based on Defendants' statements to analysts on December 3, 2024, Citi specifically found that "summer beer slowdown" - which resulted in the guidance downgrade and lackluster Q2 2025 results – "appears to have been transitory in nature."

172. On January 7, 2025, RBC issued a report titled "F3Q'25 Preview – Expecting Shares to Remain Rangebound." In its report, RBC wrote:

> STZ's beer fundamentals were expected to be the saving grace, as guidance implies ~MSD% beer volume/depletion growth in the back half of the fiscal year. Last quarter, mgmt. alluded to a minimal gap with depletions and scanner going forward, ***but we do expect a LSD delta from Circana's ~5.8% beer volumes in the quarter.*** For the quarter, we call for beer depletions +3.5% (slightly below cons. +4.1%), which is consistent with our channel checks. September/October were strong but November has been more mixed (with the two-weeks after the election showing significant slowing only to rebound for the holidays). Based on our preliminary checks, we don't really see much upside to current depletion estimates. We would also not be surprised if STZ over shipped relative to depletions as distributors look to get more product in incase of tariffs but understand this would not be viewed favorably from investors if depletions were to be in line to soft relative to cons. We also believe beer margins will be fine given pricing, productivity measures, and the peso hedging program. We also believe investors will be focused on go-forward beer trends for STZ/the category. ***While STZ has shied away from specific quantification in recent quarters in favor of more directional commentary, we expect the company to sound directionally optimistic but still cautious on the environment.***
>
> * * *
>
> **Unique Modeling Reminders:** Constellation Brands (STZ, Industry Conference on 12/3): On the external changes in the US elections and implications for the business mgmt. called out they just wrapped Q3 and were in a quiet period so won't be discussing specific results. On tariffs, they called out they have long history with building relationships with leadership in both countries but right now it is hard to access what we would do next given the lack of clarity around specific policy. However, they are not waiting for specific policy to put in place and evaluating

> levers. They called out accelerated cost savings, ensuring adequate inventories in the US, and potential pricing but would want to balance to maintain volume momentum. ***Mgmt. reiterated that tracked channels captures about 50% of their overall performance. They have been seeing consumers shifting towards mass merchants and clubs to value seek, which has been coming from independents in the other non-tracked channels. Higher unemployment, specifically amongst the Hispanic consumer, has been particularly elevated and impactful in some of their larger markets like California and New York, which have a lot of independents that Don't show up in the track data. They view the slowdown they/beer saw as more transitory than structural, mostly by driven macros. They are cautiously optimistic.***

Emphasis added with bolded and italicized text.

## VI. DEFENDANTS REVEAL THE TRUTH ON THE Q3 2025 EARNINGS CALL

173. On January 10, 2025, before market trading hours, STZ issued a press release titled "Third Quarter Fiscal Year 2025 Results" that was that was also attached as an exhibit to a Form 8-K signed by Defendant Hankinson and filed with the SEC that same morning (the "Q3 2025 Press Release"). The Q3 2025 Press Release reported STZ's financial and operational results for its third fiscal quarter of 2025 ended November 30, 2024.

174. The Q3 2025 Press Release headlined, in relevant part, that during the third fiscal quarter of 2025 that STZ ***"Updates Fiscal 2025 Outlook With Reduced Growth Expectations for Net Sales and Operating Income of Enterprise and Businesses; Lowers Reported EPS and Lower-End of Comparable EPS Guidance*[.]**" In the Q3 2025 Press Release, Defendants' reduced STZ's previously increased FY 2025 guidance of ***$13.60 - $13.80*** for comparable EPS to $***13.40 - $13.80***.

175. The Q3 2025 Press Release also lowered STZ's recently increased guidance for its beer segment's operating income growth from a range of ***11-12% to 9-12%*** which, in turn, lowered the midpoint ***from 11.5% to 10.5%***.

176. The Q3 2025 Press Release further lowered STZ's guidance for enterprise net sales growth from a range of ***4-6% to 2-5%***, the from ***6-8% to 4-7%***, and comparable enterprise operating income growth from ***8-9% to 6-9%.***

177. The slash in operating income growth guidance was particularly notable, given that Defendants had *raised* this guidance from a range of 10-12% to a range of 11-12% on September 3, 2024, mere days after the start of STZ's Q3 2025.

178. A summary of STZ's prior FY2025 guidance to the guidance provided as part of Q3 2025 was included in STZ's investor presentation for Q3 2025:

## THIRD QUARTER FISCAL YEAR 2025 RESULTS & FULL YEAR OUTLOOK

| (% CHANGE YoY) | Q3 FY25 Results | FY25 Outlook | Prior FY25 Outlook |
|---|---|---|---|
| Net Sales | Enterprise $2.5B \| Flat<br>Beer $2B \| +3%<br>W&S $431M \| (14%) | Enterprise +2% to +5% Organic[2]<br>Beer +4% to +7%<br>W&S (8)% to (5)% Organic[2] | Enterprise +4% to +6%<br>Beer +6% to +8%<br>W&S (6%) to (4%) |
| Segment Operating Income (Loss) | Enterprise $793.0 \| Flat Reported $802M \| (2)% Comparable<br>Beer $770M \| +2%<br>W&S $95M \| (25%)<br>Corporate Expense $63M \| 3% | Enterprise (65%) to (62%) Reported[3] +6% to +9% Comparable[2]<br>Beer +9% to +12%<br>W&S (19)% to (17)%[2]<br>Corporate Expense $250M | Enterprise (63%) to (62%) Reported[3] +8% to +9% Comparable<br>Beer +11% to +12%<br>W&S (18%) to (16%)<br>Corporate Expense $260M |
| Equity In Earnings (Losses) | $24M | $20M | $30M |
| Interest Expense, Net | $104M | $410M | $430M |
| Comparable Tax Rate | 16.3% | 18.5% | 18.5% |
| Non-Controlling Interests | $13M | $45M | $35M |
| Diluted Shares Outstanding[1] | 182M | ~182.5M | ~183M |
| Reported EPS | $3.39 | $3.90 - $4.30[3] | $4.05 - $4.25 |
| Comparable EPS | $3.25 | $13.40 - $13.80 | $13.60 - $13.80 |
| Operating Cash Flow | $2.6B | $2.9B to $3.1B | $2.8B to $3.0B |
| CAPEX | $932M | ~$1.3B<br>Beer $1.0B | $1.4B to $1.5B<br>Beer $1.2B |
| Free Cash Flow | $1.6B | $1.6B to $1.8B | $1.4B to $1.5B |

1 Weighted average calculation
2 Enterprise growth assumptions and Wine and Spirits decline assumptions for fiscal 2025 exclude $23 million of net sales and $10 million of gross profit less marketing for the January 2024 to February 2024 period that are no longer part of year-over-year results following the divestiture of SVEDKA.
3 Inclusive of Q2 FY25 non-cash goodwill impairment loss for the Wine and Spirits business of $2.25B.
4 As of November 30, 2024

13 Constellation Brands

179. On the morning of January 10, 2025, during market trading hours at 10:30 a.m. Eastern, Defendants held a conference call with analysts and investors to present STZ's financial and operational results for Q3 2025 ended November 30, 2025 (the "Q3 2025 Earnings Call").

