**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT COURT OF NEW YORK**

| | |
|---|---|
| MACARIA MEZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION BRANDS, INC., BILL NEWLANDS, and GARTH HANKINSON,<br><br>Defendants. | Case No. 6:25-cv-6107-EAW<br><br>Hon. Elizabeth A. Wolford |

**PLAINTIFFS' NOTICE OF MOTION TO STRIKE OR DENY MOTION TO DISMISS**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that Lead Plaintiff Low Lily and Plaintiff Macaria Meza (collectively, "Plaintiffs"), by and through their undersigned counsel, before the Honorable Chief Judge Elizabeth A. Wolford, at the United States Courthouse, 100 State Street, Rochester, New York 14614, at a date and time to be set by the Court, hereby move this Court for an Order, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Local Rules 7(a)(2)(c) and 7(a)(3), and the Court's inherent power, for an order seeking relief from Defendants Constellation Brands, Inc., Bill Newlands, and Garth Hankinson ("Defendants") violation of the Court's September 11, 2025 order (ECF No. 28) by denying Defendants' Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws (ECF Nos. 29, 30, and 31) in its entirety, and granting Plaintiffs' such other and further relief as this Court deems just and proper. In support of their

Motion to Strike or Deny Motion to Dismiss, Plaintiffs submit the accompanying Memorandum of Law and a [Proposed] Order granting the motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule of Civil Procedure 7(a)(1), Plaintiffs hereby state their intent to file and serve reply papers in further support of this motion, if necessary.

Plaintiffs' respectfully request oral argument on this matter.

Dated: November 14, 2025                              Respectfully submitted,

                                                     **LEVI & KORSINSKY, LLP**

                                                     */ s / Daniel Tepper*
                                                     Daniel Tepper
                                                     Nicholas I. Porritt

                                                     *Counsel for Lead Plaintiff Low Lily and Plaintiff Macaria Meza and Lead Counsel for the Class*

                                                     Levi & Korsinsky, LLP
                                                     33 Whitehall Street, 27th Floor
                                                     New York, NY 10004
                                                     Tel: (202) 363-7500
                                                     Fax: (212) 363-7171
                                                     Email: dtepper@zlk.com
                                                     Email: nporritt@zlk.com

                                                     Alexander A. Krot III (*pro hac vice* application forthcoming)
                                                     1101 Vermont Ave, NW Suite 800
                                                     Washington, DC 20005
                                                     Tel: (202) 524-4290
                                                     Fax: (212) 363-7171
                                                     Email: akrot@zlk.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2025, I electronically filed the foregoing by using

the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.


*/s/ Daniel Tepper*
Daniel Tepper