**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT COURT OF NEW YORK**

| | |
|---|---|
| MACARIA MEZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION BRANDS, INC., BILL NEWLANDS, and GARTH HANKINSON,<br><br>Defendants. | Case No. 6:25-cv-6107-EAW<br><br>**CLASS ACTION**<br><br><u>Demand for Jury Trial</u> |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE OR DENY**

**MOTION TO DISMISS**

Having considered the papers filed in support of Lead Plaintiff Low Lily's and Plaintiff Macaria Meza's ("Plaintiffs") Motion to Strike or Deny Motion to Dismiss, and for good cause shown, it is hereby ORDERED:

1.      Plaintiffs' motion is **GRANTED**.

2.      Defendants' Motion to Dismiss (ECF No. 29) the Amended Complaint for Violations of the Federal Securities Laws is **DENIED** in its entirety.


**IT IS SO ORDERED:**


Dated:_____          _____
                               Honorable Chief Judge Elizabeth A. Wolford