180. Defendant Newlands began his prepared remarks on the Q3 2025 Earnings Call by revealing that Defendants were lowering guidance for the second time during for STZ's FY2025

for STZ's enterprise net sales growth, beer net sales growth, and comparable enterprise operating income growth, stating in relevant part that: "we have made the decisions to adjust the outlook for our fiscal '25 beer business net sales growth to be 4% to 7% and operating income growth to be 9% to 12%[.]"

181. Defendant Newlands then revealed on the Q3 2025 Earnings Call that STZ's beer business had only grown depletions only 3.2% due to "continued consumer economic weakness" and shipments only 1.6%. Newlands also revealed that these lower-than-expected metrics would have been lower still, if not for "*incremental marketing investments we deployed across our core brands in Q3* [,]" (emphasis added) which were Defendants' way of "respond[ing] to the softer macroeconomic backdrop that [had] beg[u]n affecting consumer spending during the summer" 2024.

182. Specifically, in his opening remarks, Defendant Newlands stated:

> As a reminder, ***subdued overall spend and prolonged value-seeking behavior among consumers, have been key near-term limiting factors on demand growth, not only for our portfolio*** but also for the dollar sales growth rate of total beverage alcohol. That said, beverage alcohol remains relatively unchanged in its share of total consumer expenditures. ***So we believe its slower rate of growth also reflects the adoption of broader value-seeking behavior across consumer goods. Against that backdrop and given the near-term uncertainty on whether consumers will revert to more normalized spending behaviors in Q4, we have made the decision to adjust the outlook for our fiscal '25 beer business net sales growth to be 4% to 7% and operating income growth to be 9% to 12%, still yielding an operating margin of approximately 39%.***
>
> Notwithstanding this prudent adjustment to our beer business guidance, our revised fiscal '25 comparable EPS range still yields double-digit growth from the midpoint to the high end, which includes other adjustments to our outlook that Garth will cover in more detail shortly. Second, despite softer consumer demand due to macroeconomic headwinds, our beer business continued to outperform the total beverage industry in dollar sales growth in Circana tracked channels over the 12 weeks ended December 1. And at a total company level, we once again achieved dollar sales growth outpacing the total CPG sector, as we approach nearly 12 years as a CPG growth leader.

> Third, we continue to effectively execute against our key initiatives in our beer business. From a distribution perspective, we have now secured more than half of the incremental 500,000 points of distribution that we identified as the fiscal '24 to fiscal '28 target for our core brands during our Investor Day with a significant portion of those gains achieved in the current fiscal year. On the innovation side, the depletion growth contribution of our new liquids and pack formats released over the last couple of years is within the 20% to 40% range provided in Investor Day. That said, across our high-end light beer offerings, which include Modelo Oro from an innovation perspective and our more tenured Corona Light and Premier brands, ***we are facing headwinds from competitive pricing, particularly in large pack formats***.
>
> And across our Chelada brands, ***we are facing consumer demand growth rate headwinds from the convenience channel***, where our Cheladas have outsized representation given the channel's core consumer base and the predominantly 24-ounce can format that skews more towards C-store retailers. To that end, we are actively working on levers to address the competitive dynamics in the high-end light beer segment and continue to pursue distribution opportunities for Cheladas given our ongoing investments in broader marketing for the brands, including English language linear TV advertising for the first time and recent extensions into the 12-ounce can 12-pack formats.
>
> * * *
>
> With that, let's turn more fully to our beer business' performance. During the third quarter of fiscal '25, our beer business grew depletions by 3.2%, which again was an acceleration from last quarter ***despite continued consumer economic weakness***.
>
> * * *
>
> In closing, ***we continued to manage a softer consumer backdrop due to macroeconomic headwinds*** and expect to deliver a very solid fiscal year underpinned by our continued progress against the key growth drivers of our beer business and our proactive actions to improve the performance of our wine and spirits business. And with that, I'll turn the call over to Garth, who will give you more details on our financial results and outlook. Garth?

Emphasis added with bolded and italicized text.

183. Hankinson gave his own prepared remarks, discussing updated guidance and the causes of such changes stating:

> Before I get into the segment details***, I would like to provide an update on our enterprise guidance for fiscal '25. We now expect enterprise net sales growth of 2% to 5%, comparable operating income growth of 6% to 9%*** and comparable

> EPS to be between $13.40 and $13.80. These new enterprise guidance targets reflect changes to the net sales and operating income growth targets for both business segments that Bill referenced earlier as well as a few additional updates that I will cover in more detail shortly.

Emphasis added with bolded and italicized text.

184. Hankinson provided additional updates as to the downward revision of the guidance attributing it to, in part, a "30 basis point headwind from unfavorable mix as consumers continued to shift to value-oriented larger pack size, particularly in cans[.]" Specifically, Hankinson stated:

> ***Net sales grew by 3%, a $64 million increase, driven by beer shipment volume growth of 1.6%, a price uplift of 2% or $39 million from targeted actions taken during the fall and a 30 basis point headwind from unfavorable mix as consumers continued to shift to value-oriented larger pack size, particularly in cans.***

Emphasis added with bold, italicized text.

185. Defendant Hankinson further revealed that STZ's beer business growth had suffered because in the off-premise channels that "independent retailers"—who were "not captured in Circana data achieved a lower growth rate, mainly driven by convenience and liquor store channels in most of our top 10 markets as well as independent grocers in our top state of California." Hankinson continued to state:

> ***Across these key states, unemployment rates for both total and Hispanic consumers remained elevated relative to the national average, which we continue to believe is a fundamental near-term driver for the relatively lower depletion growth rates we have seen in these markets over our last couple of fiscal quarters.***

Emphasis added with bold, italicized text.

186. Hankinson further revealed that STZ's beer business had experienced "a 60 basis point … year-over-year decline in operating margin to 37.9%" driven by "increased marketing" expenditure, which "as a percent of net sales was just over 10% for the quarter, driven by the incremental marketing actions that Bill [Newlands] discussed."

187. Defendant Hankinson concluded his prepared comments by stating "[w]e will continue to closely monitor the subdued spend and value-seeking trends we have seen develop across our consumer base and the economic drivers influencing that behavior."

188. After prepared remarks, the Q3 2025 Earnings Call shifted to questions from analysts. In answering a question from a Morgan Stanley analyst about near-term demand trends that had impeded beer depletions growth, Defendant Newlands purporting that "the length of the near-term moves has been a little longer than what we had anticipated[,]" explaining that unemployment, for example, had risen in 31 of 50 states and that "[t]he overall basket" of goods being purchased by consumers "is down":

> **Dara Warren Mohsenian** Morgan Stanley, Research Division – Managing Director
>
> Bill, just wanted to take a bit of a step back on the drivers behind the softness you're seeing on the beer depletion front. If <u>you had to separate that out between the short-term consumer weakness you focused on with the subdued spend and the value-seeking behavior that you mentioned on the call versus some of the longer-term concerns in terms of health and wellness, whether GLP or demographics, maturation of the beer brands in your portfolio, cannabis, et cetera, what are your sort of thoughts on if you're seeing any pressure from some of those more enduring longer-term points versus the short-term dynamics that you mentioned</u>? And just putting it all together, how might that impact the way you think about long-term beer revenue growth guidance?
>
> **William A. Newlands** Constellation Brands, Inc. – President, CEO & Director
>
> ***Sure. Our view of this is that the length of the near-term moves has been a little longer than what we had anticipated but we still don't see it as anything structural. We don't see it as long-term issues attached to this business. We've seen higher uptick in unemployment, 31 -- even though the overall unemployment rate was pretty consistent, 31 states were actually saw an increase in unemployment and that always effects.*** You may have also seen, there was an interesting Wall Street Journal article 1 week or so ago that showed the breakout of consumers' spending for those making $50,000 a year and less and that's a portion of our business. The key thing that I think is important as you look at this, is one of the things I noted in my remarks, which is that alcohols percent of the consumer basket remains consistent. The overall basket is down but our percentage of that basket remains the same. And I think that's an important thing. We would expect to

> come out of this trough and we certainly hope that that's going to happen in the nearer term.

Emphasis added with bold, italicized text.

## VII. THE MARKET AND ANALYSTS REACT TO DEFENDANTS' DISCLOSURES

189. In response to the news entering the market on January 10, 2025, investors and analysts reacted immediately to STZ's revelations with STZ's stock price responding quickly and decisively as STZ's common stock fell $37.47 per share, or 17.9%, from $219.28 at market close on January 8, 2025, the prior trading day, to close at $181.81 on January 10, 2025, on abnormally high volume of over 8.7 million shares. On an adjusted close basis, this equated to a $37.05 per share decrease from the adjusted closing price of $216.79 on January 8, 2025, to close at the adjusted closing price of $179.74 on January 10, 2025.

190. Analysts reacted quickly to the news of January 10, 2025, with initial reports being issued the same day and additional reports being issued in the following days as analysts reported on Q3 2025 results with the benefit of Defendants' statements during the Q3 2025 Earnings Call.

191. On January 10, 2025, Citi issued a report titled: "Tough FQ3 & FY25 Guidance Cut but Valuation Reflects Concerns[.]" Citi analysts described STZ's Q3 2025 as "a very soft F3Q'25 with misses across all key metrics including worse-than-expected beer topline growth of +3.2% on +1.6% shipments, with beer depletions growth of +3.2% below expectations in the ~4-5% range, worse-than-expected beer margins" and concluded that "[c]learly the quarter was much worse-than-expected[.]" Citi lowered their expectations for STZ's earnings-per-share to "reflect [] the Q3 miss in the beer business [,]" and slashed their price target for STZ stock from $305 per share to $260 per share, or roughly 14.75%.

192. Citi explained that the "very soft F3Q'25 results across all key metrics, [was] driving a large -17% stock reaction." Citi explained that Defendants attributed the miss to primarily

to its Hispanic consumers in STZ's key states as they changed their consumption and shifted to "value-seeking behaviors" noting that channel shifts in the "gas & convenience and liquor store channels, driving the gap vs. US Nielsen scanner data trends[.]" Specifically, Citi reported:

> **Very Soft FQ3 Results —** STZ delivered very soft F3Q'25 results across all key metrics, driving a large -17% stock reaction. STZ F2Q'25 beer depletions growth of +3.2% came in below expectations of ~4-5%, ***STZ calling out value-seeking behaviors across its consumer base, especially Hispanic consumers with some pullback in consumption post elections and higher unemployment rates across Hispanic consumers in STZ's key states compared to the national average.*** From a channel standpoint, STZ called out weakness in the gas & convenience and liquor store channels, driving the gap vs. US Nielsen scanner data trends, while on-premise beer depletions grew +5% (~11% of beer volumes). STZ also missed on beer margins, -60bps Y/Y to 37.9% (vs. our 38.5%/cons.' 38.9%) driven by higher marketing spend and increased depreciation expense, partially offset by favorable pricing.

Emphasis added with bold, italicized text.

193. On January 10, 2025, Roth Capital Partners issued a report on STZ's January 10, 2025 disclosures, noting in relevant part that STZ's "Beer profitability contracted y/y [year-over-year] (-60bps), a reversal from 270bps of expansion in 2Q. ***The sudden Beer profitability pressure is a surprise, particularly after Beer profitability guidance was raised in September.***" Emphasis added. Roth Capital Partners continued "Beer profitability was very strong in 1H and was able to offset increased spend, wine contraction, and elevated depreciation, but 3Q weakness is surprising." Notably, this reaction was even after Defendant Newlands had disclosed to analysts during the September 3, 2-25 Barclays Conference that Defendants were going to spending more in marketing starting in Q3 2025 stating while discussing what Defendants had seen and their reasoning related to the September 3, 2024 guidance change: "Let me make clear, we're not cutting our marketing. In fact, we're going to spend more money on our marketing in the back half of this year than what we had originally planned."

194. On January 10, 2025, RBC issued a "First Read" report on STZ's January 10, 2025 disclosures, noting "[w]e were cautious on STZ going into the print due to uncertainty around regulatory risk and channel checks pointed to muted depletions trends vs consensus expectations." RBC continued "Beer depletions were +3.2% (RBCe +3.5%/ vs cons. +4.2%) coming in weaker than cons expected, but essentially in line with our channel checks and represented a ~LSD% delta with scanner data. Beer margins also came in light at 37.9% (vs cons. 38.9%) impacted by lower volumes."

195. On January 10, 2025, UBS also issued a report discussing Defendants' December 10, 2025 disclosures titled: Weaker Than Expected 3Q With FY25 EPS Guidance Moving Lower At Midpoint[.]" In its report, UBS said its "initial reaction" was "negative" noting that "[d]espite the weaker tracked performance, our conversations suggested that most did not see risk to Street estimates from a beer depletion perspective and felt that the company would continue to deliver on the bottom line" and that "Beer depletions, sales, and operating profit all fell short of expectations[.]"

196. On January 10, 2025, Truist also issued its report with its "take" on STZ's Q3 2025 stating "[t]his morning's F3Q25 results came back worse than we had feared, with weakness hitting metrics across the board and an EPS miss with cut EPS guidance for the first time since F3Q23" concluding that "our biggest concern is the lowered guide for beer growth to 4% to 7% -- **Constellation's beer business is no longer a HSD growth story**." In its subsequent report issued on January 13, 2025, Truist lowered its price target to $190 from $255 in response to the news issued by Defendants' concerning STZ's Q3 2025 results.

197. Likewise, in its January 10, 2025 "Quick Take" report, Deutsche Bank discussed its take on how it expects the market to react to STZ's Q3 2025 results. In its note, Deutsche Bank

explained that "[w]hile the company called out pockets of un/undertracked weakness in Beer at a sellside conference last month, beer depletions of +3.2% came in below our/consensus estimates as well as buyside expectations (in the ~4% range, in our view)—likely sequentially decelerating vs. 2Q on a days-adjusted basis." The report noted "[l]ooking ahead, given challenging demand trends, management lowered full-year top-line guidance across both beer and wine & spirits[.]"

198. Jefferies also issued a report on January 10, 2025 with its initial reactions to STZ's Q3 2025 results titled: "3Q Quick Take (+/-): Weak. Beer Trends Worsen, Management Lowers Guidance." In its report, Jefferies described skepticism as to Defendants' reasons for the misses and lowered guidance being from "macro" events stating "Weak quarter with sales miss (beer & wine driven), likely from macro. **Maybe."** Emphasis added. Jefferies continued "Beer depletions grew 3.2%, missing the Street's 4.2%. Beer margins -59bp, worse than expected[.]"

199. In its January 10, 2025, report, RBC summarized the earnings analysis as compared to RBC's own estimates and the Street's consensus to show STZ's significant misses for Q3 2025 based on Defendants' statements during the Class Period:

Capital Markets

Constellation Brands, Inc.

Exhibit 1 - STZ Earnings Analysis

| STZ Earnings Analysis | Actual | RBCe | Cons. | Actual vs. RBC | Actual vs. Cons. |
|---|---|---|---|---|---|
| **Beer** | | | | | |
| Shipment Volume Growth | 1.6% | 3.5% | 3.4% | Worse | Worse |
| Depletion Growth | 3.2% | 3.5% | 4.2% | Worse | Worse |
| Price/Mix | 1.6% | 1.3% | 1.5% | Better | Better |
| Operating Margin | 37.9% | 38.9% | 38.9% | Worse | Worse |
| **Wine & Spirits** | | | | | |
| Net Sales Growth | -14.1% | -4.0% | -7.1% | Worse | Worse |
| Price/Mix | 2.3% | 0.0% | -2.3% | Better | Better |
| Operating Margin | 22.1% | 22.1% | 21.9% | Worse | Better |
| **Net Sales** | **2,463.8** | **2,545.2** | **2,534.9** | Worse | Worse |
| Y/Y Growth | *-0.3%* | *3.0%* | *2.6%* | Worse | |
| Cost of Goods Sold | -1,181.8 | -1,217.4 | 1,218.6 | Better | Worse |
| **Gross Profit** | **1,282.0** | **1,327.7** | **1,316.7** | Worse | Worse |
| Margin | *52.0%* | *52.2%* | *51.9%* | Worse | Better |
| SG&A | -479.8 | -488.6 | -477.5 | Better | Worse |
| Margin | *19.5%* | *19.2%* | *18.8%* | Better | Better |
| **Operating Income** | **802.2** | **839.1** | **840.7** | Worse | Worse |
| Y/Y Growth | *-2.1%* | *2.4%* | | Worse | |
| Margin | *32.6%* | *33.0%* | *33.2%* | Worse | Worse |
| EBIT - Unconsolidated Investments | *23.9* | *25.7* | *23.4* | Worse | Better |
| Consolidated EBIT | *826.1* | *864.8* | *856.4* | Worse | Worse |
| Interest Expense | *-104.4* | *-111.8* | *-109.5* | Better | Better |
| Pretax Income | *721.7* | *753.0* | *749.3* | Worse | Worse |
| Taxes | *-117.6* | *-139.3* | *-138.7* | Worse | Worse |
| Tax Rate | *16.3%* | *18.5%* | *18.5%* | Better | Better |
| Net Income | 590.9 | 600.9 | 613.4 | Worse | Worse |
| **EPS (Incl. Canopy)** | **$3.25** | **$3.30** | **$3.37** | Worse | Worse |
| EPS Growth | *1.8%* | *3.3%* | | Worse | |
| Diluted Shares Outstanding | 181.8 | 182.1 | 182.1 | Better | Worse |

Source: Visible Alpha, FactSet, Company Filings, RBC Capital Markets

200. On January 13, 2025, J.P. Morgan published a report titled: "Dry Outlook & Limited Visibility Ahead; Downgrade to N.[,]" In downgrading STZ from Overweight to Neutral and decreasing its target 22% from $262 to $203, J.P Morgan discussed "three key headwinds" with the first being "consumer demand" discussing the "trends" and "headwinds" and that "[t]he depletion results were disappointing given the solid acceleration seen in the NielsenIQ tracked

channels . . . and management commentary in early December that sounded constructive on moving past transitory headwinds that the company began seeing in the summer[.]" J.P. Morgan's report stated, in relevant part:

> **Deterioration in consumer demand towards the end of FQ325**, particularly in November ***(management said Hispanic unemployment was a key driver of a more cautious consumer as this cohort accounts for ~50% of STZ beer volumes), leading to a miss in the quarter and a guidance cut to FY25 (link to first reaction note). Management also sounded more cautious on the low income consumer broadly (an important cohort for STZ) prolonging value seeking behavior.*** Also, during its earnings call this past Friday, ***management did not provide much reassurance on these trends improving in the near term***[.]

* * *

- **Beer Shipments/Depletions +1.6%/+3.2% Disappoint Street - Outlook Lowered on Near-Term Headwinds Lasting Longer than Anticipated**. F3Q25 Beer top-line came in below Street with shipments/depletions missing by -110 bps/-100 bps and depletions actually decelerating on a selling-day adjusted basis vs. ~+3.9% in F2Q25 (+2.4% unadjusted). The depletion results were disappointing given the solid acceleration seen in the NielsenIQ tracked channels (i.e., L13W 11/30/24 STZ's beer dollar/volume sales growth in NielsenIQ grew +7.3%/+5.6% versus +4.7%/+3.6% in prior L13W 8/31/24, or +260 bps/+200 bps acceleration on a dollar/volume basis) and ***management commentary in early December that sounded constructive on moving past transitory headwinds that the company began seeing in the summer*** (i.e., on 12/3/24 post F3Q25 end 11/30/24 "*As we now had another quarter behind us, we still tend to think that the headwinds we're facing aren't permanent in nature, and there's certainly some improvements that we're seeing. There [are] reasons to be sort of cautiously optimistic, right? If you think about the macroeconomic background in the last three months, inflation appears to have crested... and consumer sentiment got better in November... the election always provides some certainty and should ease some of the concerns folks had with that being behind us. We've seen the improvement in Circana trends, which we think is reflective of the fact that macroeconomic backdrop hasn't gotten worse, hasn't deteriorated. But we also think that it's reflective of some of the incremental investments that we've made in marketing to support the brands, again, that we laid out at our Q2*"). ***Speaking to the results today, management called out "subdued overall spend and prolonged value-seeking behavior among consumers" as headwinds to top-line growth, which have lasted longer than anticipated.***

- **Tough to Underwrite Quick Return to Historical Growth Trend - December Weak, Massively Wide Implied F4Q25 Range (Indicates Low**

> **Visibility/ Conviction), Potential Overhangs into FY26+.** The embedded F4Q25 range implies a massive range of outcomes (i.e., Beer top-line -3% to +12%), even with the quarter nearly half-way through, which doesn't inspire much confidence in management's visibility to operational results near-term. The NielsenIQ tracked channel data in December was weak (L4W 12/28/24 STZ Beer $/volume +2.1%/ +0.3%), decelerated sequentially (L4W 11/30/24 +6.6%/+4.9%), and market share performance also softened (L4W 12/28/24 STZ $/volume share +64 bps/+58 bps vs. L13W 11/30/24 +115 bps/+103 bps). . . ***While management remains confident that the near-term struggles are not structural, pointing to beverage alcohol largely maintaining share of consumer spending (that is, total basket is down, not share of spending within the basket) and unemployment remaining high in a number of key markets (although perhaps labor market improving based on recent economic prints, albeit perhaps meaning a pause on rate cuts), we believe it's tough to underwrite a quick return to historical growth trends underpinning the company's +7-9% sales growth outlook (and +MSD-HSD% volume growth) over the medium term.*** . . . From a pricing perspective, management talked to increased competitive activity in high-end light beer, which it may choose to respond to, and overall weak consumption environment could make it tougher to put through incremental pricing.
>
> *  *  *
>
> - **Beer Margins Disappoint but Somewhat Timing Driven on Marketing Spend - Seems to Be Some Flexibility in F4Q25; Would Expect Tight Cost Control Ahead, but May Need to Promote More.** ***Beer margins compressed roughly -60 bps (missing consensus but -86 bps) driven by stepped-up marketing expense in F3Q25 to 10.1% of sales (+140 bps YOY), yet we suspect that gross margins likely disappointed consensus*** (just ~20 bps expansion YOY to 53.0% vs. F1H25 +190 bps YOY) on maintenance downtime, lower than expected volumes, and perhaps lower- than-expected cost savings benefits ($40M in quarter vs. $65M in F2Q25). We believe much of the miss was timing related, however, as unchanged Beer marketing guidance of 8.5% of sales implies roughly 90 basis points of leverage in F4Q25 and the company should benefit from lapping a -100 bps headwind to gross margin last year on VAT accrual write off.

Emphasis added with bold, italicized text.

201. Jefferies published a report on STZ on January 13, 2025 titled "Not Great Better to Wait—Can STZ Beer Keep Out-Growing The Category? DG to Hold[.]" Jefferies pointedly wrote that STZ's "**[b]eer depletions, which matter the most, grew 3.2% vs. 4.3% expected**[,]" noting that "lower sales and **higher ad spend resulted in EPS** [earnings per share] **missing** ($3.25 vs.

[expectations of] $3.37).” The Jefferies analysts clearly did not anticipate the poor results and FY2025 guidance reduction caused by issues with its Hispanic consumers that was announced by Defendants in January 10, 2025, writing:

> **Any surprises?** The magnitude of the miss and an across-the-board guid[ance] reduction. This is the 2nd time this year. Identifying Hispanic unemployment as the primary culprit does not seem nuanced enough. We would have expected more details on a tactical response.
>
> * * *
>
> **Near-Term Direction of Travel: Negative.** The portfolio continues to outperform the category, but that doesn't matter as shareholders are looking for better growth. Trends remain slow with scanner trends weak (+2.1% L4W 12/28 vs. +6.3% L12W) and it's hard to predict when Hispanic unemployment issues cited by management will improve.

On this news, Jefferies downgraded STZ shares from a “Buy” rating to “Hold,” and slashed its price target from $310 per share down to just $201 per share, or over 35%, leaving readers with the hypothetical question of whether “the legendary decade+ run of growth come to an end?”

202. Also, January 13, 2025, Needham issued a report on Defendants’ disclosures of January 10, 2025, titled: “Putting the Fear in Beer[.]” In its report, Needham stated “[t]his was a disappointing and unforeseen start to the calendar year for STZ[,]” given Defendants on the Q3 2025 Earnings Call had exhibited a “change in tone relative to a month ago[.]” and Needham analysts explained that “**we expected STZ to hold its beer guidance for the full year** [2025], **as consumer takeaway trends had shown a solid improvement to start the fiscal third quarter**” Pointedly, the Needham questioned why Defendants had not reduced FY2025 guidance earlier, given the negative trends in beer sales, writing: “we assumed that if there was any change in the near-term narrative or risk to guidance, that STZ would've guided down in conjunction with the conference” liked it had done with Q2 2025. Given “the miss, the magnitude of the [FY2025] guidance revision, and the change in tone from management were well below expectations, even

with a very poor December scanner read", Needham lowered its price target for STZ shares from $280 per share to $240 per share, or over 14%. Specifically, Needham wrote:

> **INVESTMENT HIGHLIGHTS**
>
> ***This was a disappointing and unforeseen start to the calendar year for STZ. An earnings miss in any given quarter can be overlooked, but with sentiment around alcoholic beverages already waning, the miss, the guide down, and the change in tone relative to a month ago, signifies that there is far more near-term uncertainty than previously assumed. On what will likely be a negative low single digit revision to earnings at the midpoint, a 17%+ share selloff embeds incremental structural risk to the alcoholic beverage category and STZ's fundamentals***
>
> **KEY POINTS**
>
> - **Where We Went Wrong.** ***As previously stated in our preview, we expected STZ to hold its beer guidance for the full year, as consumer takeaway trends had shown a solid improvement to start the fiscal third quarter. Additionally, with the company speaking at a conference on 12/3, three days removed from the end of fiscal 3Q, we assumed that if there was any change in the near-term narrative or risk to guidance, that STZ would've guided down in conjunction with the conference. We note that this is exactly what they opted to do three months prior, when they presented on 9/3, three days removed from the end of their fiscal 2Q. While investor sentiment continued to become more bearish in the final couple of weeks headed into the print, the miss, the magnitude of the guidance revision, and the change in tone from management were well below expectations, even with a very poor December scanner read.***

Emphasis added with bold, italicized text.

203. An analyst from Eleceed Capital, writing in a January 14, 2025 report for *SeekingAlpha*, also concluded that the disclosures of January 10, 2025 indicated "beer segment growth slowing[,]" leading the firm to downgrade its rating of STZ stock from "buy" to "hold." Specifically, the Eleceed Capital analyst pointed out that "beer depletion growth only came in at 3.2%, reflecting some slowing momentum" which was concerning, given "3Q24 saw 8.2% y/y growth[,]" and that "Beer operating margins compressed slightly **due to elevated marketing**

**expenses**[,]" leading the analyst to conclude that "**the strength behind [the beer segment's] growth was not up to my expectations**[.]"

204. On January 16, 2024, Roth issued a report on STZ recapping STZ's Q3 2025 results, noting in addition the well reported figures and misses, that "the sudden Beer profitability pressure is a surprise, particularly after Beer profitability guidance was raised in September."

205. On January 16, 2025, UBS analysts published their first report on STZ since the January 10, 2025 disclosures, pointing out that the poor results announced that day called into question Defendants' overall strategy for STZ's beer segment: "**this marks the second straight quarter where beer depletions not only fell short of expectations but short of the company's LT [long-term] algorithm**, which we believe is leading to further debate as to whether the company's +HSD [high-single-digit] beer top and bottom line algorithm is feasible looking ahead." UBS' report noted "3Q results and … FY[20]25 outlook that was broadly disappointing across the board[,]" and noted that the downward revisions in beer segment guidance indicated significant, previously-unknown problems, writing: "**the magnitude of change to the company's updated beer outlook for sales** (+4-7% vs. +6-8% previously) and operating profit (+9-12% vs. +11-12%) **was greater than we think most were expecting**." As a result, UBS wrote that "the debate has shifted to … what is an appropriate algorithm for STZ's beer business given the weaker performance over the last couple of quarters[?]"

## VIII. POST-CLASS PERIOD EVENTS

206. On April 10, 2025, during the Q&A portion of STZ's fourth fiscal quarter 2025 conference call ("Q4 2025 Earnings Call"), an analyst asked Defendant Newlands a question concerning what he thought the "biggest risk to your assumptions" for STZ's 2026 Fiscal Year. In

response, Defendant Newlands was clear that "I think the single biggest risk that we have is where the consumer is and how long their concerns last."

207. During that same call, another analyst asked Defendant Newlands to discuss STZ's "big revision in long-term beer sales growth from the 7% to 9% range to 2% to 4% in fiscal '27 and '28. So can you just give us a little more detail on how much of that is just related to the external environment and more conservatism on macros?" Defendant Newlands explained that what was driving the revision to STZ's long-term algorithm was that STZ has a "near-term issue as it relates to consumer sentiment" and that it is "[v]ery difficult to predict how long that will last or not." As a result, Defendants were building in much longer time and impact from the socioeconomic factors into STZ's 2026, 2027, and 2028 fiscal year guidance. Specifically, the analyst asked and Newlands responded:

> Dara Warren Mohsenian Morgan Stanley, Research Division – Managing Director
>
> So clearly, a pretty big revision in long-term beer sales growth from the 7% to 9% range to 2% to 4% in fiscal '27 and '28. So can you just give us a little more detail on how much of that is just related to the external environment and more conservatism on macros?
>
> How much of it is pressure points maybe that are more durable on the beer category, health and wellness demographics, et cetera? And then a third bucket of market share opportunity for STZ. Just give us a sense of conceptually how much of that falls into each bucket.
>
> And I realize this is like the eighth version of this question you've gotten on the call, but I guess the point is, we're kind of hearing from you guys, your tone is that the beer depletion slowdown, it's more driven by short-term factors. Obviously, we understand the difficult macro environment. But at the same time, you're making pretty large revisions to beer sales growth post fiscal '26, which should be significantly macro depressed based on what we're seeing. So I'm just trying to sort of bridge those 2 points and how you guys think about that conceptually, if that makes sense.
>
> William A. Newlands Constellation Brands, Inc. – President, CEO & Director

> Yes. It totally does, Dara. ***Our points are we have a near-term issue as it relates to consumer sentiment. Very difficult to predict how long that will last or not. And so as we look at the fiscal year that we're in, we expect that it very well could be a significant factor throughout this fiscal year. I think the question is, when does the consumer sentiment turn around? That's the one that's very difficult to project.***
>
> ***But again, this is where we go back to, you have a shorter-term issue, you have a near-term issue.*** You don't have a brand health issue. I mean I look at brand we don't always talk about on every single call, but Pacifico. Pacifico was up 16% last year. It continues to grow and get consumer demand. It's -- and I've called it out in years past, an early-stage Modelo because it's shown a similar growth profile to what Modelo did sort of a decade ago.
>
> The punchline to that is we have strength within our brands. We have new innovation agenda items that will open up new consumer occasions and new consumers to our franchises. And we're going to continue to work on the controllables. ***It's very difficult for us to project some of the socioeconomic elements that are going to impact it. And it was our belief that it could be longer than we'd all anticipated. It's simply an area we can't answer, and that, therefore, is all reflected in the guidance we provided.***

Emphasis added with bold, italicized text.

208. Later during the Q4 2025 Earnings Call, to comment on "what has happened with beer volumes in the more Hispanic ZIP codes against the general public", particularly in during the fourth fiscal quarter of 2025 to which Defendant Newlands responded that STZ's Hispanic consumer behavior of value seeking was ongoing as evidence by the ongoing channel shifts. Specifically Defendant Newlands responded:

> ***Relative to Hispanic consumer behavior,*** one of the things we've seen both factually and anecdotally ***is that there has been some channel shifts in what that consumer is doing. So historically, you saw overweighting to stores that were largely Hispanic consumer-based and C-stores. Both of those, we have seen some shifting into broader chain-based accounts that are larger accounts.*** And I think that reflects some of the concerns that we've talked about earlier that the Hispanic consumer is seeing across their broader life and lifestyle.

Emphasis added with bold, italicized text.

209. During the Goldman Sachs Global Staples Forum held on May 13, 2025, Defendant Hankinson stated the Hispanic unemployment rate increase had occurred in the first half of calendar year 2024, i.e. during 1Q 2025 that ended on May 31, 2024. During the forum, Hankinson acknowledged that Hispanic unemployment had already stabilized as it moved in to the second fiscal quarter 2025. Although Defendants' stated that the guidance reductions for FY 2025 were caused by Hispanic unemployment which investors were led to believe arose during their respective quarters, Defendant Hankinson admitted that the Hispanic unemployment rate headwind had already occurred during the first fiscal quarter ended May 31, 2025, as the unemployment rate "stabilized" during the second half of the calendar year during Q2 2025 (June 1 – August 31, 2024) and Q3 2025 (September 1 through November 30, 2024):

> As we move through our fiscal FY '25, ***obviously, we saw some increases in unemployment, particularly with the Hispanic consumer***, but more broadly, inflation continue to be a concern. ***And while those things kind of stabilized in the last half of calendar year '24,*** they then got replaced with some other macro headwinds, if you will, things like year-over-year real disposable income growth in January being at a 2-year low and then in February being the second lowest in 2 years. Private housing starts were weak to end the year and also weak to start the year.

Emphasis added with bold, italicized text.

## IX. <u>ADDITIONAL SCIENTER ALLEGATIONS</u>

### A. Individual Defendants' Suspicious Insider Sales Contribute to a Strong Inference of Scienter.

210. During the Class Period, and before Defendants' fraud was exposed, the Individual Defendants engaged in highly suspicious stock sales while in the possession of insider information as to the actual state of STZ's beer business, and thus sold their stock holdings at artificially inflated prices before the truth was revealed, and the artificial inflation was removed from the price of STZ stock.

211. Defendant Newlands engaged in a highly suspicious series of stock sales during the Class Period. Specifically, Newlands sold 67,864 shares of STZ's Class A common stock (ticker STZ) in the period of April 19, 2024 through November 14, 2024, for net profits of $17,077,804.38 during the Class Period, as illustrated below in Figure 2:

**FIGURE 2**

**DEFENDANT NEWLANDS' CLASS PERIOD STOCK SALES IN STZ**

| SALE DATE | NO. SHARES | PRICE PER SHARE (WEIGHTED AVG.) | PROCEEDS (APPROX.) |
|---|---|---|---|
| 4/19/2024 | 4,013 | $263.25 | $1,056,415.43 |
| 5/1/2024 | 6,425 | $253.95 | $1,631,628.75 |
| 5/10/2024 | 18,811<br><br>6,189 | $261.38<br><br>$262.05 | $4,916,672.45<br><br>$1,621,796.51 |
| 10/29/2024 | 7,426 | $237.24 | $1,761,768.75 |
| 11/14/2024 | 25,000 | $243.58 | $6,089,522.50 |
| ***Totals*** | ***67,864*** | ***$251.65*** | ***$17,077,804.39*** |

212. Defendant Newlands' insider sales during the Class Period were more frequent and netted Newlands far more in proceeds than his trades of STZ in *any prior year*, as demonstrated below in Figure 3. Specifically, Newlands' insider sales during the Class Period—constituting his *only* sales of STZ in 2024—were nearly 116.49% greater in volume and generated over 122.08% more profit than Newlands' second-largest year of insider sales.

**FIGURE 3**

**Defendant Newlands' Prior Year Stock Sales in STZ**

| YEAR | NO. SHARES | PRICE PER SHARE (WEIGHTED AVG.) | PROCEEDS (APPROX.) | 2024 SALES PROCEEDS % LARGER THAN PREVIOUS YEARS | 2024 SALES SHARES SOLD % LARGER THAN PREVIOUS YEAR |
|---|---|---|---|---|---|
| 2023 | 55,590 | $263.72 | $14,660,382 | 116.49% | 122.08% |
| 2022 | 10,326 | $250.86 | $2,590,341 | 659.29% | 657.21% |
| 2021 | 27,327 | $239.19 | $6,536,309 | 261.28% | 248.34% |

213. Adding to the suspicious nature of Newlands' Class Period stock sales is that *none* were made pursuant to 10b5-1 trading plans—a method under SEC Rule 10b-1, codified at 17 CFR 240.10b5-1, allowing stock sales to be set up in advance by public company officers or directors to avoid accusations of insider trading. Moreover, several of Newlands' sales represented significant portions of his then-present holdings of STZ, including his two sales on May 10, 2024 which collectively represented a sale of 62.97% of his holdings at the time.

214. Defendant Newlands' insider sales during the Class period also cover a substantial part of his total holdings in STZ. Specifically, Defendant Newlands entered the Class Period on April 11, 2024 with 9,408 shares of STZ and thus sold over 700% of his initial holding of common shares. Benefiting from stock option exercising and other equity compensation, Newlands was able to sell 67,864 shares of STZ common stock and still hold 7,274 shares after his last sale during the Class Period on November 14, 2024. Even when accounting for these acquisitions of STZ common stock—which were obtained exclusively through conversions from other securities that he had been given as compensation, and did not include any open market purchases of STZ—Defendant Newlands sold a net of approximately 23% of his holdings of STZ common stock throughout the Class Period.

215. In addition to Defendant Newlands, Defendant Hankinson also engaged in highly suspicious insider selling during the Class Period, contributing to a strong inference of his scienter.

216. On August 8, 2024, Hankinson sold 35,856 shares of STZ for a weighted average price of $240.94 per share, netting him a massive profit of approximately $8.639 million.

**B. Individual Defendants' Had Actual Knowledge of Undisclosed Material Information.**

217. Newlands and Hankinson, because of their positions with STZ, possessed the power and authority to control the contents of STZ's reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, i.e., the market. Each Individual Defendant was provided with copies of STZ's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

218. As set forth above, the Individual Defendants created market intelligence and regularly tracked market data concerning STZ's beer sales, the Hispanic community, and STZ's key markets. Accordingly, the Individual Defendants knew the true impact of the Hispanic unemployment rates, value seeking behaviors, and the channel shifts on STZ's sales and effect on future growth yet withheld this material information from investors while repeatedly addressing these topics in their public statements.

219. STZ is liable for the acts of the Individual Defendants, and its employees under the doctrine of respondeat superior and common law principles of agency as all the wrongful acts complained of herein were carried out within the scope of their employment with authorization.

220. The scienter of the Individual Defendants, and other employees and agents of STZ are similarly imputed to STZ under respondeat superior and agency principles.

## X. RELIANCE

221. At all relevant times, the markets for STZ securities were efficient for the following reasons, among others:

a. as a regulated issuer, STZ filed periodic public reports with the SEC;

b. STZ regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts, and other similar reporting services;

c. STZ was followed by several securities analysts employed by major brokerage firm(s), including, amongst others, UBS, J.P Morgan, Deutsche Bank, Barclays and Jefferies who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firm(s) and that were publicly available and entered the public marketplace; and

d. STZ securities was actively traded in an efficient market, namely the New York Stock Exchange, under the ticker symbol "STZ".

222. At all material times, Plaintiffs and the Class relied on the misleading statements and omissions by Defendants.

223. Plaintiffs will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

a. Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

b. the omissions and misrepresentations were material;

c. STZ securities traded in an efficient market;

d. the misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of STZ securities; and

224. Plaintiffs and other members of the Class purchased STZ securities between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

225. As a result of the foregoing, the market for STZ securities promptly digested current information regarding STZ from publicly available sources and reflected such information in STZ securities. Under these circumstances, all purchasers of STZ securities during the Class Period suffered similar injury through their purchase of STZ securities at artificially inflated prices and the presumption of reliance applies.

## XI. LOSS CAUSATION

226. During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated and/or maintained the price of STZ's securities, and operated as a fraud or deceit on Class Period purchasers of STZ's securities by failing to disclose and misrepresenting the facts detailed herein.

227. When Defendants' prior misrepresentations, omissions, and fraudulent conduct were disclosed on October 3, 2024, and January 10, 2025, the price of STZ's stock declined significantly as the prior artificial inflation came out of its stock price.

228. As a result of their purchases of STZ's securities during the Class Period, Plaintiffs and the other Class members suffered economic loss, *i.e.* damages, under the federal securities laws.

229. By concealing from investors the adverse facts detailed herein, Defendants presented a misleading picture of STZ's business, financial performance, and financial results. When the truth about and risks associated with Defendants' misstatements were disclosed on October 3, 2024, and January 10, 2025, the price of STZ's securities declined significantly. These declines removed the inflation from the price of STZ securities, causing real economic loss to investors who had purchased STZ securities during the Class Period.

230. The economic loss, *i.e.* damages, suffered by Plaintiffs and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate and/or maintain the price of STZ securities and the subsequent decline in the value of the securities when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

231. Furthermore, as alleged herein, during the Class Period, Defendants engaged in practices intended to mislead investors by artificially affecting the prices of STZ securities. Defendants employed devices, schemes, and artifices to defraud, and/or engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of STZ securities during the Class Period.

232. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their purchases of STZ securities during the Class Period.

## XII. CLASS ALLEGATIONS

233. Plaintiffs bring this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons or entities who purchased or otherwise acquired Constellation Brands' securities between April 11, 2024 and January 8, 2025, inclusive, and were damaged thereby (the "Class Period"). Excluded from the Class are Defendants, members of the immediate family of each of the Individual Defendants, any subsidiary or affiliate of STZ, and the directors and officers of STZ and their families and affiliates at all relevant times.

234. The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims in a class action will provide substantial benefits to the parties and the Court.

235. There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members include:

(a) Whether the Exchange Act was violated by Defendants;

(b) Whether Defendants omitted and/or misrepresented material facts;

(c) Whether Defendants' statements omitted material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading;

(d) Whether Defendants knew or recklessly disregarded that their statements were false and misleading;

(e) Whether members of the Class are presumed to rely on material representations or omissions by Defendants when purchasing STZ securities during the Class Period;

(f) Whether the prices of STZ securities were artificially inflated during the Class Period; and

(g) The extent of damage sustained by Class members and the appropriate measure of damages.

236. Plaintiffs' claims are typical of those of the Class because Plaintiffs and the Class sustained damages from Defendants' wrongful conduct.

237. Plaintiffs will adequately protect the interests of the Class and has retained counsel experienced in securities class action litigation. Plaintiffs have no interests that conflict with those of the Class.

238. A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## XIII. NO STATUTORY SAFE HARBOR

239. The statutory safe harbor applicable to forward-looking statements under certain circumstances does not apply to any of the false and misleading statements pled in this Amended Complaint for Violations of the Federal Securities Laws.

240. Either the statements complained of herein were not forward-looking statements, but rather were historical statements or statements of purportedly current facts and conditions at the time the statements were made, or to the extent there were any forward-looking statements, STZ's verbal "Safe Harbor" warnings accompanying its oral forward-looking statements issued during the Class Period were ineffective to shield those statements from liability.

241. To the extent that any of the false and misleading statements alleged herein can be construed as forward-looking, those statements were not accompanied by meaningful cautionary

language identifying important facts that could cause actual results to differ materially from those in the statements.

242. To the extent that any of the false and misleading statements alleged herein can be construed as forward-looking, Defendants are liable for those false or misleading statements because, at the time each such statement was made, the speaker knew the forward-looking statement was false or misleading, and the forward-looking statement was authorized and/or approved by an executive officer of STZ who knew that the forward-looking statement was false. None of the historic or present tense statements made by Defendants were assumptions underlying or relating to any plan, projection, or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made, nor were any of the projections or forecasts made by Defendants expressly related to, or stated to be dependent on, those historic or present tense statements when made.

## XIV. <u>COUNTS</u>

### COUNT ONE

### For Violation of Section 10(b) of the Exchange Act and Rule 10b-5(b)

### (Against All Defendants)

243. Plaintiffs repeat and re-allege the above paragraphs as though fully set forth herein.

244. During the Class Period, the Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing other members of the Class to purchase STZ's securities at artificially inflated prices. In

furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

245. The Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of STZ's securities in an effort to maintain artificially high market prices for STZ's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

246. The Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about STZ's financial well-being and prospects, as specified herein.

247. The Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of STZ's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about STZ and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of STZ securities during the Class Period.

248. Defendants employed devices, schemes and artifices to defraud intentionally or knowingly. Alternatively, Defendants acted with an extreme departure from the standards of ordinary care, which presented a danger of misleading buyers or sellers of STZ securities that was either known to Defendants or is so obvious Defendants must have been aware of it or Defendants failed to review or check information that they had a duty to monitor, or Defendants ignored obvious signs of fraud.

249. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of STZ's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of STZ's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by the Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by the Defendants, but not disclosed in public statements by them during the Class Period, Plaintiffs and the other members of the Class acquired STZ's securities during the Class Period at artificially high prices and were damaged thereby.

250. At the time of said misrepresentations and/or omissions, Plaintiffs and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiffs and the other members of the Class and the marketplace known the truth regarding the problems that STZ was experiencing, which were not disclosed by the Defendants, Plaintiffs and other members of the Class would not have purchased or otherwise acquired their STZ's securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

251. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

252. During the Class Period, Defendants made, had authority over, or controlled the materially false and misleading statements specified above, which they knew or deliberately disregarded were misleading, in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

253. Defendants made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading

254. Plaintiffs and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for STZ securities. Plaintiffs and the Class would not have purchased STZ securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by the Defendants' misleading statements.

255. As a direct and proximate result of the Defendants' wrongful conduct, Plaintiffs and the other members of the Exchange Act Class suffered damages in connection with their purchases of STZ securities during the Class Period.

**COUNT TWO**

**Violation of Section 20(a) of the Exchange Act**

**(Against the Individual Defendants)**

256. Plaintiffs repeat and re-allege the above paragraphs as though fully set forth herein.

257. As set forth above, STZ (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make

the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of STZ's securities in an effort to maintain artificially high market prices for STZ's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5

258. The Individual Defendants acted as controlling persons of STZ within the meaning of Section 20(a) of the Exchange Act as alleged herein. Newlands and Hankinson, because of their positions with STZ, possessed the power and authority to control the contents of STZ's reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, i.e., the market. Each Individual Defendant was provided with copies of STZ's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. By reason of their positions as officers of STZ and their culpable participation, as alleged above, the Defendants had the power and authority to cause STZ to engage in the wrongful conduct complained of herein.

259. By reason of such conduct, the Defendants are liable pursuant to Section 20(a) of the Exchange Act.

## XV. PRAYER FOR RELIEF

260. WHEREFORE, Plaintiffs pray that the Court enter judgment on their behalf and on behalf of the Classes herein, adjudging and decreeing that:

a. This action may proceed as a class action, with Plaintiffs as the designated Class representatives and Plaintiffs' counsel designated as Class Counsel;

b. Plaintiffs and the members of the Class recover damages sustained by them, as provided by law, and that a judgment in favor of Plaintiffs and the Class be entered against the Defendants, jointly and severally, in an amount permitted pursuant to such law;

c. Plaintiffs and members of the Class be awarded pre-judgment and post-judgment interest, and that such interest be awarded at the highest legal rate from and after the date of service of the initial complaint in this action;

d. Plaintiffs and members of the Class recover their costs of this suit, including reasonable attorneys' fees as provided by law; and

e. Plaintiffs and members of the Class receive such other and further relief as may be just and proper.

## XVI. DEMAND FOR A JURY TRIAL

261. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all of the claims asserted in this Amended Complaint so triable.

Dated: July 17, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/ s / Daniel Tepper*
Daniel Tepper
Nicholas I. Porritt

*Counsel for Lead Plaintiff Low Lily and Plaintiff Macaria Meza and Lead Counsel for the Class*

Levi & Korsinsky, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (202) 363-7500
Fax: (212) 363-7171
Email: dtepper@zlk.com
Email: nporritt@zlk.com

Alexander A. Krot III (*pro hac vice* application forthcoming)
1101 Vermont Ave, NW Suite 800
Washington, DC 20005
Tel: (202) 524-4290
Fax: (212) 363-7171
Email: akrot@zlk.com